IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**United States of America,**          *

                                       *

 **v.**                                 **Case No.** _____

                                       *

_____

   **Defendant.**                       *

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, _____.

I certify that: [check one that applies and complete]

☐   I am admitted to practice in this Court.

☐   I have been appointed to represent the defendant by the following United States court:

_____.

_____            */s/ Joanne L. Zinulzak/*
Date                                      Signature

                                          _____
                                          Printed name and bar number

                                          _____
                                          Firm name

                                          _____
                                          Address

                                          _____
                                          Email address

                                          _____
                                          Telephone number

                                          _____
                                          Fax number

Please select your designation:

☐ CJA        ☐ Retained        ☐ Public Defender        ☐ Pro Bono

**NOTE**: Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**

EntryofAppearanceCriminal (06/2023)