**Addendum**

Jennifer L. Beidel's Motion for Pro Hac Vice
re: ***U.S. v. Hoau-Yan Wang* Case No.:  TDC24CR211**
Submitted July 8, 2024


**Question 1**.  The proposed admitted is a member in good standing of the bars of the following State Courts and/or United States Courts:


**U.S. Court and Date of Admission**:

Southern District of New York (05/29/2012)
Second Circuit (02/13/2015)
Eastern District of Michigan (08/20/2021)
Central District of Illinois (6338137 (04/08/2022)
Seventh Circuit (09/22/2023)