# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | CASE NO: TDC-24-211 |

## ENTRY OF APPEARANCE

Please enter the appearance of Andrew Tyler, Trial Attorney in the Fraud Section of the Criminal Division, as counsel on behalf of the United States.

                            Respectfully submitted,

                            Glenn S. Leon
                            Chief
                            Fraud Section, Criminal Division
                            United States Department of Justice

By: _____/s/_____
                 Andrew Tyler
                 Trial Attorney
                 Fraud Section, Criminal Division
                 United States Department of Justice