AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>Hoau-Yan Wang<br><br>_____<br>*Defendant* | ) Case No. TDC24CR011<br>)<br>) USDC- GREENBELT<br>) '24 JUL 10 PM 2:58<br>) |

## ARREST WARRANT    HD

To: Any authorized law enforcement officer

Rcv'd by: _____

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Hoau-Yan Wang

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1: Major Fraud Against the United States in violation of Title 18, United States Code, Sections 1031 and 2
Counts 2-3: Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 2
Count 4: False Statement in violation of Title 18, United States Code, Sections 1001(a)(2) and 2

Date: 6-27-24

*Issuing officer's signature*

City and state: Greenbelt, Maryland

Honorable Ajmel A. Quereshi US Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 6/28/2024, and the person was arrested on *(date)* 7/10/2024 |
|---|
| at *(city and state)* Greenbelt, MD |

Date: 7/10/2024

*Arresting officer's signature*

Yanira Nieves
*Printed name and title*