AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>Hoau-Yan Wang<br><br>_____<br>Defendant | )<br>)  Case No. TDC24CR011<br>)<br>)<br>)<br>)  USDC- GREENBELT<br>)  '24 JUL 11 PM3:50<br>)  HD |

## ARREST WARRANT

To: Any authorized law enforcement officer

Rcv'd by: _____

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Hoau-Yan Wang

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1: Major Fraud Against the United States in violation of Title 18, United States Code, Sections 1031 and 2
Counts 2-3: Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 2
Count 4: False Statement in violation of Title 18, United States Code, Sections 1001(a)(2) and 2

Date: 6-27-24

_____
Issuing officer's signature

City and state:  Greenbelt, Maryland

Honorable Ajmel A. Quereshi US Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 6/28/2024, and the person was arrested on (date) 7/10/2024
at (city and state)  Greenbelt, MD

Date: 7/10/2024

_____
Arresting officer's signature

Yanira Nieves
Printed name and title