# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | CASE NO: TDC-24-211 |

## ENTRY OF APPEARANCE

Please enter the appearance of Leslie S. Garthwaite, Assistant Chief in the Fraud Section of the Criminal Division, as counsel on behalf of the United States.

Respectfully submitted,

Glenn S. Leon
Chief
Fraud Section, Criminal Division
United States Department of Justice

By: __/s/*Leslie S. Garthwaite*_____
Leslie S. Garthwaite
Assistant Chief
Andrew Tyler
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice