# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | Criminal Action No. TDC-24-0211 |

## ORDER

Pending before the Court is the Motion for Protective Order Governing Disclosure of Protected Personal Identity, Financial, Contact, Grand Jury, Court, Investigative, and Agency Information, ECF No. 23, filed by the United States of America. It is hereby ORDERED that the Motion is DENIED WITHOUT PREJUDICE. The parties must refile the Motion with a proposed Protective Order that accounts for and is consistent with Local Rule 207.2.

Date: July 22, 2024



THEODORE D. CHUANG
United States District Judge