# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.: 8:24-CR-211-TDC |
| | ) | |
| HOAU-YAN WANG, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This matter having come before the court on Defendant Dr. Hoau-Yan Wang's Unopposed Motion for Extension of Pre-Trial Motions Deadline, the Court, being duly advised, hereby GRANTS the motion and ORDERS:

(1) The deadline for filing motions is extended to August 28, 2024; and

(2) The ends of justice served by the continuance requested by Dr. Wang outweigh the best interests of the public and Dr. Wang in a speedy trial because Dr. Wang's counsel needs adequate time with the discovery materials before advising Dr. Wang regarding his pre-trial motion strategy options. *See* 18 U.S.C. § 3161(7)(A).


So ORDERED on _____.          _____
                                                                                                     THEODORE D. CHUANG
                                                                                                     United States District Judge