IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO.: 8:24-CR-211-TDC |
| | ) |
| HOAU-YAN WANG, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter having come before the court on Defendant Dr. Hoau-Yan Wang's Unopposed Motion for Extension of Pre-Trial Motions Deadline, the Court, being duly advised, hereby GRANTS the motion and ORDERS:

(1) The deadline for filing motions is extended to August 28, 2024; and

(2) The ends of justice served by the continuance requested by Dr. Wang outweigh the best interests of the public and Dr. Wang in a speedy trial because Dr. Wang's counsel needs adequate time with the discovery materials before advising Dr. Wang regarding his pre-trial motion strategy options. *See* 18 U.S.C. § 3161(7)(A).

So ORDERED on __8/6/2024__ .

THEODORE D. CHUANG
United States District Judge