# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) CASE NO.: 8:24-CR-0211-TDC |
| HOAU-YAN WANG, | ) |
| Defendant. | ) |

## ORDER

This matter having come before the court on Defendant Dr. Hoau-Yan Wang's Unopposed Motion for Extension of Pre-Trial Motions Deadline, ECF No, 32, it is hereby ORDERED that the Motion is GRANTED, and the deadline to file pre-trial motions is extended to **October 28, 2024.**

Dated: August 30, 2024

_____
THEODORE D. CHUANG
United States District Judge