UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | Criminal Action No. TDC-24-0211 |

**ORDER**

For the reasons stated during the Initial Status Conference on August 30, 2024, the Court sets the following deadline:

**Government's Discovery**     **September 13, 2024**

Another Telephone Status Conference is scheduled for **Friday, November 1, 2024** at **11:30 a.m**. Instructions for that call will be docketed separately.

Date: August 30, 2024



THEODORE D. CHUANG
United States District Judge