# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**HOAU-YAN WANG,**<br><br>**Defendant.** | **CRIMINAL NO: TDC-24-211** |

## RESPONSE TO MOTION FOR ISSUANCE OF RULE 17(c) SUBPOENA

The United States of America, though its undersigned attorneys, respectfully files this response to Defendant's Motion for the Issuance of a Rule 17(c) subpoena filed on August 27, 2024 (ECF No. 34).

After consulting with counsel for Defendant and confirming that the United States would receive the requested materials when they are furnished to counsel for the Defendant, the United States does not oppose the request for the subpoena.

Respectfully submitted,

Glenn S. Leon
Chief
Fraud Section, Criminal Division
United States Department of Justice

By:  _____/s/_____
Andrew Tyler
Vasanth Sridharan
Anna Kaminska
Fraud Section, Criminal Division
United States Department of Justice
*Attorneys for the Government*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

                                                                               _____/s/_____
                                                       Andrew Tyler, Trial Attorney
                                                       Fraud Section, Criminal Division
                                                       United States Department of Justice