**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**HOAU-YAN WANG,**<br><br>**Defendant.** | **CRIMINAL NO: TDC-24-211** |

**ENTRY OF APPEARANCE**

Please enter the appearance of Vasanth Sridharan, Trial Attorney in the Fraud Section of the Criminal Division, as counsel on behalf of the United States.

                                    Respectfully submitted,

                                    Glenn S. Leon
                                    Chief
                                    Fraud Section, Criminal Division
                                    United States Department of Justice

By: _____/s/_____
       Vasanth Sridharan
       Fraud Section, Criminal Division
       United States Department of Justice