# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | Criminal Action No. TDC-24-0211 |

## ORDER

For the reasons stated during the Telephone Status Conference on November 1, 2024, the Court sets the following deadlines:

**Government's Response Brief**       **November 12, 2024**

**Defendant's Reply Brief**       **November 26, 2024**

A Motions Hearing is scheduled for **Friday, December 13, 2024** at **9:00 a.m.**

Date: November 4, 2024

THEODORE D. CHUANG
United States District Judge