## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

HOAU-YAN WANG,

Defendant.

Criminal Action No. TDC-24-0211

## ORDER

For the reasons stated at the December 17, 2024 Motions Hearing, the Motion to Suppress, ECF No. 49, is DENIED.

Date: December 18, 2024



THEODORE D. CHUANG
United States District Judge