UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

HOAU-YAN WANG,

Defendant.

Criminal Action No. TDC-24-0211

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that Defendant Hoau-Yan Wang's Motion to Dismiss the Indictment, ECF No. 48, is DENIED.

Date: January 8, 2025



THEODORE D. CHUANG
United States District Judge