UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | |
| | § | CASE NO.: 8:24-CR-211-TDC |
| HOAU-YAN WANG, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

This matter having come before the Court on Defendant Dr. Hoau-Yan Wang's Unopposed Motion to Extend the Rule 16 Expert Discovery Deadline, and the Court being duly advised, the Court hereby GRANTS the motion and ORDERS that the deadline for Defendant's Rule 16 expert disclosures is extended from **July 22, 2025** to **July 25, 2025**.

SO ORDERED on 7/24/25.

_____
THE HONORABLE THEODORE D. CHUANG
United States District Judge