# EXHIBIT 2

Curriculum Vitae

# Ernest P. Chiodo, M.D., J.D., M.P.H., M.S., M.B.A., C.I.H.

Diplomate of the American Board of Internal Medicine
Diplomate of the American Board of Preventive Medicine in Occupational Medicine
Diplomate of the American Board of Preventive Medicine in Public Health and General Preventive Medicine
Diplomate of the American Board of Industrial Hygiene as a Certified Industrial Hygienist
Graduate Biomedical Engineer
Graduate Toxicologist

PROFESSIONAL ADDRESSES:

| Detroit Area: | Chicago: | Palm Beach, Florida: |
|---|---|---|
| Ernest Chiodo P.C. | Ernest Chiodo P.C. | 701 S. Olive |
| 35770 Harper Avenue | 221 N. LaSalle Street | Suite 113 |
| Clinton Township, Michigan 48035 | Suite 854 | W. Palm Beach, FL 33401 |
| Tel: ██████1761 | Chicago, IL 60601 | Tel. ███████-7701 |
| | Tel. ██████-0717 | |

Email: ██████@gmail.com
www.ernestpchiodo.com

EDUCATION:

University of Oxford
Master of Science in Nanotechnology for Medicine and Health Care
December 19, 2022 (Ceremony November 3, 2023)

University of Oxford
Master of Science in Experimental and Translational Therapeutics
April 7, 2021 (Ceremony May 14, 2022)

University of Oxford
Master of Science in Evidence-Based Health Care
November 2, 2018

University of Chicago
Master of Business Administration
with a Concentration in Economics
December 9, 2011

Wayne State University
Master of Science in Occupational and Environmental Health Sciences
with Specialization in Industrial Toxicology
December 23, 2009

University of Chicago
Master of Science in Threat Response Management
(Scientific tract in biological, chemical, and radiological defense)
June 12, 2009

Wayne State University Department of Biomedical Engineering
College of Engineering and School of Medicine
Master of Science in Biomedical Engineering
December 20, 2007

Harvard University School of Public Health
Master of Public Health
June 8, 1989

Wayne State University Law School
Juris Doctor
June 14, 1986

Wayne State University School of Medicine
Doctor of Medicine
June 8, 1983

Kalamazoo College
Bachelor of Arts
June 14, 1980
Due to high academic achievement, accepted into medical school one year early so that the
freshman year of medical school at Wayne State University School of Medicine was counted as
credit for the senior year of college by Kalamazoo College (3:1 Program).


SPECIALTY TRAINING:

Mini Residency in German Social Medicine at the
Landesversicherungsanstalt Baden in Karlsruhe, Germany
May 1992

Resident Physician in Internal Medicine
Providence Hospital
Southfield, Michigan
July 1, 1989 to June 30, 1992

Resident Physician in Diagnostic Radiology
Detroit Medical Center
Detroit, Michigan
July 1, 1983 to June 30, 1985


PROFESSIONAL ACTIVITY:

Ernest Chiodo P.C.
Professional corporation licensed to practice medicine and law
in the State of Michigan. and Illinois
1989-Present

Medical professional activities through Ernest Chiodo P.C. have included acting as the Chief
Medical Director of the Visiting Nurse Association of Southeastern Michigan; Medical Director
of the City of Lansing Police and Fire Pension Board; Medical Director of the City of Lansing
General Employee Retirement System; Medical Director of the Fire and Police Pension System
of the Charter Township of Clinton, Michigan; International Advisor on Bird Flu to Goodrich
Corporation (Formerly B.F. Goodrich); the clinical practice of internal medicine;  the clinical
practice of preventive medicine; the practice of occupational and environmental medicine; the
practice of occupational, environmental, and industrial toxicology; the practice of industrial hy-
giene;  biomedical engineering; and biostatistics and epidemiology. Legal professional activities
have included the practice of toxic tort law as well as the practice of health care law in the repre-
sentation of physicians, nurses, and other health care professionals. Areas of representation have
included licensure and peer review issues; contract review and negotiation; Stark Amendments;
Sherman and Clayton Anti-trust Acts; new medical technology assessment; and co-counsel activi-
ties in medical malpractice defense. Health care law activities have included consultation and
general counsel activities for health care entities including service as legal counsel to the Medical
Staff and Internal Medicine Department of Henry Ford Bi-County Hospital. Biomedical engi-
neering activities include determination of causation of disease in relation to claimed physical
forces and energy. Health care economics activity has included analysis of reasonableness of
charges for medical devices and services.


Center for Health Outcomes and Evaluations
Michigan Peer Review Organization
Clinical Coordinator
1995-1996

The activities for the Center for Health Outcomes and Evaluations, a division of the Michigan
Peer Review Organization, involved conducting clinical outcomes research. This research was

contracted for by the Health Care Financing Administration. The research compared clinical out-
comes in hospitals throughout the State of Michigan. The information gained through the re-
search was also presented to collaborating hospitals and their medical staffs in an effort to in-
crease quality of care for Medicare beneficiaries.

Medical Director and Manager of Medical and Public Health Services
City of Detroit
1993-1995

Service as the Medical Director and Manager of Medical and Public Health Services provided by
the City of Detroit to over one million persons living and working in the City of Detroit and over
4.5 million persons drinking City of Detroit water with supervision of over 1,200 professionals
working in the Detroit Health Department including physicians, dentists, nurses, pharmacists,
radiology technicians, substance abuse professionals, industrial hygienists, epidemiologists, bio-
statisticians, clinical and public health laboratory technicians, building inspectors, lead inspec-
tors, lead treatment professionals, social hygienists, and food sanitarians. This was a position of
substantial public responsibility serving as advisor to the Mayor of the City of Detroit on medical
and public health issues as well as having the direct telephone number to the United States White
House in the event that the President needed to be contacted due to a public health emergency or
disaster in the City of Detroit.

Medical Director
House Physician Program
Bi-County Community Hospital
1992-1993

Medical Director of the physicians servicing the medical needs of patients admitted to the non-
teaching service of Bi-County Community Hospital.

Medical Director and Chief Executive Officer
General Health Corporation
1985-1989

Home health care service caring for serious traumatically brain injured and quadriplegic patients.

PROFESSIONAL LICENSURE:

Physician and Surgeon
Michigan, Illinois, Florida and New York

Attorney and Counselor
Michigan and Illinois

TRADE LICENSURE:

Residential Builder
Michigan

SPECIALTY BOARD CERTIFICATION:

Diplomate of the American Board of Internal Medicine
(First recertification May 2000)
(Second recertification November 2012)
(Third recertification November 2020)

Diplomate of the American Board of Preventive Medicine in Occupational Medicine

Diplomate of the American Board of Preventive Medicine in Public Health and General Preventive Medicine

Diplomate of the American Board of Industrial Hygiene as a Certified Industrial Hygienist

MEDIATION CERTIFICATION:

Completion of requirements of Michigan Court Rule 2.411 to serve as a court appointed mediator in Michigan.

MEDICAL REVIEW OFFICER CERTIFICATION:

Medical Review Officer Certification through the Medical Review Officer Certification Council.

5

RATINGS

BV Rating by Martindale-Hubbell Ratings

"A BV Rating is an indication of an exemplary reputation and well-established practice. A typical lawyer is in mid-career, with a significant client base and high professional standing."

"CV, BV and AV are registered certification marks of Reed Elsevier Properties Inc., used in accordance with the Martindale-Hubble certification procedures, standards and policies."

PROFESSORSHIPS AND FACULTY APPOINTMENTS:

Assistant Clinical Professor of Internal Medicine, Family Medicine and Public Health
Wayne State University School of Medicine
Detroit, Michigan
1994-2013

Adjunction Assistant Professor of Industrial Hygiene and Industrial Toxicology
Eugene Applebaum College of Pharmacy and Health Science
Department of Occupational and Environmental Health Sciences
Wayne State University
Detroit, Michigan
2009-2013

Adjunct Professor of Law
John Marshall Law School
Chicago, Illinois
(2009 to 2016)

Adjunct Professor of Law
Loyola University of Chicago Law School
Chicago, Illinois
(2011 to 2016)

FELLOWSHIPS:

Royal Society of Medicine
Overseas Fellow
Elected 2000

6

PROFESSIONAL ORGANIZATIONS:

State Bar of Michigan
Environmental Law Section of the State Bar of Michigan
Royal Society of Medicine (U.K.)
American Industrial Hygiene Association
American Conference of Governmental Industrial Hygienists
University of Chicago Booth Health Care and Biopharma Round Table. Co-Chairperson.
Florida Medical Association
Full Member Society of Toxicology
Society of Automotive Engineers
Wayne State University Medical Alumni Association Board (2022-2025)
Oakland County Michigan Bar Association.
Medical/Legal Committee of the Oakland County Michigan Bar Association
Detroit Bar Association
Macomb County Michigan Bar Association


PROFESSIONAL ORGANIZATION LEADERSHIP:

Vice Chairman, By-laws Committee: Wayne County Medical Society 1994-1995
Chairman, By-laws Committee: Harper Hospital 1995-1997
Member, Public Health Committee: Wayne County Medical Society 1993-1996
Member, Medical-Legal Committee: Wayne County Medical Society 1994-1996
Member, Michigan Department of Public Health Liaison Committee: Michigan State Medical
Society 1994-1996
Chief Medical Director: Visiting Nurse Association of Southeastern Michigan 1994-1999, 2002-
2005.
Medical Director Emeritus: Visiting Nurse Association of Southeastern Michigan 2005-Present
Member, By-laws Committee: Henry Ford Bi-County Hospital 2004 -2010
Member, Infection Control Committee: Henry Ford Bi-County Hospital 2003-2010
Vice Chairman and Chairman of the Environmental Litigation and Administrative Practice
Committee of the Environmental Law Section of the State Bar of Michigan. 2006-2012.
Council Member of the Environmental Law Section of the State Bar of Michigan (The Council is
the governing body responsible for general supervision and control of the affairs of the Section).
2006 –2012
Board of Directors of the Michigan Industrial Hygiene Society 2006-2007.
President-Elect of the Michigan Industrial Hygiene Society 2007.
President of the Michigan Industrial Hygiene Society 2008.
Co-Chairman of the University of Chicago Booth Health Care and Biopharma Round Table.
2012 to Present.
Member of Board of Directors of the University of Chicago Booth Alumni Club 2012-2013.
Legal advisor to Workplace Health Without Borders. 2015 –Present.

COMMUNITY SERVICE ORGANIZATION LEADERSHIP:

Michigan Cancer Foundation Board of Trustees (Term 1994-1997)
Tri-cities Tobacco Action Coalition Advisory Board 1994-1995
Tobacco Free Michigan Active Doctors Advisory Committee 1994-1995
Wayne County American Cancer Society Board of Directors 1994-1996

SOCIAL AND ALUMNI ORGANIZATIONS:

University Club of Chicago
Harvard Club of New York City
University of Chicago Booth Health Care and Biopharma Roundtable
Oxford Union
The Prismatic Club of Detroit
Oxford and Cambridge Club (London)
Wayne State University School of Medicine Alumni Association Board of Governors (Term 2022-2025)

RESEARCH:

Stitch Entrapment of Swan-Ganz Catheter during Cardiac Surgery. Presented at the American College of Physicians Associates Meeting, May 11, 1990 and the Michigan Chapter Meeting, Traverse City, Michigan, October 11-14, 1990.

Altered Cerebral Dominance in an Atopic Population. Presented at the American College of Physicians Associates Meeting, May 11, 1990 and orally presented at the Michigan Chapter Meeting, Traverse City, Michigan, October 11-14, 1990.

Code Status Determination: An Analysis of Decisions by Health Care Professionals. Orally Presented at the American College of Physicians Associates Meeting, May 10, 1991.

A Case of Ovarian Carcinoma with Concomitant Weakness and Dysphagia and Biopsy Proven Myositis. Presented at the American College of Physicians Associates Meeting, May 10, 1991 and the Michigan Chapter Meeting, Traverse City, Michigan. September 26-28, 1991.

A Case of Persistent Hyponatremia in a Patient with a Mediastinal Mass on CT. Presented at the American College of Physicians Associates Meeting, May 10, 1991 and the Michigan Chapter Meeting, Traverse City, Michigan, September 26-28, 1991.

Refractory Pneumocystis Carini Pneumonia in a HIV Positive Patient Successfully Treated with 566c80 a 1,4 Hydroxynapthoquinone with a Broad Spectrum Antiprotozoal Activity. Presented at the American College of Physicians Associates Meeting, Dearborn, Michigan, May 1992.

PRESENTATIONS AND LECTURES:

Health Care Regulations in Present Day Medical Practice. Presented as part of the Current Problems in Medicine 1990 course sponsored by St. John Hospital and Medical Center. Hyatt Regency, Dearborn, Michigan on October 21, 1990. Approved for 4.5 hours category 1-CME credit.

The Medical, Legal, and Financial Consequences for Catastrophic Injury. Presented at the Eastern Michigan Area Social Security Manager's Meeting at the request of the Department of Health & Human Services. Pontiac, Michigan on June 11, 1990.

Advisor and judge of the 1st Annual Wayne State University School of Medicine - Wayne State University Law School Mock Medical Malpractice Trial . Sponsored by the American Medical Association and approved for law school credit. Gordon Scott Hall, Wayne State University School of Medicine, February 27, 1991.

Advisor and judge of the 2nd Annual Wayne State University School of Medicine - Wayne State University Law School Mock Medical Malpractice Trial). February 25, 1992.

Krankenversicherung in die Vereinigten Staaten (Health Insurance in the United States). Lecture given in German to the physicians of the medical division of the Landesversicherungsanstalt Baden in Karlsruhe, Germany, May 12, 1992. The Landesversicherungsanstalt is the German equivalent of the Social Security Administration.

Privatization of Government. Panel discussion given at the Michigan Association of Counties meeting at the Grand Hotel on Mackinaw Island, Michigan on August 20, 1993. My portion of the discussion focused on the arguments for and against privatization of public health services at the county and municipal level.

Law for the Industrial Hygienist. Lecture given in the Department of Occupational and Environmental Health in the School of Allied Health and Pharmacy, Wayne State University on November 30, 1993.

Teen Pregnancy, Sex, and Health Care. Workshop presented at the Youth Anti-Crime Summit: A Blueprint for Our Future. Wayne County Community College in Detroit, Michigan on October 23, 1993.

The Obstetrician and Gynecologist as a Primary Care Physician. Grand Rounds presented to the staff of Hutzel Hospital and the Department of Obstetrics and Gynecology of Wayne State University School of Medicine. February 8, 1994 at Hutzel Hospital in Detroit, Michigan.

Breast and Cervical Screening: What the Pharmacist Needs to Know. Lecture presented at the 1994 interim meeting of the Michigan Pharmacists Association at the Hyatt Regency in Dearborn, Michigan on February 18, 1994.

Career Opportunities in Health Care Law. Panel discussion with Edward B. Goldman, Medical Center Attorney for the University of Michigan, and Bettye S. Elkins, health care attorney with the firm of Dykema Gossett, presented to the Health Care Law Society of the University of Michigan Law School. March 9, 1994 in Hutchins Hall, University of Michigan Law School.

Community Health Grand Rounds. Member of panel discussion presented at the Detroit Health Department. Sponsored by the Southeastern Michigan Health Association and the Resource for Public Health Policy of the University of Michigan School of Public Health. March 10, 1994.

Environmental Toxicology. General Internal Medicine Ambulatory Grand Rounds. Wayne State University School of Medicine. March 18, 1994 in the Morse Auditorium of Harper Hospital.

Introduction to Occupational and Environmental Medicine. Internal Medicine Grand Rounds. March 22, 1994. St. John Hospital and Medical Center. Detroit, Michigan.

What the Family Practitioner Should Know About the National Practitioner Data Bank. Presented to the Department of Family Practice. April 1, 1994. St. John Hospital and Medical Center. Detroit, Michigan.

Public Health Case Studies. Presented to the University of Michigan Family Practice Residency Program. April 6, 1994. University of Michigan Chelsea Family Practice Center. Chelsea, Michigan.

Teen Pregnancy: A fresh approach to an old problem. Sponsored by the Wayne State University School of Medicine, the Wayne County Medical Society, and the March of Dimes Birth Defects Foundation, Southeastern Michigan Chapter. Approved for 3.5 continuing medical education credit hours in category 1. Presentation of the public health considerations in the session entitled Contraception versus Abstinence. April 27, 1994. Wayne County Medical Society Building. Detroit, Michigan.

The Future of the American Health Care System. Presented to the German-American Business Network. Sponsored by the German Consulate in Detroit. May 5, 1994. Hyatt Regency. Dearborn, Michigan.

The Future of Health Care in Detroit. Presented at the Henry Ford Health System Planning and Strategic Development Division Retreat. May 9, 1994. 1 Ford Place. Detroit, Michigan.

Was Napoleon Murdered by Arsenic Poisoning? Presented to the Napoleonic Society of America. September 16, 1994. Union League Club. Chicago, Illinois.

Is the World Safe for Children?: Environmental hazards and Their Impact. Presented at the Third Annual Medstart Conference. University of Michigan Medical School. January 21, 1995. Townsley Center. Ann Arbor, Michigan.

Treatment and Management of Arthritis in the Workplace. Presented at the Wayne County Medical Society conference on Arthritis in the Workplace. Co-sponsored for CME credits by the Medical and Public Health Issues Committee of the Wayne County Medical Society and the American College of Occupational and Environmental Medicine. January 28, 1995. Wayne County Medical Society Building. Detroit, Michigan.

Law and Medicine: What they didn't teach you in medical school. Presented for ambulatory grand rounds at the Veteran's Administration Medical Center in Allen Park, Michigan. April 25, 1995. Also presented to the following groups: Henry Ford Hospital Department of Urology. Henry Ford Hospital in Detroit, Michigan. June 14, 1995. Pediatric Grand Rounds. Children's Hospital of Michigan in Detroit, Michigan. August 25, 1995. Department of Physical Medicine and Rehabilitation. William Beaumont Hospital in Royal Oak, Michigan. September 15, 1995. Internal Medicine Grand Rounds. Grace Hospital in Detroit, Michigan. September 21, 1995. Wayne State University School of Medicine Department of Otorhinolaryngology. Harper Hospital in Detroit, Michigan. September 23, 1995. University of Michigan School of Medicine Department of Physical Medicine and Rehabilitation. University of Michigan Hospital in Ann Arbor, Michigan. September 28, 1995. Wayne State University School of Medicine Department of Neurology. Harper Hospital in Detroit, Michigan. October 6, 1995. Department of Obstetrics and Gynecology Grand Rounds. St. Joseph Mercy Hospital. Ann Arbor, Michigan. October 19, 1995. Department of Obstetrics and Gynecology Grand Rounds. University of Michigan Hospital. Ann Arbor, Michigan. Department of Ophthalmology. University of Michigan School of Medicine. Ann Arbor, Michigan. December 20, 1995. Department of Ophthalmology Grand Rounds, Henry Ford Hospital in Detroit, Michigan. February 16, 1996. Department of Surgery Grand Rounds. St. Joseph Mercy Hospital. Ann Arbor, Michigan. February 27, 1996. Michigan Association of Physicians from India. Dearborn Inn. Dearborn, Michigan. March 20, 1996. Wayne State University School of Medicine Department of Surgery Grand Rounds, Harper Hospital. Detroit, Michigan. May 4, 1996. Wayne State University School of Medicine Department of Internal Medicine. Grace Hospital. Detroit, Michigan. April 4, 1997. Wayne State University School of Medicine. Gordon Scott Hall. Detroit, Michigan. April 15, 1997. Michigan Psychiatric Society. Sheraton Inn. Ann Arbor, Michigan. April 24, 1997. Calhoun County Medical Society. Cedar Crest Banquet Center. Marshall, Michigan . February 13, 2001. Department of Family Practice Division of Occupational Medicine. Wayne State University School of Medicine. Detroit, Michigan. February 22, 2001. Department of Family Practice Division of Occupational Medicine. Wayne State University School of Medicine. Detroit, Michigan. August 15, 2001 St. John Hospital and Medical Center Department of Family Practice. St. Clair Shores, Michigan. October 23, 2001. Bon Secours Cottage Health Services. Henry Ford Health System. Grosse Pointe, Michigan. No-

vember 13, 2001. Department of Family Practice Division of Occupational Medicine. Wayne State University School of Medicine. Detroit, Michigan. November 14, 2001. Department of Psychiatry Grand Rounds. Henry Ford Health System. One Ford Place. Detroit, Michigan. November 15, 2001. Department of Pediatrics Grand Rounds. Henry Ford Health System. Henry Ford Hospital. Detroit, Michigan. December 13, 2001. Department of Surgery. Providence Hospital. Southfield, Michigan. February 14, 2002. Department of Family Practice Division of Occupational Medicine. Wayne State University School of Medicine. Detroit, Michigan. February 18, 2002. Pediatrics Residents. Henry Ford Health System. Henry Ford Hospital. Detroit, Michigan. May 3, 2002. Psychiatry Residents. Henry Ford Health System. One Ford Place. Detroit, Michigan. November 21, 2002. Psychiatry Residents. Henry Ford Health System. One Ford Place. Detroit, Michigan. January 15, 2004. Henry Ford Hospital Department of Cardiology. Detroit, Michigan. December 6, 2004. Harper Hospital Department of Cardiology. Detroit, Michigan. December 20, 2004. Southeastern Michigan Cardiology Fellows Club. Shula's Restaurant. Marriott Hotel. Troy, Michigan. November 16, 2005. Wayne State University School of Medicine. Gordon Scott Hall. Detroit, Michigan. January 24, 2006. Department of Dermatology, Wayne State University School of Medicine. VA Medical Center, Detroit, Michigan. January 17, 2007. Cardiology Fellows. William Beaumont Hospital. Royal Oak, Michigan. February 6, 2007. Residents and Medical Students. Henry Ford Bi-County Hospital. April 30, 2007. Medical Staff of William Beaumont Hospital Grosse Pointe. Grosse Pointe, Michigan. January 17, 2008. Department of Occupational and Environmental Medicine. University of Illinois at Chicago. Chicago, Illinois. May 7, 2008. Cardiology Fellows. William Beaumont Hospital. Royal Oak, Michigan. May 15, 2008. Cardiology Fellows. William Beaumont Hospital. Royal Oak, Michigan. June 2, 2009.

Euthanasia: Lessons from the past. Department of Internal Medicine Ambulatory Grand Rounds. Wayne State University School of Medicine. Harper Hospital. Detroit, Michigan. November 14, 1995. Also presented to the Department of Internal Medicine. Veteran Administration Medical Center. Allen Park, Michigan. March 19, 1996.

Legal Issues of Concern to Pharmaceutical Representatives. Detroit Pharmaceutical Representative Association. Southfield, Michigan. December 1, 1995.

The Future of American Health Care: A crystal ball. Presented at Wayne State University School of Medicine for Primary Care Week. Gordon Scott Hall. Detroit, Michigan. September 27, 1995. Also presented to the following groups: Department of Ophthalmology Grand Rounds. Henry Ford Hospital. Detroit, Michigan. February 16, 1996. Glaxo-Wellcome Michigan Representatives Meeting. Ann Arbor, Michigan. March 27, 1996. Wayne State University School of Medicine. Gordon Scott Hall. Detroit, Michigan. February 14, 1997.

Elderly Law: A primer for Health Care Professionals. Presented to the Department of Geriatrics, Henry Ford Hospital. Detroit, Michigan. October 5, 1995.

An Ethical Dilemma: Informed Consent. Harper Hospital. Detroit, Michigan. February 28, 1996.

Violence in the Workplace. Walsh College. Troy, Michigan. March 8, 1996.

Law and Medicine: What they didn't teach you in Medical School-Part II. Department of Internal Medicine. Business Series for Residents. St. John Hospital and Medical Center. Detroit, Michigan. May 23, 1997.

Expert Testimony in Environmental Litigation. Presented for the Institute of Continuing Legal Education at the Michigan Environmental Planning and Litigation Update. MSU Management Education Center. Troy, Michigan. July 16, 1998.

Florida Laws and Rules
Michigan Osteopathic Association 101st Annual Postgraduate Convention & Scientific Seminar. Hyatt Regency Dearborn, Michigan. Saturday, May 20, 2000.

Lungs and the Listings
National Organization of Social Security Claimants' Representatives. Social Security Disability Law Conference Annual Spring Conference. Hilton at Walt Disney World Village. Lake Buena Vista, Florida. May 4, 2000.

Worker's Compensation for Occupational Medicine Physicians
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Gordon Scott Hall
Detroit Michigan. May 25, 2000.

Lungs and the Listings
State Bar of Michigan
Social Security Section Seminar
Park Place Hotel
Traverse City, Michigan. July 28, 2000.

Interesting War Stories from the Worlds of Medicine, Law and Actuarial Analysis
Michigan Actuarial Society
Hilton Inn
Southfield, Michigan. September 11, 2000.

Statistics in Environmental Litigation.
Environmental Litigation Committee
Environmental Law Section
State Bar of Michigan
Michigan National Tower. Lansing, Michigan February 17, 2001.

13

Worker's Compensation for Occupational Medicine Physicians
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. February 22, 2001.


Florida Laws and Rules
Michigan Osteopathic Association 102nd Annual Postgraduate Convention & Scientific Seminar.
Hyatt Regency Dearborn, Michigan. Saturday, May 12, 2001.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. May 16, 2001.

Genetic Evidence in Paternity Cases: What the Lawyer Must Know
Presented by the Domestic Relations Committee of the Macomb County Bar Association
5th Floor Jury Room
Macomb County Court Building
Mount Clemens, Michigan June 4, 2001

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. August 15, 2001.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. February 18, 2002.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. May 23, 2002.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. August 5, 2002.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. November 11, 2002.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. February 3, 2003.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. May 4, 2003.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. August 4, 2003.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. February 9, 2004.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. May 10, 2004.

Legal Issues for the Intern. Intern Orientation. Henry Ford Bi-county Hospital. June 16, 2004.
Warren, Michigan.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. August 16, 2004.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. February 14, 2005.

Winning the Sick Building Case.
Michigan Trial Lawyers Association.
Shanty Creek Resort. Bellaire, Michigan. February 11, 2005.

The Second Most Important Lecture of Your Career. Michigan Chapter of the American College
of Cardiology. William Beaumont Hospital Heart Center. Royal Oak, Michigan April 20, 2005.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. May 9, 2005.

Medical and Legal Considerations for the Occupational Medicine Physician.
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. July 15, 2005.

What the Occupational Medicine Physician Should Know about Toxic Tort Law.
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. July 22, 2005.


Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. November 7, 2005.


Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. February 6, 2006.


Radium City Town Hall Meeting
Panel participation
Occupational and Environmental Health (CM) 7860
Applebaum Hall
Wayne State University School of Pharmacy and Allied Health
Detroit, Michigan. February 1, 2006

Worker's Compensation Law and the Americans with Disabilities Act
Occupational and Environmental Health (CM) 7860
Applebaum Hall
Wayne State University School of Pharmacy and Allied Health
Detroit, Michigan. February 22, 2006


Proving and Disproving Causation in Environmental Litigation
Panel Participation
Presentation of the Environmental Litigation and Administrative Practice Committee of the Environmental Law Section of the State Bar of Michigan
Presented at the office of Ernest Chiodo P.C. Clinton Township, Michigan. February 23, 2006.


Interesting Answers to Complex Disability Problems.
Michigan Safety Conference.
Lansing Center, Lansing, Michigan  April 18, 2006.


17

Legal Consideration in Medical Specialty Selection
Wayne State University School of Medicine –American Medical Association Student Chapter.
Wayne State University School of Medicine. Gordon Scott Hall. Detroit, Michigan. April 21, 2006.

Mold: State of the Law and Science
Joint Presentation of the Environmental Litigation and Administrative Practice Committee of the Environmental Law Section of the State Bar of Michigan and the Michigan Industrial Hygiene Society.
Presented at the office of Ernest Chiodo P.C. Clinton Township, Michigan. May 1, 2006.

Case Studies in Forensic Medicine
Consulting Physicians P.C. Spring 2006 Medical Education Seminar
Holiday Inn South Convention Center. Lansing, Michigan May 3, 2006.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. May 8, 2006.

Toxic Exposure
GM National Benefits Center
Southfield, Michigan. June 12, 2006

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. August 14, 2006.

Carbon Monoxide: Law, Medicine and Science
Presentation of the Environmental Litigation and Administrative Practice Committee of the Environmental Law Section of the State Bar of Michigan.
Presented at the office of Ernest Chiodo P.C. Clinton Township, Michigan. September 20, 2006.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. November 6, 2006.

Metal Working Fluids: Law, Medicine and Science
Presentation of the Environmental Litigation and Administrative Practice Committee of the Environmental Law Section of the State Bar of Michigan.
Presented at the office of Ernest Chiodo P.C. Clinton Township, Michigan. November 14, 2006.

Asbestos: Law, Medicine and Science
Presentation of the Environmental Litigation and Administrative Practice committee of the Environmental Law Section of the State bar of Michigan.
Presented at Ernest Chiodo P.C. in Clinton Township, Michigan on January 23, 2007. Presented at Varnum Riddering Schmidt Howlett LLP in Grand Rapids, Michigan on January 24, 2007.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. February 5, 2007.

Lead: Law, Medicine and Science
Presentation of the Environmental Litigation and Administrative Practice committee of the Environmental Law Section of the State bar of Michigan.
Presented at the University of Detroit/Mercy Law School in Detroit, Michigan on March 12, 2007. Presented at Ernest Chiodo P.C. in Clinton Township, Michigan on March 14, 2007. Presented at Varnum Riddering Schmidt Howlett LLP in Grand Rapids, Michigan on March 15, 2007. Presented at Wayne State University Law School in Detroit, Michigan on March 21, 2007.

Forensic Case Studies
Michigan Safety Conference
Devos Place. Grand Rapids, Michigan. April 17, 2007

Case Studies in Forensic Medicine
Consulting Physicians P.C. Spring 2006 Medical Education Seminar
Holiday Inn South Convention Center. Lansing, Michigan  April 18, 2006.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. May 7, 2007.

19

Chromium: Law, Medicine and Science
Presentation of the Environmental Litigation and Administrative Practice Committee of the Environmental Law Section of the State bar of Michigan.
Presented at Ernest Chiodo P.C. in Clinton Township, Michigan on July 23, 2007.


Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. August 9, 2007.


Legal Considerations for Physicians when Patients Sign Out of Hospital Against Medical Advice.
Presentation to the medical staff of Henry Ford Bi-County Hospital.
Henry Ford Bi-County Hospital. Warren, Michigan. August 14, 2007.


Law, Medicine, and Industrial Hygiene
Presentation at the Annual Scientific Meeting of the Michigan Occupational and Environmental Medicine Association
Michigan State University Kellogg Conference Center
East Lansing, Michigan. September 28, 2007


Industrial Hygienist as a Consultant
Moderator of the Mini-conference
Michigan Industrial Hygiene Society
Michigan State University Management Education Center
Troy, Michigan. October 9, 2007


Respiratory Physiology
Department of Biomedical Engineering
Wayne State University
Detroit, Michigan November 7, 2007


Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. November 12, 2007

Vapor Intrusions: Law, Medicine and Science
Presentation of the Environmental Litigation and Administrative Practice Committee of the Environmental Law Section of the State bar of Michigan.
Presented at Ernest Chiodo P.C. in Clinton Township, Michigan on November 20, 2007. Presented at Varnum Riddering Schmidt Howlett LLP in Grand Rapids, Michigan on November 16, 2007.


Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. February 11, 2008

Vapor Intrusion: Law Medicine and Science. Present to the Illinois State Bar Association Environmental Law Section. Chicago, Illinois. February 29, 2008

Basics of Toxic Tort Law
Ave Maria Law School
Ann Arbor, Michigan March 12, 2008

Toxic Tort Law
Chicago Bar Association
Continuing Legal Education Series
Chicago, Illinois March 19, 2008 March 19, 2008

Forensic Medicine, Engineering, and Industrial Hygiene
Industrial Hygiene Section
Michigan Safety Conference
Lansing Convention Center
Lansing, Michigan April 15, 2008


Complex Disability Determinations
Michigan Occupational Health Nurses Section
Michigan Safety Conference
Lansing Convention Center
Lansing, Michigan April 15, 2008

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. May 19, 2008

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. August 11, 2008

Toxic Tort: What's Living in Your Sand Castle
Accident Fund 6th Annual TPA Conference
M.S.U. Henry Center
Lansing, Michigan. September 25, 2008

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. November 3, 2008

Respiratory Physiology
Department of Biomedical Engineering
Wayne State University
Detroit, Michigan November 10, 2008

Vapor Off-gassing: Law, Medicine and Science
Presentation of the Environmental Litigation and Administrative Practice Committee of the Environmental Law Section of the State Bar of Michigan.
Presented at Ernest Chiodo P.C. in Clinton Township, Michigan on February 18, 2009.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. May 4, 2009

Employment Contracts for Cardiologists. Presented to the interventional cardiology fellows at St. John Hospital and Medical Center. Detroit, Michigan. June 1, 2009.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. August 3, 2009

Mold: Law, Medicine and Science
Presentation of the Environmental Litigation and Administrative Practice Committee of the Environmental Law Section of the State Bar of Michigan.
Presented at Ernest Chiodo P.C. in Clinton Township, Michigan on March 30, 2010.

Forensic Toxicology
Presentation to the Midwest Association for Toxicology and Therapeutic Drug Monitoring 2010 Annual Meeting
Crowne Plaza Hotel, Milwaukee Wisconsin.   April 30, 2010

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. May 10, 2010

Interesting Forensic Cases
Greater Peoria Claims Association
Edwards, Illinois. May 13, 2010

Vapor Intrusions: Law, Medicine and Science
Presentation of the Environmental Litigation and Administrative Practice Committee of the Environmental Law Section of the State Bar of Michigan.
Presented at and the Chicago office of Barnes & Thornburg LLP and telecasted to their various offices on June 11, 2010.

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. August 25, 2010

Bioterrorism
Wayne State University
Department of Occupational and Environmental Health
Detroit, Michigan September 29, 2010

Toxicogenomics in Toxic Tort litigation
Environmental Law Section
State Bar of Michigan
Annual Meeting
Devos Place
Grand Rapids, Michigan September 30, 2010

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. February 7, 2011

Oil Spills: Law, Medicine and Science
Presentation of the Environmental Litigation and Administrative Practice Committee of the Environmental Law Section of the State Bar of Michigan.
Presented at Ernest Chiodo P.C. in Clinton Township, Michigan on February 1, 2011.

Legal Aspects of Industrial Hygiene
American Industrial Hygiene Association – Chicago Section
Holiday Inn- Willow Brook, Illinois
March 16, 2011

Interesting Occupational and Environmental Forensic Cases
Loyola University Medical School
Department of Epidemiology and Preventive Medicine
Chicago, Illinois
March 18, 2011

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. May 9, 2011

Occupational Medicine Case Studies
Wayne State University
Department of Occupational and Environmental Health
Detroit, Michigan June 27, 2010

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. August 8, 2011

Panel Discussion: Environmental Law in Michigan after Trentadue.
Environmental Law Section
State Bar of Michigan Annual Meeting
Dearborn, Michigan. September 15, 2011

Low Speed Automobile Collisions.
Metro Detroit Office of Ernest Chiodo P.C.
Clinton Township, Michigan. November 3, 2011

Low Speed Automobile Collisions.
Royal Society of Medicine
London, UK. November 28, 2011

Low Speed Automobile Collisions.
City Place
West Palm Beach, Florida. January 14, 2012

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. February 27, 2012

Lead: Law, Medicine and Science
Presentation of the Environmental Litigation and Administrative Practice Committee of the Environmental Law Section of the State Bar of Michigan.
Presented at Ernest Chiodo P.C. in Clinton Township, Michigan on March 6, 2012.

Interesting Forensic Cases
Saginaw Valley Adjuster Association
Frankenmuth, Michigan March 13, 2012

25

Low Speed Automobile Collisions
Arizona Insurance Claim Association
Phoenix, Arizona March 15, 2012

Worker's Compensation for Occupational Medicine Physicians
and Law and Medicine for the Occupational Medicine Physician
Department of Family Practice
Division of Occupational Medicine
Wayne State University School of Medicine
Detroit Michigan. May 7, 2012

Interesting Forensic Cases
Midwest Claim Conference
Grand Geneva Resort and Spa
Lake Geneva, Wisconsin May 17, 2012

Mold: Law, Medicine and Science
Presentation of the Environmental Litigation and Administrative Practice Committee of the Environmental Law Section of the State Bar of Michigan.
Presented at Ernest Chiodo P.C. in Clinton Township, Michigan on May 21, 2012.

Determining Injury Causation in Motor Vehicle Collisions
Auto-Owner's Nurse Case Managers and Adjuster
Auto-Owner's Headquarters
Lansing, Michigan. June 25, 2012

Interesting Forensic Cases
Grand Rapids Area Adjusters Association
Grand Rapids, Michigan
October 1, 2012

Interesting Forensic Cases.
The National Society of Professional Insurance Investigators-Illinois Chapter.
Downers grove, Illinois.
December 6, 2012

Introduction to Toxic Tort Law
Wayne State University Law School
Detroit, Michigan
February 11, 2013

26

Introduction to Toxic Tort Law
Environmental Law Club of Northern Illinois University Law School
DeKalb, Illinois
April 3, 2013

Forensic Industrial Hygiene
American Industrial Hygiene Association Indiana Section
Indianapolis, Indiana
April 10, 2013

Evaluating Injury Causation in Low Speed Automobile Accidents
Michigan Adjusters Association Seminar 113
Zender's of Frankenmuth
Frankenmuth, Michigan
May 3, 2013

Evaluating Injury Causation in Low Speed Automobile Accidents
AAA of Michigan
Southfield, Michigan
May 22, 2013


Biotechnology
The Strategy Symposium
University of Chicago Booth School of Business
Chicago, Illinois
 April 25th and 26th, 2014


Forensic Industrial Hygiene
University of Michigan School of Public Health
Ann Arbor, Michigan
October 2, 2015

Forensic Medicine
St. John Providence Macomb-Oakland Hospital
Madison Heights, Michigan
October 8, 2015


Wayne State University Law School Alumni Speaker Series - Law in Health Industry
Damon J. Keith Center for Civil Rights
Wayne State University Law School
Detroit, Michigan
November 19, 2015

Clean Water Standards: Keeping Government Accountable for Public Health
Illinois Campaign for Political Reform
Chicago, Illinois
July 27, 2016

The Emperor Has No Cloths: Injury Causation and Determination
Juris Educational Resource Knowledge for Legal Nurse Consulting
8th Annual Medical-Legal Nurse Conference
Raleigh, North Carolina
October 6, 2017

Forensic Industrial Hygiene
University of Michigan School of Public Health
Ann Arbor, Michigan
December 1, 2017

Medical Experts in Injury Causation Analysis
Michigan Defense Trial Counsel Winter Meeting
Novi, Michigan
November 9, 2018

Forensic Industrial Hygiene
University of Michigan School of Public Health
Ann Arbor, Michigan
December 7, 2018

Epidemiology and Work Related Exposures
2021 Annual Convention of the Workers' Injury Law & Advocacy Group
The Breakers
Palm Beach, Florida
September 27, 2021

Determination of COVID Causation
Medical/Legal Committee of Oakland County Michigan Bar Association
November 3, 2022

London Healthcare Innovation Forum
More than a Trend: What Healthcare Needs to Become Fit for Future Society and Cultural
Changes
Panel Speaker
Canary Warf
One Canada Square
London, UK
April 3, 2025

PUBLICATIONS:

Chiodo EP. Huff SH. Hadden DW. Increased Health, Life, and Disability Insurance Premium Costs: A New Class of Economic Damages in Toxic Tort Cases in Michigan. 17 Mich Env LJ, No 3. pp 3-6 (1999).

Hadden DW. Chiodo EP. Huff SH. The State of Trespass-Nuisance Law in Michigan. 18 Mich Env LJ. No 1. pp 8-11 (2000).

Chiodo EP. Genetic Evidence in Paternity Cases: What the Lawyer Must Know. Michigan Family Law Journal. Volume 30 Number 2. pp 11-12 (2001).

Chiodo Ernest P., Musial Joseph L, Robinson J Sia. An Error In Statistical Logic In The Application Of Genetic Paternity Testing. Journal OF Modern Applied Statistical Methods. Winter 2002. Volume 1, Number 1. pp 126-129.

Chiodo Ernest P., Huff Steven H. Attributable Risk Percent: A Unified Epidemiological Measure of Damages in Toxic Tort Cases. 21 Mich Env LJ. No 2. pp 12-14 (2004).

Chiodo Ernest P, Hadden Donnelly W, Huff Steven H. The State of Medical Monitoring Damages in Michigan after Henry v. Dow Chemical Co.26 Mich Env L J No 1, pp1-7 (2008).

Chiodo Ernest P. Economic and non-economic issues must be considered in toxic damage cases. Michigan Lawyers Weekly. June 1, 2009.

Toxicogenomics and Toxic Tort Litigation. 28 Mich Env L J No1 Pages 10-12. (2010).

Evaluating Injury Causation in Low Speed Automobile Collisions. November 7, 2011. Claims Journal.

Consider Medical Specialist Expertise Carefully in Crash Injury Cases. October 5, 2012. Claims Journal.

What to Know About Determining Medical Causation of Injury or Illness. Laches. Oakland County, Michigan Bar Association. September 2022. Number 651. Page 11-13.

To a Reasonable Degree of Medical Certainty. Bar Briefs. Official Publication of the Macomb County, Michigan Bar Association. Volume 42. Number 11. May 2024. Page 6.

BOOKS:

Ernest P. Chiodo, M.D., J.D., M.P.H.  Toxic Tort: A Guide to Toxic Substances Litigation in Michigan. Xlibris. Copyright 2002. Library of Congress Number 2002095046. ISBN Hard cover 1-4010-7725-0 Soft cover 1-4010-7386-7.

Ernest P. Chiodo, M.D., J.D., M.P.H. Toxic Tort: Medical and Legal Elements. Xlibris. Copyright 2004. Library of Congress Number 2003092354. ISBN Hard cover 1-4134-0537-1 Soft cover 1-4134-0536-3.

Ernest P. Chiodo, M.D., J.D., M.P.H., C.I.H. Toxic Tort: Medical and Legal Elements. Second Edition. Xlibris. Copyright 2007. ISBN Hard cover 1-4257-4962-3. Soft cover 1-4257-4961-5.

Ernest P. Chiodo, M.D., J.D., M.P.H., M.S., M.B.A., C.I.H. Bioterrorism.
Xlibris. Copyright 2013. ISBN Hard cover 978-1-4797-8431-8. Soft cover 978-1-4797-8430-1. Ebook 978-1-4797-8432-5.

Ernest P. Chiodo, M.D., J.D., M.P.H., C.I.H. Toxic Tort: Medical and Legal Elements. Third Edition. Xlibris. Copyright 2013. ISBN Hard cover 978-1-4797-8434-9. Soft cover 978-1-4797-8433-2.

Ernest P. Chiodo, M.D., J.D., M.P.H., C.I.H. Carbon Monoxide: Medical and Legal Elements. Xlibris. Copyright 2015. ISBN Hard cover 978-1-4990-3061-7. Soft cover 978-1-4990-3060-0. eBook 978-1-4990-3062-4.

Ernest P. Chiodo, M.D., J.D., M.P.H., C.I.H. Mold: Medical and Legal Elements. Xlibris. Copyright 2015. ISBN Hard cover 978-1-5144-1765-2. Soft cover 978-1-5144-1764-5. eBook 978-1-5144-1763-8.


BOOK CHAPTERS:

Thomas W. Armstrong, Ernest P. Chiodo, Robert F. Herrick, and Christopher P. Rennix. Occupation Epidemiology. Chapter 6. The Occupational Environment: Its Evaluation, Control, and Management. 3rd edition. Copyright 2011 by the American Industrial Hygiene Association. ISBN 978-1-935082-15-6.

Crisis Management & Emergency Planning: Preparing for Today's Challenges
Chapter 13: Legal Considerations in Threat Response Management
Copyright 2014 by Taylor & Francis Group, LLC. ISBN 13:978-1-4665-5505-1.

Hospital Emergency Management: A Bible for Hospital Emergency Managers
Chapter 12: Legal Considerations for the Emergency Manager and Physician
Copyright 2017 Dr. Robert J. Muller, M.D. ISBN 13: 9781537683560

PROFESSIONAL HONORS:

Co-author of the first place winning presentation at the 54th annual Providence Hospital Clinic Day. This was the first time that the Department of medicine had won the first place award in 19 years.

1991 Oakland Health Education Program Award for Research

Honored by the Wayne State University College of Engineering Hall of Fame in 2019 as a Distinguished Biomedical Engineer

I have received the rare honor of the Distinguished Alumnus Award for 2023 from Wayne State University School of Medicine. Wayne State University started in 1868 as a medical school. Wayne State University School of Medicine is the largest single campus medical school in the United States of America. Tens of thousands of physicians and surgeons have graduated from Wayne State University School of Medicine since 1868. I am only the 135th graduate of Wayne State University School of Medicine to receive the Distinguished Alumnus Award.

FOREIGN LANGUAGE PROFICIENCY:

German - Strong conversational proficiency
Mandarin Chinese - moderate conversational proficiency
Italian - minor to moderate conversational proficiency
Arabic - minor conversational proficiency