**HOAU-YAN WANG, Ph.D.**

**E-MAIL ADDRESS:** hywang@med.cuny.edu

**ADDRESS:**        CDI-3370      85 St. Nicholas Terrace, New York, NY 10027

**PHONE:**      (212) 650-8813[Office]  (212) 650-6682 [Lab] (215) 917-7765 [Cell]

**EDUCATION:**     Medical College of PA, Philadelphia, PA      <u>1988 - Pharmacology, Ph.D.</u>

                   St. John's University, New York, NY       <u>1985 - Pharmacology, M.S.</u>

                   China Medical College, Taiwan       <u>1981 - Pharmacy, B.S.</u>


**EMPLOYMENT:**

2019-present     <u>CUNY School of Medicine at City College, New York, NY</u>
                 Medical Professor, Molecular, Cellular & Biomedical Sciences

2001-2019        <u>CUNY Medical School at City College, New York, NY</u>
                 Associate Medical Professor, Physiology, Pharmacology & Neuroscience
                 **(Tenured, May 2006)**

2001             <u>R.W. Johnson Pharmaceutical Research Institute, Spring House, PA</u>
                 Principal Scientist, CNS Research

1998 - 2000      <u>R.W. Johnson Pharmaceutical Research Institute, Spring House, PA</u>
                 Senior Scientist, CNS Research

1998 - 2001      <u>MCP-Hahnemann University School of Medicine, Philadelphia, PA</u>
                 Adjunct Assistant Professor, Pharmacology & Physiology

1994 - 1997      <u>Allegheny University of the Health Sciences/MCP, Philadelphia, PA</u>
                 Assistant Professor, Pharmacology & Psychiatry

1992 - 1994      <u>Medical College of PA (MCP), Philadelphia, PA</u>
                 Assistant Professor, Psychiatry

1990 - 1992      <u>Medical College of PA (MCP), Philadelphia, PA</u>
                 Instructor, Psychiatry


**CURRENT RESEARCH INTERESTS:**

- Age-dependent alterations in neuronal function and the underlying mechanisms.
- Pathogenic mechanisms and therapeutic targets for neurodegeneration in Alzheimer's disease

Hoau-Yan Wang

- Pathogenic mechanisms and therapeutic targets for neuropsychiatric disorders with particular emphasis on bipolar affective disorder and schizophrenia.
- Discovery of novel therapeutic agents and diagnostic biomarkers for neurodegenerative and psychiatric disorders as well as traumatic brain injury.
- Molecular pharmacology, target identification and therapeutic mechanism of psychoactive drugs.

## LABORATORY TECHNIQUES AND RESEARCH EXPERTISE:

**1. Protein biochemistry, physiology and pharmacology of ionotropic and metabotropic receptors as well as trophic factor receptors.**
- Receptor/G protein interactions including GTP binding, calcium signaling, identification and characterization of signal transduction pathways, second messenger ($Ca^{2+}$, cAMP, cGMP & phosphoinositide) measurement, Lipid acylation, Toxin-activated ADP-ribosylation, lipid peroxidation & reactive oxygen species assessment.
- Protein purification and characterization, immunoprecipitation, 1-D/2-D gel electrophoresis, Western blotting, protein phosphorylation/dephosphorylation, protein kinase and enzymatic activity assay, antibody purification & characterization.
- Receptor binding assay, RIA, EIA, high throughput screening, receptor autoradiography.

**2. Molecular and Cellular biology**
- General molecular biology techniques-Northern and Southern blotting, cDNA library screening.
- General recombinant DNA techniques (cloning to recombinant protein expression).
- Cell culture, cell proliferation & differentiation, cell death assay.

**3. Bioinformatics**
- Sequence database mining using bioinformatic software tools.  Experience with Incyte blast tools, and Incyte databases, NCBI databases.
- Proteomics technology and protein sequencing.

## CONTRIBUTION TO SCIENCE

**1.**     My early publications elucidated the molecular mechanism responsible for lithium's pharmacological actions relevant to its efficacy in treating bipolar disorder. My data from several functional studies were the first to show that lithium has a profound inhibitory effect on protein kinase C (PKC) activation at therapeutic doses. Based on this finding, I hypothesized that PKC is overly activated in CNS and peripheral tissues from bipolar patients and that this over-activation could be used as a biomarker to support the diagnosis of this disorder. This hypothesis was proven correct by the findings that membrane-associated PKC is substantially higher in postmortem brain tissues and blood platelets of bipolar subjects in their manic and euthymic states. Lithium and valproate treatments attenuate such hyperactivated PKC by reducing its $Ca^{2+}$-dependent cytosol to membrane translocation, the primary activation mechanism for PKC. By providing molecular underpinning and a peripheral state-dependent biomarker for bipolar disorder, this body of work has paved the way to improve the therapeutic efficacy for bipolar disorder treatments.  More importantly, this biomarker provides a method of monitoring this disease and therapeutic effects aiming to stabilize bipolar disorder. I served as the primary investigator or co-investigator in all of these studies.
   a. Wang HY, Friedman E (1989) Lithium inhibition of PKC activation and activation-induced serotonin release. Psychopharmacol 99: 213-218.
   b. Friedman E, Wang HY, Levinson D, Connell TA, Singh H (1993) Altered platelet protein kinase C activity in bipolar affective disorder, manic episode. Biol Psychiatry 33:520-525.

2

Hoau-Yan Wang

    c.  Wang HY, Friedman E (1996) Enhanced protein kinase C activity and translocation in bipolar affective disorder brain. Biol Psychiatry 40:568-575.
    d.  Wang HY, Markwitz P, Levinson D, Undie AS, Friedman E (1999) Increased membrane-associated protein kinase C activity and translocation in blood platelets from bipolar affective disorder patients.  J Psychiatric Res 33: 171-179.

**2.**    I investigated the molecular mechanism underlying the long-lasting detrimental effects on cognitive function in offspring of cocaine abuse during pregnancy. My initial efforts led to a discovery that, in contrast to common belief, prenatal cocaine exposure affects specific targets such as $D_1$ dopamine receptors, leading to distorted dendrites and behavioral dysfunction. More importantly, I observed a substantial increase in membrane-associated protein kinase C (PKC) – similar to that in bipolar disorder – in key brain regions that lasted well into adulthood.  Based on this finding and the fact that glutamatergic systems are intimately related to cognitive function, I hypothesized that hyperactivated PKC is the molecular culprit responsible for glutamatergic and hence cognitive dysfunction. This hypothesis was supported by our findings that protracted membrane association of specific PKC isoforms is at least in part responsible for defective AMPA receptor and mGluR1 function. By elucidating the molecular mechanism of glutamatergic dysfunction, this body of work provided a rationale for using agents such as lithium and valproate that reduce excessive PKC activation to treat cognitive problems in prenatal cocaine-exposed individuals. In addition to dramatically alter dopaminergic and glutamatergic neurotransmission, prenatal cocaine exposure also have profound effects on neurotrophin signaling. Using brains from brains from 21-day-old rats that have exposed to cocaine during gestation, we demonstrate an upregulated BDNF-TrkB signaling by enhancing BDNF binding affinity for TrkB. Since BDNF-TrkB regulates synaptic activity via interacting with NMDARs, these data together indicate the upregulated BDNF-TrkB may be a compensatory response to defects in glutamatergic signaling.  I served as the primary investigator or co-investigator in all of these studies.  I served as the primary investigator or co-investigator in all of these studies.
    a.  Wang HY, Runyan S, Yadin E, Friedman E (1995) Prenatal exposure to cocaine selectively affects $D_1$ dopamine receptor-mediated activation of striatal Gs proteins. J Pharmacol Exp Ther 273:492-498.
    b.  Jones LB, Stanwood GD, Reinoso BS, Washington RA, Wang HY, Friedman E,  Levitt P (2000) In Utero cocaine-induced dysfunction of dopamine $D_1$ receptor signaling and abnormal differentiation of cerebral cortical neurons.  J Neurosci 20: 4606-4614.
    c.  Bakshi K, Gennaro S, Chan CY, Kosciuk M, Liu J, Stucky A, Trenkner E, Friedman E, Nagele RG, Wang HY (2009) Prenatal cocaine reduces AMPA receptor synaptic expression through hyperphosphorylation of the synaptic anchoring protein GRIP.  J Neurosci 29: 6308-6319.
    d.  Bakshi K, Parihar R, Goswami SK, Walsh M, Friedman E, Wang HY (2014)  Prenatal cocaine exposure uncouples mGluR1 from Homer1 and Gq proteins. Plus One 9:e91671.
    e.  Stucky A, Bakshi K, Friedman E, Wang HY (2016) Prenatal cocaine exposure upregulates BDNF-TrkB signaling.  Plos One 11 (8):e0160585.

**3.**    To study functional changes in disease brains, I have adapted and fine-tuned functional studies that are typically used in cells and fresh tissues to analyze the signaling and protein-protein interaction in well-characterized diseased and well-matched control postmortem brains with short postmortem intervals. I call this experimental system the *ex vivo stimulation* paradigm. Using this investigation tool, I have identified changes in receptor-mediated signaling and enzymes such as PKC in bipolar brains. I also identified the α7 nicotinic receptor (α7nAChR) as a sub-pM high-affinity receptor for amyloid-β in AD brains. The interaction of amyloid-β with α7nAChR enables subsequent binding of multiple amyloid-β and internalization of the amyloid-β/α7nAChR complexes, accumulation of intracellular amyloid-β and plaque formation. Through binding to α7nAChR, amyloid-β activates several key kinases to promote tau

3

Hoau-Yan Wang

phosphorylation leading to neurofibrillary lesions and eventual appearance of neurofibrillary tangles. After my discovery that amyloid-β signals via the α7nAChR, many drug discovery programs aimed to disrupt the amyloid-β interaction with α7nAChR to reduce AD pathologies and cognitive impairments. One of such compound identified was S 24795 of Servier Laboratoires in France. Working with PTI, I later discovered that the amyloid-β toxic signaling that leads to neurofibrillary lesions and inflammation requires recruitment of filamin A. This novel finding led us to hypothesize that manipulating filamin A expression or conformation can reduce AD pathogenesis elicited by amyloid-β and thereby normalize synaptic activities and restores cognitive function. More recently, we are the first laboratory to illustrate Filamin A with distorted conformation is intimately involved in AD pathogenesis. This hypothesis was support by the identification of PTI-125 (currently in phase II clinical trial), a small molecule proprietary compound of PTI that binds aberrant filamin A with ultra-high affinity to restore filamin A naïve conformation and reduce AD plaques and neurofibrillary pathologies mouse models and importantly normalizes receptor and synaptic activities in both mouse and human postmortem brain tissues using *ex vivo stimulation* method. More recently, we are the first group to prove experimentally that insulin and IGF-1 receptor signaling defects are prevalently present in AD brains even without diabetes. Such findings indicate that treatment with antidiabetics such as incretin receptor agonists that reduce brain insulin resistance may be effective Alzheimer's disease therapeutics.  These studies provide evidence that the *ex vivo stimulation* paradigm using postmortem AD brain tissues is an effective tool to discover broad-spectrum disease-modifying AD therapeutics. The above mentioned target-directed drug discovery programs are accompanied by research efforts on discovery of reliable AD specific diagnostic biomarkers.  The effectiveness of AD treatments is closely related to early detection of the disease. These studies have led to identification of potential AD-specific biomarkers such as PTI-125 DX (currently in phase II clinical trial) in the body fluid and peripheral tissues obtained with non-invasive methods.  I served as the primary investigator or co-investigator in all of these studies.

a.  Wang HY, Lee DHS, D'Andrea MR, Peterson PA, Shank RP, Reitz AB (2000) β-Amyloid$_{1-42}$ binds to α7 nicotinic acetylcholine receptor with high affinity: implications for Alzheimer's disease pathology. J Biol Chem 275: 5626-5632.

b.  Wang HY, Lee DHS, Davis CB, Shank RP (2000) Amyloid peptide Aβ$_{1-42}$ binds selectively and with picomolar affinity to α7 nicotinic acetylcholine receptors. J Neurochem 75: 1155-1161.

c.  Wang HY, Li W, Benedetti N, Lee DHS (2003) α7 Nicotinic acetylcholine receptors mediate  β-amyloid peptides-induced tau protein phosphorylation.  J Biol Chem 278:31547-31553.

d.  Wang HY, Stucky A, Liu J, Shen C, Trocme-Thibierge C, Morain P (2009) Dissociating β-amyloid from α7 nicotinic acetylcholine receptor by a novel therapeutic agent, S 24795 normalizes α7 nicotinic acetylcholine and NMDA receptor function in Alzheimer's disease brain. J Neurosci 29: 10961-10973.

e.  Wang HY, Bakshi K, Frankfurt M, Stucky A, Goberdhan M, Shah SM, Burns LH (2012) Reducing Amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting filamin A. J Neurosci 32(29): 9773-9784.

f.  Talbot K, Wang HY, Kazi H, Han L-Y, Bakshi KP, Stucky A, Fuino RL, Kawaguchi KR, Samoyedny AJ, Wilson RS, Arvanitakis Z, Schneider JA, Wolf BA, Bennett DA, Trojanowski JQ, Arnold SE (2012) Brain insulin resistance demonstrated in Alzheimer's disease without diabetes is associated with dysregulated IRS-1 and implicated in impaired cognition. J Clin Inv 122(4): 1-23. (co-first author)

g.  Wang HY, Lee K-C, Pei Z, Khan A, Bakshi K, Burns LH (2017)  PTI-125 binds and reverses an altered conformation filamin A to reduce Alzheimer's disease pathogenesis.  Neurobiol Aging 55: 99-114.

h.  Wang HY, Trocmé-Thibierge C,  Stucky A, Shah SM, Kvasic J, Khan A, Morain P, Quignot I, Bouguen E, Deschet K, Pueyo M, Mocaer E, Ousset P-J, Vellas B, Kiyasova V (2017)  Increased Aβ42-α7 nicotinic acetylcholine receptor complex level in lymphocyte is associated with

Hoau-Yan Wang

apolipoprotein E4 driven Alzheimer's disease pathogenesis.  Alzheimer's Research & Therapy 9:54 (DOI 10.1186/s13195-017-0280-8)

**4.**  Using the *ex vivo stimulation* method, we directly demonstrated a defective NMDA receptor system in schizophrenia relevant to cognitive impairment. We subsequently identified the primary location of the defective NMDA receptor signaling as postsynaptic density and the molecular mechanism responsible for the NMDA receptor hypofunction as enhanced neuregulin- ErbB4 signaling and impaired Src tyrosine kinase. More recently, we identify defects in a metabotropic glutamatergic receptor system, mGluR5 that forms a positive reciprocal interaction loop with NMDARs can contribute to NMDAR hypofunction in schizophrenia. By providing the site and molecular mechanism of NMDA receptor hypofunction, this body of work improves our knowledge of pathogenesis of schizophrenia and enables development of novel therapeutic strategies. One such strategy is repetitive transcranial magnetic stimulation (rTMS) to improve NMDA receptor function and thereby alleviate cognitive impairment in schizophrenia. I served as the primary investigator or co-investigator in all of these studies.  Since olfactory neuroepithelial cells derived from biopsy can be cultured and expanded for many generations without losing disease-specific phenotypes, we dedicate our efforts on developing these disease-specific changes into biomarkers for differential diagnosis and monitoring the effectiveness of therapeutic agents.  These translational research projects are expected to facilitate novel diagnostic and therapeutic strategies into clinical practices in schizophrenia.

    a.  Hahn CG, Wang HY, Cho DS, Talbot K, Gur RE, Berrettini WH, Bakshi K, Kamins J, Borgmann-Winter K, Siegel SJ, Arnold SE  (2006) Abnormally enhanced neuregulin 1-ErbB4 signaling contributes to NMDA receptor hypofunction in schizophrenia.  Nature Medicine 12:824-828. (co-first author)

    b.  Hahn CG, MacDonald ML, Banerjee A, Cho DS, Kamins J, Nie Z, Borgmann-Winter KE, Grosser T, Pizarro A, Ciccimaro E, Arnold SE, Wang HY, Blair IA (2009) Post-synaptic Density Fractions Obtained from Human Postmortmem Brain Tissues.  PloS One 4: e5251.

    c.  Wang HY, Crupi D, Liu J, Stucky A, Cruciata G, Di Rocco A, Friedman E, Quartarone A, Ghilardi MF (2011)  rTMS enhances BDNF-TrkB signaling in both brain and lymphocytes. J Neurosci 31: 11044-11054.

    d.  Banerjee A, Wang HY, MacDonald ML, Borgmann-Winter KE, Stucky A, Kvasic J, Egbujo C, Talbot K, Hemby SE, Siegel SJ, Arnold SE, Gur RE, Hahn C-G (2014) Src hypoactivity is a convergent mechanism for NMDA receptor hypofunction in schizophrenia. Mol. Psychiatry doi:10.1038/mp.2014. 115. (co-first author)

    e.  Wang HY, MacDonald ML, Borgmann-Winter KE, Banerjee A, Sleiman P,  Tom A, Khan A, Lee K-C, Roussos P, Siegel SJ, Hemby SE, Bilker WB, Gur RE, Hahn C-G.  mGluR5 hypofunction is integral to glutamatergic dysregulation in schizophrenia.  Mol Psychiatry (In press)

    f.  Borgmann-Winter K, **Wang HY**, Ray R, Willis BR, Moberg PJ, Rawson NE, Gur RE, Turetsky BI, Hahn CG (2015) Altered G protein coupling in olfactory neuroepithelial cells from patients with schizophrenia. Schizophr Bull doi:10.1093/schbul/sbv129.


**RESEARCH GRANTS AND CONTRACTS**

**CURRENT FUNDED GRANTS AND CONTRACTS:**


    **1.  Translating the function of *C. elegans* APL-1 into understanding the function of human APP.**                                       4/1/2020-1/31/2022

Hoau-Yan Wang

National Institute of Neurological Disorders and Stroke (Type: 1 R21 AG065890)
**Co-PI (PI: Chris Li, Ph.D.)**                                      $135,000

**2.  mGluR5 hypoactivity is integral to glutamatergic dysregulation in schizophrenia.**

12/1/2019-3/31/2024

National Institute of Mental Health (Type: 1 R01 MH116463-01)
**Co-PI (PI: Chang-Gyu Hahn, MD, Ph.D.)**                            $592,118

**3.  Treating Alzheimer's disease by reducing insulin resistance with incretin receptor agonists.**

5/15/2018-2/28/2023

National Institute on Aging (Type: 1 R01 AG057658)
**Co-PI (PI: Konrad Talbot, Ph.D.)**                                 $1,091,886

**4.  Development of PTI-125 DX, a blood-based diagnostic for Alzheimer's disease.**

9/15/2017-6/30/2020

National Institute on Aging (Type: STTR 1R42AG057329)
**Co-PI (PI: George B. Thorton, Ph.D.)**                             $238,470
**Phase I & II clinical trial on AD diagnostic marker**

**5.  Linking peripheral and brain insulin resistance to AD neuropathology and cognition.**

2018-2023

National Institute on Aging (Type: RF1AG059621)
**Subcontract PI (PI: Zoe Arvanitakis, M.D., M.S)**                  $864,903

**6.  Open-label extension of a 3-month blinded clinical trial for PTI-125.**

08/01/2020-07/31/2022

National Institute on Aging (Type: STTR R44 AG 065152-01)
**Subcontract PI  (PI: Lindsay Burns, Ph.D.)**

**7.  Multiple Ascending Dose clinical trial of PTI-125, a novel AD therapeutic candidate.**

2018-2019

National Institute on Aging (Type: R44 AG 060878)
**Subcontract PI (PI: Lindsay Burns, Ph.D.)**                        $118,978
**Phase II clinical trial on AD therapeutic candidate**

**8.  Mechanism linking insulin resistance to brain structure, pathology and function.**

2014-2019

National Institute of Neurological Disorders and Stroke (Type: R01NS084965)
**Subcontract PI (PI: Zoe Arvanitakis, M.D., M.S.)**

$300,000/yr

**9.  Lesion and Activity Dependent Corticospinal Tract Plasticity.**

2013-2018

National Institute of Neurological Disorders and Stroke (Type: 2RO1-NS064004-06)
**Investigator (PI: John Martin, Ph.D.)**                           $300,000/yr

**10. Influence of S 24795 on Aβ42-α7 high affinity interaction, Aβ42-induced tau phosphorylation, and intraneuronal accumulation of Aβ42 using rat brain slice organotypic cultures.**

Institut De Recherches Internationales Servier                                    2005-2020
**Principal investigator**                                                        $10,000/yr

**11. Evaluating the effects of NP-101 and other agents on blocking spreading depolarization.**
Neuropharmalogic Inc.                                                            2017-2018
                                                                                 $ 11,613


**PAST FUNDED GRANTS AND CONTRACTS:**
**Development of a biomarker assay based on the interaction of filamin A with the α7 nicotinic**
**acetylcholine receptor.**
Pain Therapeutics Inc.                                                           2012-2015
**Principal investigator**                                                       $124,822.15/yr

**Exploring the anti-cancer potential of PTI's proprietary FLNA-binding compounds.**
Pain Therapeutics Inc.                                                           2012-2014
**Principal investigator**                                                       $30,000/yr

**Profiling of Alzheimer's disease compounds on high affinity Aβ42 target using rat brain**
**synaptosomes.**
Institut De Recherches Internationales Servier                                   2012-2013
**Principal investigator**                                                       $173,189.96/yr

**Pharmacological profiling of Alzheimer's disease compounds on Aβ42-induced tau**
**phosphorylation using rat brain tissues.**
Institut De Recherches Internationales Servier                                   2012-2013
**Principal investigator**                                                       $145,556.66/yr
                                                  (Amendment of $145,500 addition pending)

**Research of proteinic markers in Alzheimer's disease.**
Institut De Recherches Internationales Servier                                   2012-2013
**Principal investigator**                                                       $58,860/yr
**Profiling of Servier compounds on Alzheimer's disease treatment potential using *in vitro* cell-**
**free assays.**
Institut De Recherches Internationales Servier                                   2011-2012
**Principal investigator**                                                       $58,087/yr (renew yearly)

**Establishment of a medium throughput cell-free assay.**
Institut De Recherches Internationales Servier                                   2011-2012
**Principal investigator**                                                       $100,000/yr
                                                  ($10,000/year additional starting on 2013)

**Neuronal responsiveness to lithium**                                           2008-2013
National Institute of Mental Health (Type: RO1-MH080193)
**Sub-contract collaborator (PI: Chang-Gyu Hahn, M.D., Ph.D.)**                  $34,000/yr

**Determination of enhanced basal coupling by receptors in spinal cord corresponding to**
**Neuropathic injury and potential inverse agonists.**
Pain Therapeutics Inc.                                                           2005-2012
Principal investigator                                                           **$5,000/yr**

**Proof of Concept Using Lead Compounds from Medicinal Chemistry.**             2009-2012

7

Pain Therapeutics Inc.
**Principal investigator**                                                $31,782/yr

**Pharmacological profiling of Alzheimer's disease compounds on Aβ42-α7 high affinity interaction, Aβ42-induced tau phosphorylation, and Aβ42-mediated neuronal functions using rat brain slice organotypic cultures.**
Institut De Recherches Internationales Servier                            2007-2010
**Principal investigator**

**Target identification of ultra-low-dose opioid antagonists in preventing the Mu opioid**
receptor – G protein coupling switch that occurs in opioid tolerance
Pain Therapeutics Inc.                                                    2005-2010
**Principal investigator**

**Neuregulin 1-erbB4 signaling in schizophrenia**                        2006-2010
National Institute of Mental Health (Type: RO1)
**Sub-contract collaborator** (PI: Chang-Gyu Hahn, M.D., Ph.D.)

**Prenatal cocaine alters NMDA receptor assembly.**
National Institute of Drug Abuse (Type:MIDARP)                           2005-2010
**Principal investigator** (Program director: Eitan Friedman, Ph.D.)

**Neuregulin 1- erbB4 – NMDAR signaling in Postmortem Brains**
Stanley Foundation                                                       2005-2008
**Co-investigator** (PI: Chang-Gyu Hahn, M.D., Ph.D.)

**Prenatal Cocaine exposure induces AMPA receptor dysfunction.**
CUNY Collaborative Incentive grant                                       2005-2007
**Principal investigator**

**Underlying mechanism of the mu opioid receptor G-protein switch that occurs in opioid Tolerance and its prevention by ultra low dose opioid antagonists.**
Pain Therapeutics Inc                                                    2004-2006
**Principal investigator**

**Intracellular Beta-Amyloid Accumulation and Neuronal Degeneration in Alzheimer's Disease.**
Alzheimer's Association.                                                  2003-2006
**Co-investigator**        P.I.: Robert G. Nagele, Ph.D.

**Assessment of mu opioid receptor-G protein switching in oxycodone tolerance and neuropathic pain & it prevention by ultra-low-dose naltrexone.**
National Institute of Mental Health/STTR                                 2004-2005
**Principal investigator**

**Assessment of G-Portein coupling and signaling of the mu opioid receptor in morphine naïve And morphine tolerant rats using receptor stimulation by morphine vs morphine + naloxone.**
Pain Therapeutics Inc.                                                    2003-2004
**Principal investigator**

**Destruction of the $D_1$ dopamine receptor and G protein coupling:**     1998-2001

**molecular mechanism of developmental abnormality induced by prenatal cocaine exposure.**
March of Dimes Birth Defects Foundation,
**Principal investigator**

**Age and vascular α1-adrenoceptor functional coupling.**                    1997-1999
National Institute of Aging,
**Principal investigator**

**G proteins in desensitized vascular smooth muscle.**                        1995-1997
Alleghny-Singer Research Institute,
**Principal investigator**
**Altered receptor-G protein coupling:**                                      1995-1997
**molecular mechanism of hypertension.**
American Heart Association, Southeastern Pennsylvania Affiliate,
**Principal investigator**

**Brain Structure and Function after Fetal Cocaine Exposure.**
National Institute on Drug Abuse                                              1990-1994
**Investigator**   PI: J. Harvey, Ph.D.

**Neural, Endocrine, and Gastric Changes Induced by**
**Immobilization Stress.**                                                    1992-1993
Ciba-Geigy corperation,
**Principal investigator**

**Alzheimer's Disease Related Alterations in Serotonin Receptors-**
**G Proteins Interation.**                                                    1992-1993
Alleghny-Singer Research Institute,
**Principal investigator**

**Dopamine-linked phosphoinositide metabolism in brain.**                    1991-1995
National institute of Neurological disorders and Stroke                       1996-2000
**Investigator**   P.I. Eitan Friedman, Ph.D.

**Effect of Age on Serotonin-Induced G Protein Activation.**                      1991-1992
Center for Gerontological Research,
**Principal investigator**

**Protein kinase C in Mania and in Lithium's Actions.**                       1989-1994
National Institute of Mental Health
**Co-investigator**        PI: E. Friedman, Ph.D.

**Aging, Protein kinase C and Serotonin Release.**                           1988-1993
National Institute of Aging                                                   1993-1998
**Co-investigator**        PI: E. Friedman, Ph.D.

**The Effect of Age on Human Protein kinase C.**                             1989-1990
American Federation for Aging Research (AFAR),

**Principal investigator**

**Role of Protein Kinase C in Aging.**                                    1988-1989
American Federation for Aging Research (AFAR),
**Co-investigator**        PI: Jupiter Yeung, Ph.D.

**Protein Kinase C in Alzheimer's Disease.**                             1988-1989
Alzheimer's Disease and Related Disorders Associations, Inc.(ADRDA)
**Principal investigator**


**PENDING RESEARCH GRANTS AND CONTRACTS**
Project Number: 1R01AG076124-01
PIs: Hussein Yassine, Hoau-Yan Wang, Zoe Arvanitaki
*Title:* **Brain cPLA2 as a mechanism for neuroinflammation in AD/ADRD with and without APOE4**

Project Number: R41 NS 108830
PI: Hoau-Yan Wang, Ph.D
Source: NIDDS
Title: **A natural product PP2A inhibitor for the treatment of migraine.**
 The primary goal of this study is to determine whether blocking cortical spreading depolarization by a natural product
PP2A inhibitor can be therapeutically beneficial to treat migraine.
Dates of proposed project: 09/1/2018-02/28/2020
Annual Direct costs: $89,172

Project Number:
Co-PI: Hoau-Yan Wang, Ph.D  **PI: Lindsay Burns, Ph.D.**
Source: NCI
Title: **PTI-910, a novel small molecule that suppresses mTOR and K-RAS by binding filamin A.**
 The primary goal of this study is to determine the anti-cancer therapeutic efficacy of the
 PTI-910 in a preclinical setting.
Dates of proposed project: 04/1/2019-03/31/2020

Annual Direct costs: $48,059
Effort: 0.5 Academic
No budgetary and scientific overlap


**PATENTS**

1.    Alzheimer's disease assay in living patients
      US Patent No.: 11,385,221 (7/12/2022)
      Author: **Wang HY**, Burns Barbier LH
      An assay for Alzheimer's disease (AD) pathology in a living patient is disclosed wherein an
      amount of α7nAChR or TLR4 in a FLNA-captured protein complex or α7nAChR in an Aβ-
      captured protein complex or α7nAChR-FLNA, or TLR4-FLNA and/or α7nAChR-Aβ42
      complex present as a protein-protein complex in a sample is compared to the amount in a
      standard sample from a person free of AD pathology. An amount greater than in the standard

Hoau-Yan Wang

sample indicates AD pathology. Also disclosed is an assay predictive of prognosis for treatment with a medicament in which the amount of an above protein or protein complex is compared to an amount in the presence of a medicament that binds to a FLNA pentapeptide and contains at least four pharmacophores of FIGS. 7-12. An amount of protein or protein complex determined in the presence of medicament that is less than the first amount indicates a favorable treatment prognosis.

2.  Method for inhibiting growth of cancer cells
    US Patent No: 10363239 (7/30/2019)
    Author: Wang HY, Burns Barbier LH

    This patent describes a method of inhibiting the growth of cancer cells is disclosed in which cancer cells that contain an enhanced amount relative to non-cancerous cells of one or more of phosphorylated mTOR, Akt1, ERK2 and serine2152-phosphorylated filamin A are contacted with an FLNA-binding effective amount of a compound or a pharmaceutically acceptable salt thereof that binds to the pentapeptide of filamin A (FLNA) of SEQ ID NO: 1 and exhibits at least about 60 percent of the FITC-labeled naloxone binding amount when present at a 10 ?M concentration and using unlabeled naloxone as the control inhibitor at the same concentration. A compound that binds to the FLNA pentapeptide preferably also contains at least four of the six pharmacophores of FIGS. 19-24.

3.  Alzheimer's disease assay in living patients
    US Patent No.: 10,222,368 (3/5/2019)
    Author: **Wang HY**, Burns Barbier LH
    This patent describes an assay for Alzheimer's disease (AD) pathology in a living patient is disclosed wherein an amount of α7nAChR or TLR4 in a FLNA-captured protein complex or α7nAChR in an Aβ-captured protein complex or α7nAChR-FLNA, TLR4-FLNA and/or α7nAChR-Aβ42 complex present as a protein-protein complex in a sample is compared to the amount in a standard sample from a person free of AD pathology. An amount greater than in the standard sample indicates AD pathology. Also disclosed is an assay predictive of prognosis for treatment with a medicament in which the amount of an above protein or protein complex is compared to an amount in the presence of a medicament that binds to a FLNA pentapeptide and contains at least four pharmacophores.

4.  Method for inhibiting tau phosphorylation
    US Patent No.: 10,017,736 (7/10/2018)
    Author: **Wang HY**, Burns Barbier LH
    This patent describes a method of inhibiting phosphorylation of the tau protein and/or a TLR4-mediated immune response is disclosed. The method contemplates administering to cells in recognized need thereof such as cells of the central nervous system an effective amount of a of a compound or a pharmaceutically acceptable salt thereof that binds to a pentapeptide of filamin A (FLNA) of SEQ ID NO: 1, and contains at least four of the six pharmacophores of FIGS. 35-40.

5.  Alzheimer's disease assay in living patients
    US Patent No.: 9,500,640 (11/22/2016)
    Author: **Wang HY**, Burns Barbier LH

This patent describes an assay for Alzheimer's disease pathology in a living patient wherein the α7nAChR/FLNA, TLR4/FLNA and/or α7nAChR/Aβ42 complex levels as the predictive of prognosis for treatments.

6.  Method for inhibiting growth of cancer cells
    US Patent No.: 9,433,604 (9/26/2016)
    Author: **Wang HY**, Burns Barbier LH
    A method of inhibiting the growth of cancer cells is disclosed in which cancer cells that contain an enhanced amount relative to non-cancerous cells of one or more of phosphorylated mTOR, Akt1, ERK2 and serine2152-phosphorylated filamin A are contacted with an FLNA-binding effective amount of a compound or a pharmaceutically acceptable salt thereof that binds to the pentapeptide of filamin A (FLNA) of SEQ ID NO: 1 and exhibits at least about 60 percent of the FITC-labeled naloxone binding amount when present at a 10 ?M concentration and using unlabeled naloxone as the control inhibitor at the same concentration. A compound that binds to the FLNA pentapeptide preferably also contains at least four of the six pharmacophores of FIGS. 19-24.

7.  Alzheimer's disease assay in living patients
    US Patent No.: 9,354,223 (5/31/2016)
    Author: **Wang HY**, Burns Barbier LH
    This patent describes an assay for Alzheimer's disease pathology in a living patient wherein the α7nAChR/FLNA, TLR4/FLNA and/or α7nAChR/Aβ42 complex levels are greater than standard samples to indicate Alzheimer's disease.

8.  Filamin A binding anti-inflammatory and analgesic.
    US Patent No.: 9,340,558 (5/7/2016)
    Author: Burns Barbier LH, **Wang HY**, Lin N-H, Blasko A.
    This patent describes a novel class of powerful anti-inflammatory and/or mu opioid receptor agonistic analgesic agents that bind with high affinity to filamin A. Unlike the existing narcotics, these analgesic agents produce minimal tolerance and dependence.

9.  Analgesia with minimal tolerance and dependence by a mu opioid receptor agonist that also binds filamin A.
    US Patent No.: 8,722,851 (5/13/2014)
    Author: **Wang HY**, Burns Barbier LH, Wang J.
    This patent describes a novel class of analgesic agents that are agonists of the mu opioid receptor and bind with high affinity to filamin A. Unlike the existing narcotics, these analgesic agents produce minimal tolerance and dependence.

10. Filamin A binding anti-inflammatory and analgesic.
    US Patent No.: 8,653,068 (2/18/2014)
    Author: Burns Barbier LH, **Wang HY**, Lin N-H, Blasko A.
    This patent describes another novel class of powerful anti-inflammatory and/or mu opioid receptor agonistic analgesic agents that bind with high affinity to filamin A. Unlike the existing narcotics, these analgesic agents produce minimal tolerance and dependence.

Hoau-Yan Wang

11. Filamin A binding anti-inflammatory and analgesic.
US Patent No.: 8,614,324 (12/24/2013)
Author: Burns Barbier LH, **Wang HY**, Lin N-H, Blasko A.
This patent describes another novel class of powerful anti-inflammatory and/or mu opioid receptor agonistic analgesic agents that bind with high affinity to filamin A. Unlike the existing narcotics, these analgesic agents produce minimal tolerance and dependence.

12. Filamin A binding anti-inflammatory and analgesic.
US Patent No.: 8,580,809 (11/12/2013)
Author: Burns Barbier LH, **Wang HY**, Lin N-H, Blasko A.
This patent describes another novel class of powerful anti-inflammatory and/or mu opioid receptor agonistic analgesic agents that bind with high affinity to filamin A. Unlike the existing narcotics, these analgesic agents produce minimal tolerance and dependence.

13. Filamin A binding anti-inflammatory and analgesic.
US Patent No.: 8,580,808 (11/12/2013)
Author: Burns Barbier LH, **Wang HY**, Lin N-H, Blasko A.
This patent describes another novel class of powerful anti-inflammatory and/or mu opioid receptor agonistic analgesic agents that bind with high affinity to filamin A. Unlike the existing narcotics, these analgesic agents produce minimal tolerance and dependence.

14. Analgesia with minimal tolerance and dependence by a mu opioid receptor agonist that also binds filamin A.
US Patent No.: 8,492,349 (7/23/2013)
Author: **Wang HY**, Burns Barbier LH, Wang J.
This patent describes a novel class of analgesic agents that are agonists of the mu opioid receptor and bind with high affinity to filamin A. Unlike the existing narcotics, these analgesic agents produce minimal tolerance and dependence.

15. Methode de criblage de composes aux proprietes anti-amyloide (Screening method of anti-amyloid compounds)
Patent No.: n°06/07385
Authors: **Wang HY**, Morain P, Thibierge C
This patent describes a novel method to select compounds that may retard $\beta$-amyloid induced neuronal dysfunction. The compounds identified through this screening program may be used to treat neurodegenerative diseases with amyloid pathologies including Alzheimer's disease and Down syndrome.

16. Method for treating neurodegenerative disorders
Patent No.: 7,018,797 (3/28/2006)
Authors: Reitz AB, Demeter DA, Lee DHS, **Wang HY**, Chen RH, Morgan Ross T, Scott MK, Plata-Salaman CR
This patent describes a novel method of treating a neurodegenerative disorder by inhibiting the interaction between Amyloid $\beta$ and $\alpha$7 nicotinic receptor.

17. Method of treating neurodegenerative disorders via inhibition of amyloid $\beta$ binding.
Patent No.: 6,441,049

13

Authors: Reitz AB, Demeter DA, Lee DHS, **Wang HY**, Chen RH, Morgan Ross T, Scott MK, Plata-Salaman CR
This patent describes a novel method of treating a neurodegenerative disorder by inhibiting Amyloid β binding.

18.    ErbB4 as a therapeutic target of psychotic illnesses
Penn T4328 application
Author: Hahn CG, **Wang HY**, Arnold S.
This patent describes a novel therapeutic approach to reduce psychotic episodes by reducing ErbB4 signaling.


**INVITED PRESENTATION:**

09/2019    VI International Workshop on Nitric Oxide in Cancer and Beyond
New York, USA
**NMDA receptor-mediated signaling and activation of NOS in healthy human glia and glial tumors**

04/2018    The 15th World Congress of the Society for Brain Mapping and Therapeutics
Los Angeles, USA
**Reducing amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting filamin A**

09/2017    NYU Joint Fresco Institute & Neuroscience Research Meeting
New York, USA
**Fluid biomarkers to tract Parkinson's disease progression**

06/2015    NYC visiting fellowship in transcranial Magnetic Stimulation
New York, USA
**Molecular effects of TMS in animals**

07/2012    Alzheimer Association International Conference
Vancouver, Canada
**PTI-125 reduces amyloid-related Alzheimer's pathogenesis by targeting filamin A.**

03/2011    Institut De Recherches Internationales Servier
Croissy-Sur-Seine, France
**Impaired Insulin Signaling in Hippocampal Formation of the Alzheimer's disease cases.**

04/2010    The first international workshop on synaptic plasticity from bench to bed side.
Taomina, Italy
**TMS-induced plasticity in an animal model: mechanisms of action**

03/2010    Institut De Recherches Internationales Servier
Croissy-Sur-Seine, France
**The Hunt for β-Amyloid - α7 Nicotinic Receptor Complex Breakers to Treat Alzheimer's disease.**

Hoau-Yan Wang

06/2006    Workshop-"The Continuum between MCI and Alzheimer's Disease": From Physiopathology to Clinical and Regulatory Approaches.
Versailles, France
**Nicotinic receptor and β-Amyloid**

02/2005    Chemistry department, Stevens Institute of Technology
New Jersey, USA
**A neuronal receptor for β-amyloid in our minds: Therapeutic implications for Alzheimer's disease treatments.**

11/2004    Biology Colloquium, Biology department, City College of New York
New York, USA
**A neuronal receptor for β-amyloid in our minds: Therapeutic implications for Alzheimer's disease treatments.**

07/2004    Biomedical and pharmaceutical science center, China Medical University.
Taiwan
**The role for β-amyloid in mediating Alzheimer's disease pathogenesis.**

03/2002    Biochemistry seminar, Chemistry department, City College of New York
New York, USA
**Pathway to neurodegeneration in Alzheimer's disease: The role of a neuronal receptor for β-amyloid.**

07/2000    Graduate school of Pharmaceutical Sciences, China Medical University
Taiwan
**Current development in pharmacotherapy for Alzheimer's disease.**

09/1999    Johnson & Johnson annual research symposium
New Jersey, USA
**α7 Nicotinic receptor as the target for Alzheimer's disease treatment.**


**CONSULTANCY AND SCIENTIFIC ADVISORY BOARDS**:

1. **Institut De Recherches Internationales Servier** (Drug discovery, preclinical development)

2. **Cassava Sciences.**  (Scientific advisory board member, drug discovery & Preclinical development)

3. **Neuropharmalogic, Inc.** (Scientific advisory board member, drug discovery & preclinical development)


**PROFESSIONAL ORGANIZATIONS:**
New York Academy of Science
Society for Neuroscience
American Society for Pharmacology and Experimental Therapeutics
Mid-Atlantic Pharmacology Society

Hoau-Yan Wang

Dept. of Molecular and Cell Biology, Harvard University, Affiliate member, CAP

**JOURNAL REVIEWER:**
J. Neurosci., J. Pharmacol. Exp. Ther., Eur. J. Pharmacol., J. Neurochem., Biol. Psychiatry, J. Gerontol.
Bipolar disorder, Exp. Neurol., Pharmacol. Biochem. Behav. Brain Research, J Nuclear Med,

**GRANT REVIEWER:**
Israel Science Foundation
Bi-National Science Foundation
New Zealand Neurological Foundation
Alzheimer's Foundation
PSC-CUNY
New Jersey Cancer research commission
Israel Science Foundation

**TEACHING AND MANGERIAL EXPERIENCE:**
Lectured in Medical Pharmacology course to medical and graduate students.
Lectured in Medical Physiology course to medical students
Lectured in Molecular Cell Biology course to medical students
Course director of graduate course, Neuropharmacology of neuro-pyschological disorders.
Course director of Pharmacology course to Physician Assistant students.
Lectured in Neuroscience graduate course
Lectured in Pharmacology course (neuropharmacology) to nurse practitioners.
Supervising research projects of numerous graduate students and post-doctoral research fellows.
Serve as a thesis committee member for graduate students.

**GRADUATE STUDENTS UNDER SUPERVISION:**
Kalindi Bakshi
Andres Stucky
Jingjing Liu
Marissa Goberdhan
Amber Khan

**COMMITTEE SERVICES:**

| | | |
|---|---|---|
| Member of bio-safety committee | MCP-Hahnemann University | 1996-1997 |
| Member of Step 2 committee (Cell biology curriculum) | CUNY Medical School | 2002 |
| Member of Rudin Fellowship committee | CUNY Medical School | 2004- |
| Member of Curriculum committee | CUNY Medical School | 2005-2010 |
| Member of Academic progress committee | CUNY Medical School | 2010- |
| Member of Library Committee | CUNY Medical School | 2010- |
| Member of Radiation safety committee | CCNY | 2005- |
| Member of Molecular biology and Biochemistry Panel | CUNY | 2007- |
| Member of Graduate center Faculty Review panel | CNUY Graduate Center | 2015- |

**PUBLICATIONS:**

Hoau-Yan Wang

## *Articles*

1.  Robinson S., Mogul AS, Taylor-Yeremeeva EM, Khan A, Tirabassi AD, **Wang HY** (2021) Stress diminishes BDNF-stimulated TrkB signaling, TrkB-NMDA receptor linkage and neuronal activity in the rat brain.  Neuroscience 473:142-158.

2.  Arvanitakis Z, Capuano, AW, **Wang HY**, Schneider JA, Bennett DA, Ahima RS, Arnold SE (2021) Brain insulin signaling and cerebrovascular disease in human postmortem brain.  Acta Neuropathologica Comm 9:71.

3.  Meade GM, Charron LS, Kilburn LW, Pei Z, **Wang HY**, Robinson S (2021) A model of negative emotional contagion between male-female rat dyads:  effects of voluntary exercise on stress-induced behavior and BDNF-TrkB signaling.  Physiol & Behav 234: 113286.

4.  Arvanitakis Z, **Wang HY**, Capuano AW, Khan A, Taib B, Anokye-Danso F, Schneider JA, Bennett DA, Ahima RS, Arnold, SE (2020)  Brain insulin signaling, Alzheimer's disease pathology, and cognitive function.  Annals Neurology 88: 513-525.

5.  Pei Z, Lee K-C, Khan A, Erisnor G, **Wang HY** (2020) Pathway analysis of glutamate-mediated, calcium-related signaling in glioma progression. Biochemical Pharmacology 176: 113814

6.  **Wang HY**, Pei Z, Lee K-C, Lopez-Brignoni E, Nikolov B, Crowley CA, Marsman MR, Barbier R, Friedmann N, Burns LH (2020).  PTI-125 Reduces Biomarkers of Alzheimer's Disease in Patients.  J Prev Alzheimers Dis. 7: 256-264.

7.  Pei, Z, Lee K-C, Khan A, **Wang HY** (2019) Hyper-activated insulin signaling cascade in human glioblastoma cells.  Critical Rev Oncog 24: 243-250.

8.  **Wang HY**, Capuano AW, Khan A, Pei Z, Lee K-C, Bennett DA, Ahima RS, Arnold SE, Arvanitakis Z (2019)  Insulin and adipokine signaling and their cross-regulation in postmortem human brain. Neurobiol Aging 84: 119-130.

9.  **Wang HY**, MacDonald ML, Borgmann-Winter KE, Banerjee A, Sleiman P,  Tom A, Khan A, Lee K-C,  Roussos P, Siegel SJ, Hemby SE, Bilker WB, Gur RE, Hahn C-G (2018)  mGluR5 hypofunction is integral to glutamatergic dysregulation in schizophrenia.  Mol Psychiatry doi: 10.1038/s41380-018-0234-y.

10. Arnold SE, Arvanitakis Z, Macauley-Rambach S, Koening A, **Wang HY**, Ahima R, Craft S, Gandy S, Buettner C, Stoeckel L, Holtzman D, and Nathan D (2018)  Brain insulin resistance in type 2 diabetes and Alzheimer's disease: Concepts and conundrums. Nature Rev Neurol 14:168-181.

11. Burns LH and **Wang HY** (2017) Altered filamin A enables Aβ-induced tau hyperphosphorylation and neuroinflammation in Alzheimer's disease.  Neuroimmunol Neuroinflammation 4:263-271.

12. Rajan TS, Ghilardi MF, **Wang HY**, Mazzon E, Bramanti P, Restivo D, Quartarone A (2017) Mechanism of action for rTMS: a working hypothesis based on animal studies.  Frontiers in Physiol (doi: 10.3389/fphys.2017.00457)

13.  **Wang HY**, Lee K-C, Pei Z, Khan A, Bakshi K, Burns LH (2017) PTI-125 binds and reverses an altered conformation filamin A to reduce Alzheimer's disease pathogenesis.  Neurobiol Aging 55: 99-114.

14.  Borgmann-Winter K, **Wang HY**, Ray R, Willis BR, Moberg PJ, Rawson NE, Gur RE, Turetsky BI, Hahn CG (2015) Altered G protein coupling in olfactory neuroepithelial cells from patients with schizophrenia. Schizophr Bull doi:10.1093/schbul/sbv129.

15.  Fontanesi C, Kvint S, Frazzitta G, Bera R, Ferrazzoli D, Di Rocco A, Rebholz H, Friedman E, Pezzoli G, Quartarone A, **Wang HY**, Ghilardi MF (2015) Intensive rehabilitation enhances lymphocyte BDNF-TrkB signaling in patients with Parkinson's disease.  Neurorehabilition & Neuronal Repair DOI: 10.1177/1545968315600272.

16.  Banerjee A, **Wang HY**, MacDonald ML, Borgmann-Winter KE, Stucky A, Kvasic J, Egbujo C, Talbot K, Hemby SE, Siegel SJ, Arnold SE, Gur RE, Hahn C-G (2015) Src hypoactivity is a convergent mechanism for NMDA receptor hypofunction in schizophrenia. Mol. Psychiatry  20: 1091-1100 (doi:10.1038/mp.2014.115)  ***Jointed first authors***

17.  Talbot K, **Wang HY** (2014) The nature, significance, and GLP-1 analogue treatment of brain insulin resistance in Alzheimer's disease. Alzheimer's & Dementia 10: S12-S25. [review]

18.  Yan H, Xu T, Lee K-C, **Wang HY**, Zhang Y (2013) Isoflurane increases neuronal cell death by downregulating miR-214. Plus One 8(2): e55276.

19.  **Wang HY**, Bakshi K, Frankfurt M, Stucky A, Goberdhan M, Shah SM, Burns LH (2012) Reducing Amyloid-related Alzheimer's disease pathogenesis by a small molecule targeting filamin A. J Neurosci 32(29): 9773-9784.

20.  Talbot K, **Wang HY**, Kazi H, Han L-Y, Bakshi KP, Stucky A, Fuino RL, Kawaguchi KR, Samoyedny AJ, Wilson RS, Arvanitakis Z, Schneider JA, Wolf BA, Bennett DA, Trojanowski JQ, Arnold SE (2012) Brain insulin resistance demonstrated in Alzheimer's disease without diabetes is associated with dysregulated IRS-1 and implicated in impaired cognition. J Clin Inv 122(4): 1-23. ***co-first authors***

21.  Nagele RG, Clifford PM, Siu G, Levin EC, Acharya NK, Han M, Kosciuk MC, Venkataraman V, Zavareh S, Zarrabi S, Kinsler K, Patel N, Nagele EP, Dash J, **Wang HY**, Levitas A (2011) Brain-reactive autoantibodies prevalent in human sera increase intraneuronal Amyloid-β1-42 deposition. J Alzheimers Dis 25: 605-622.

22.  **Wang HY**, Crupi D, Liu J, Stucky A, Cruciata G, Di Rocco A, Friedman E, Quartarone A, Ghilardi MF (2011)  rTMS enhances BDNF-TrkB signaling in both brain and lymphocytes. J Neurosci 31: 11044-11054.

23.  **Wang HY**, Stucky A, Hahn C-G, Wilson RS, Bennett DA, Arnold S (2011) BDNF-TrkB signaling in late life cognitive decline and Alzheimer's disease.  Translational Neurosci 2: 91-100.

24.  Burns LH and **Wang HY** (2010) Ultra-Low-Dose Naloxone or Naltrexone to Improve Opioid Analgesia: The History, the Mystery and a Novel Approach. Clinical Medicine Insights: Therapeutics 2: 857–868.

25.  Burns LH and **Wang HY** (2010) PTI-609: A novel analgesic agent that binds filamin A to control opioid signaling. Recent Patents on CNS Drug Discovery 5: 210-220.

26.  **Wang HY**, Bakshi K, Shen C, Frankfurt M, Trocme-Thibierge C, Morain P (2010) S 24795 limits β-amyloid - α7 nicotinic receptor interaction and reduces Alzheimer's disease-like pathologies. Biol Psychiatry 67: 522-530.

27.  Levin EC, Acharya NK, Sedeyn JC, Venkataraman V, D'Andrea MR, **Wang HY**, Nagele RG (2009) Neurons express vimentin in the Alzheimer's disease brain and may be part of a generalized dendritic damage-response mechanism. Brain Res 1298: 194-207.

28.  **Wang HY**, Stucky A, Liu J, Shen C, Trocme-Thibierge C, Morain P (2009) Dissociating β-amyloid from α7 nicotinic acetylcholine receptor by a novel therapeutic agent, S 24795 normalizes α7 nicotinic acetylcholine and NMDA receptor function in Alzheimer's disease brain. J Neurosci 29: 10961-10973.

29.  Bakshi K, Gennaro S, Chan CY, Kosciuk M, Liu J, Stucky A, Trenkner E, Friedman E, Nagele RG, **Wang HY** (2009) Prenatal cocaine reduces AMPA receptor synaptic expression through hyperphosphorylation of the synaptic anchoring protein GRIP.  J Neurosci 29: 6308-6319.

30.  Hahn CG, MacDonald ML, Banerjee A, Cho DS, Kamins J, Nie Z, Borgmann-Winter KE, Grosser T, Pizarro A, Ciccimaro E, Arnold SE, **Wang HY**, Blair IA (2009) Post-synaptic Density Fractions Obtained from Human Postmortem Brain Tissues.  PloS One 4: e5251.

31.  Borgmann-Winter KE, Rawson NE, **Wang HY**, Wang H, MacDonald ML, Ozdener MH, Yee KK, Gomez G, Xu J, Bryant B, Adamek G, Mirza N, Pribitkin E, Hahn CG (2009) Human olfactory epithelial cells generated in vitro express diverse neuronal characteristics.  Neurosci 158: 642-653.

32.  Frankfurt M, **Wang HY**, Marmolejo N, Bakshi K, Friedman E (2009) Prenatal cocaine increases dendritic spine density in cortical and subcortical brain regions of the rat.  Dev Neurosci 31: 71-75.

33.  Zhao N, **Wang HY**, Dow-Edwards D (2008) Cocaine exposure during early postnatal age diminishes medial frontal cortex Gs coupling to dopamine $D_1$-like receptor in adult rat.  Neurosci Lett 438: 159-162.

34.  Largent-Milnes TM, Guo WH, **Wang HY**, Burns LH, Vanderah TW (2008) Oxycodone + ultra-low-dose naltrexone attenuates neuropathic pain associated Mu opioid receptor – $G_s$ coupling.  J Pain 9: 700-713.

35.  Paquette JJ, **Wang HY**, Bakshi K, Olmstead MC  (2007) Cannabinoid-induced tolerance is associated with a CB1 receptor G protein coupling switch that is prevented by ultra-low-dose rimonabant.   Behav Pharmacol 18: 767-776.

Hoau-Yan Wang

36. Battaglia F, **Wang HY**, Gilardi MF, Gashi E, Quartarone A, Friedman E, Nixon RA (2007) Cortical plasticity in Alzheimer's disease in humans and rodents.  Biol Psychiatry 62: 1405-1412.  *co-first authors*

37. Hahn CG, **Wang HY,** Cho DS, Talbot K, Gur RE, Berrettini WH, Bakshi K, Kamins J, Borgmann-Winter K, Siegel SJ, Arnold SE (2006) Abnormally enhanced neuregulin 1-ErbB4 signaling contributes to NMDA receptor hypofunction in schizophrenia.  Nature Medicine 12:824-828.    *Jointed first authors*

38. **Wang HY**, Burns LH (2006) Gβγ that interacts with adenylyl cyclase in opioid tolerance originates from a Gs protein.  J Neurobiol 66:1302-1310.

39. **Wang HY**, Friedman E, Olmstead C, Burns LH (2005) Ultra-low-dose naloxone suppresses Opioid tolerance, dependence and associated changes in Mu opioid receptor – G protein coupling and Gβγ signaling.  Neurosci 135:247-261.

40. Hahn CG, Umapathy, **Wang HY,** Koneru R, Levinson DF, Friedman E (2005) Lithium and valproic acid treatments reduce PKC activation and receptor-G protein coupling in platelets of bipolar disorder patients.  J Psychiatric Res 39:355-363.

41. Yablonsky-Alter E, Gashi E, Lidsky TI, **Wang HY,** Banerjee SP (2005) Clozapine protection against gestational cocaine-induced neurochemical abnormalities. J Pharmacol Exp Ther 312:297-302.

42. **Wang HY,** Friedman E (2004) Aberrant serotonin receptor-mediated activation of G proteins in postmortem brains from Alzheimer's disease patients.  Mid-Taiwan J Med 9:1-10, 2004.  **The best paper award of the journal for 2004.**

43. **Wang HY,** Li W, Benedetti N, Lee DHS (2003) α7 Nicotinic acetylcholine receptors mediate β–amyloid peptides-induced tau protein phosphorylation.  J Biol Chem 278:31547-31553. **Science editor's choice.**

44. Nagele RG, D'Andrea MR, Lee H, Vekataraman V, **Wang HY** (2003)  Astrocytes accumulate Aβ42 and give rise to astrocytic amyloid plaques in Alzheimer's disease brains.  Brain Res 971:197-209.

45. Lee DHS, **Wang HY** (2003) Differential physiologic responses of α7 nicotinic acetylcholine receptors to β-amyloid$_{1-40}$ and β-amyloid$_{1-42}$.  J Neurobiol 55:25-30.

46. D'Andrea MR, Nagele RG, **Wang HY,** Lee DHS (2002) Consistent immunohistochemical detection of intracellular Aβ42 in pyramidal neurons of Alzheimer's disease entorhinal cortex. Neurosci Lett 333: 163-166.

47. D'Andrea MR, Lee DHS, **Wang HY,** Nagele RG (2002) Targeting intraneuronal Aβ42 for Alzheimer's disease drug discovery.  Drug Dev Res 56:194-200.

48. Cai GP, **Wang HY,** Friedman E (2002) Increased dopamine receptor signaling and dopamine receptor- protein coupling in denervated striatum.  J Pharmacol Exp Ther 302:1105-1112.

49. Nagele RG, D'Andrea MR, Anderson WR, and **Wang HY** (2002) Accumulation of beta-amyloid$_{1-42}$ in neurons is facilitated by the alpha7 nicotinic acetylcholine receptor in Alzheimer's disease. Neuroscience 110:199-211.

50. **Wang HY,** D'Andrea MR, Nagele RG (2002) Cerebellar diffuse amyloid plaques are derived from dendritic Aβ42 accumulations in Purkinje cells. Neurobiol. Aging 23:213-223, 2002.

51. Zhen XC, Torres C, **Wang HY,** Friedman E (2001) Protein phosphatase 1 regulates brain D$_{1A}$ dopamine receptor phosphorylation: role in dopaminergic dysfunction after *in utero* cocaine exposure.  J Neurosci 21:9160-9167.

52. Jin LQ, **Wang HY,** and Friedman E (2001) Stimulated D$_1$ dopamine receptors coupled to multiple Gα proteins in different brain regions.  J Neurochem 78:981-990.

53. Seasholtz TM, Cai GP, **Wang HY,** Friedman E (2001) Ischemia-reperfusion decreases norepinephrine release and increases α-adrenoceptor-mediated contraction and inositol phosphate accumulation associated with increased coupling of α$_{1a}$-adrenoceptors to G$_{αq}$ in the rat tail artery. J Appl Physiol 91: 1004-1010.

54. **Wang HY,** Johnson GP, Friedman E (2001) Lithium treatment inhibits protein kinase C translocation in rat brain cortex. Psychopharmacology 158:80-86.

55. **Wang HY,** Friedman E (2001) Increased association of brain protein kinase C with the receptor for activated C kinase-1 (RACK1) in bipolar affective disorder.  Biological Psychiatry 50: 364-370.

56.  Zhang S-P, **Wang HY,** Lovenberg TW, Codd EE (2001) Functional studies of bradykinin receptors in Chinese hamster ovary cells stably expressing the human B$_2$ bradykinin receptor.  International Immunopharmacol 1: 955-965.

57. D'Andrea MR, Nagele RG, **Wang HY,** Peterson PA, Lee DHS (2001) Evidence that neurones accumulating amyloid can undergo lysis to form amyloid plaques in Alzheimer's disease. Histopathology 38: 120-134.

58. **Wang HY,** Bashore TR, Tran ZV, Friedman E (2000) Age-related decreases in lymphocyte protein kinase C activity and translocation are reduced by aerobic fitness. J Gerontol 55: B545-B551.

59. Lee DHS, D'Andrea MR, Plata-Salaman CR, **Wang HY** (2000) Decreased α7 nicotinic acetylcholine receptor protein levels in sporadic Alzheimer's disease brains. *Alzheimer's Reports* 3: 217-220, 2000.

60. **Wang HY,** Lee DHS, Davis CB, Shank RP (2000) Amyloid peptide Aβ$_{1-42}$ binds selectively and with picomolar affinity to α7 nicotinic acetylcholine receptors. J Neurochem 75: 1155-1161.

61. Scott MK, Ross TM, Lee DHS, **Wang HY,** Shank RP, Wild K, Davis CB, Crooke J, Potocki A, Reitz AB (2000) 2,3-Dihydro-dithiin and -dithiepine-1,1,4,4-tetroxides: small molecule non-peptide antagonists of the human galanin hGAL-1 receptor.  Bioorganic & Med. Chem 8: 1383-1391.

62. Jones LB, Standwood GD, Reinoso BS, Washington RA, **Wang HY,** Friedman E, Levitt P (2000) In Utero cocaine-induced dysfunction of dopamine $D_1$ receptor signaling and abnormal differentiation of cerebral cortical neurons. J Neurosci 20: 4606-4614.

63. **Wang HY,** Lee DHS, D'Andrea MR, Peterson PA, Shank RP, Reitz AB (2000) β-Amyloid$_{1-42}$ binds to α7 nicotinic acetylcholine receptor with high affinity: implications for Alzheimer's disease pathology. J Biol Chem 275: 5626-5632.
**One of the 63 milestone papers in Alzheimer's disease research in year 2000 (selected from > 3000 published manuscripts by Alzheimer Forum).**

64. **Wang HY**, Lee DHS, Wild KD, Shank RP (1999) Galanin inhibits acetylcholine release from rat cerebral cortex via a pertussis toxin-sensitive $G_i$ protein. Neuropeptides 33: 197-205.

65. Cai GP, Gurdal H, Smith C, **Wang HY**, Friedman, E (1999) Inverse agonist properties of dopaminergic antagonists at the $D_{1A}$ dopamine receptor: uncoupling of the $D_{1A}$ dopamine receptor from $G_s$ protein. Mol Pharmacol 56: 989-99.

66. **Wang HY**, Friedman E (1999) Effects of lithium on receptor-mediated activation of G proteins in rat brain cortical membranes. Neuropharmacol. 38: 403-414, 1999.

67. **Wang HY**, Markwitz P, Levinson D, Undie AS, Friedman E (1999) Increased membrane-associated protein kinase C activity and translocation in blood platelets from bipolar affective disorder patients. J Psychiatric Res 33: 171-179.

68. Zhen XC, Uryu K, **Wang HY**, Friedman E (1998) $D_1$ dopamine receptor agonists mediate activation of p38 mitogen-activated protein kinase and c-jun amino-terminal kinase by a protein kinase A-dependent mechanism in SK-N-MC human neuroblastoma cells. Mol. Pharmacol. 54: 453-458.

69. Jin LQ, Cai GP, **Wang HY**,Smith C, Friedman E (1998) Characterization of the phosphoinositide-linked dopamine receptor in a mouse hippocampal-neuroblastoma hybrid cell line. J Neurochem 71: 1935-1943.

70. Bhamre S, **Wang HY**, Friedman E (1998) Receptor mediated palmitoylation and depalmitoylation of G protein α subunits in rat cortical membranes. J Pharmacol Exp Ther 286: 1482-1489.

71. Shi LC, **Wang HY**, Friedman E (1998) The involvement of platelet activating factor in cell death induced under ischemia-/postischemia-like conditions in an immortalized hippocampal cell line. J Neurochem 70: 1035-1044.

72. Cai GP, **Wang HY**, Gao EH, J. Horwitz J, Snyder DL, Pelleg D, Roberts J, Friedman E (1997) Reduced adenosine $A_1$ receptor - Gα protein coupling in rat ventricular myocardium during aging. Cir Res 81: 1065-1071.

73. Gurdal H, Seasholtz TM, **Wang HY**, Brown RD, Johnson MD, Friedman E (1997) The role of $G_{q\alpha}$ or $G_{o\alpha}$ proteins in $\alpha_1$-adrenoceptor subtype mediated-responses in Fischer 344 rat aorta. Mol Pharmacol 52:1064-1070.

74. Seasholtz TM, Gurdal H, **Wang HY**, Cai GP, Johnson MD, Friedman E (1997) Heterologous desensitization of the rat tail artery contraction and inositol phosphate accumulation following in vitro exposure to phenylephrine is mediated by decreased levels of $G_{\alpha q}$ and $G_{\alpha i}$. J Pharmacol Exp Ther 283: 925-931.

75. Seasholtz TM, Gurdal H, **Wang HY**, Friedman E, Johnson MD (1997) Desensitization of norepinephrine receptor function is associated with G protein uncoupling in the rat aorta. Am J Physiol 273 (Heart Cir. Physiol 42): H279-H285.

76. Murphy EH, Fischer I, Friedman E, Grayson D, Jones LB, Levitt P, O'Brien-Jenkins A, **Wang HY**, Wang XH (1997) Cocaine administration in pregnant rabbits alters cortical structure and function in their progeny in the absence of maternal seizures. Exp Brain Res 114: 433-441.

77. Friedman E, Jin LQ, Cai GP, Hollon TR, Drago J, Sibley DR, **Wang HY** (1997) $D_1$-like dopaminergic activation of phosphoinositide hydrolysis is independent of $D_{1A}$ dopamine receptors:evidence from $D_{1A}$ knockout mice. Mol Pharmacol 51:6-11.

78. Pan H, **Wang HY**, Friedman E, Gershon MD (1997) Mediation by protein kinase C and A of Go-linked slow responses of enteric neurons to 5-HT. J Neurosci 17:1011-1024.

79. Yeung JM, **Wang HY**, Prelusky DB (1996) Fumonisin $B_1$ induces protein kinase C translocation via direct interaction with diacylglycerol binding site. Toxicol Appl Pharmacol 141:178-184.

80. Shi LC, **Wang HY**, Horwitz J, Friedman E (1996) Guanine nucleotide regulatory proteins, Gq and $Gi_{1/2}$ mediated-/platelet activating factor-stimulated phosphoinositide metabolism in immotalized hippocampal cells. J Neurochem 67:1478-1484.

81. Friedman E, **Wang HY** (1996) Receptor-mediated activation of G proteins is increased in postmortem brains of bipolar affective disorder subjects. J Neurochem 67:1145-1152.

82. **Wang HY**, Friedman E (1996) Enhanced protein kinase C activity and translocation in bipolar affective disorder brain. Biol Psychiatry 40:568-575.

83. **Wang HY**, Fiorica-Howells E, Pan H, Gershon MD, Friedman E (1996) Myenteric ganglionic 5-$HT_{1P}$ signal transmission is mediated via Go protein. J Pharmacol Exp Ther 277:518-524.

84. Friedman E, Yadin E, **Wang HY** (1996) Effect of prenatal cocaine on dopamine receptor-G protein coupling in mesocortical regions of the rabbit brain. Neuroscience 70:739-747.

85. **Wang HY**, Undie AS, Friedman E (1995) Evidence for the coupling of Gq protein to $D_1$-like dopamine sites in rat striatum: possible role in dopamine-mediated inositol phosphates formation. Mol Pharmacol 48:988-994.

86. **Wang HY**, Yeung JM, Friedman E (1995) Prenatal exposure to cocaine selectively affects mesocortical dopamine release. J Pharmacol Exp Ther 273:1211-1215.

Hoau-Yan Wang

87.  **Wang HY**, Runyan S, Yadin E, Friedman E (1995) Prenatal exposure to cocaine selectively affects $D_1$ dopamine receptor-mediated activation of striatal Gs proteins.  J Pharmacol Exp Ther 273:492-498.

88.  **Wang HY**, Bashore TR, Friedman E (1995) Exercise reduces age-dependent decrease in human protein kinase C activity and translocation.  J Gerontol 50:M12-M16.

89.  Undie AS, **Wang HY**, Friedman E (1995) Decreased phospholipase C-ß immunoreactivity, phosphoinositide metabolism and protein kinase C translocation in senescent F-344 rat brain.  Neurobiol Aging 16:19-28.

90.  **Wang HY**, Friedman E (1994) Receptor-mediated activation of G proteins is reduced in postmortem Alzheimer's disease brains.  Neurosci Lett 173:37-39.

91.  Butkerait P, **Wang HY**, Friedman E (1994) Increases in guanine nucleotide binding to striatal G proteins is associated with dopamine receptor supersensitivity.   J Pharmacol Exp Ther 271:422-428.

92.  Qian J, **Wang HY**, Fischer I, Friedman E, Levitt P (1994) The involvement of protein kinase C in axonal growth-promoting effect on spinal cord neurons by target-derived astrocytes.  J Neurobiol 25:1593-1612.

93.  **Wang HY**, Yue T.-L., Feuerstein G and Friedman E (1994) Platelet-activating factor: diminished acetylcholine release from rat brain is mediated by a $G_i$ protein.  J. Neurochem. 63:1720-1725.

94.  **Wang HY**, Friedman E, Pisano MR (1994) Attenuated protein kinase C-mediated phosphorylation and enzyme translocation in Alzheimer's disease brain.   Neurobiol Aging 15:293-298.

95.  Friedman E, Butkerait P, **Wang HY** (1993) Analysis of receptor-stimulated and basal guanine nucleotide binding to membrane G proteins by SDS-PAGE.  Analytical Biochem 214:171-178.

96.  **Wang HY**, Eberle-Wang K, Simansky KJ, Friedman E (1993) Serotonin-induced muscle contraction in rat stomach fundus is mediated by a $G\alpha z$-like guanine nucleotide binding protein.  J Pharmacol Exp Ther 267:1002-1011.

97.  Friedman E, **Wang HY**, Levinson D, Connell TA, Singh H (1993) Altered platelet protein kinase C activity in bipolar affective disorder, manic episode. Biol Psychiatry 33:520-525.

98.  **Wang HY**, Zhou, L-W, Friedman E, Weiss B (1993) Differential regulation of striatal acetylcholine release in mice following continuous exposure to selective $D_1$ and $D_2$ dopaminergic agonists.  Neuropharmacology 32: 85-91.

99.  Yue T-L, Stadel JM, Sarau HM, Friedamn E, Gu J-L, Powers DA, Gleason MM, Feuerstein G, **Wang HY** (1992) Platelet-activating factor (PAF) stimulates phosphoinositide turnover in neurohybrid NCB-20 cells. Involvement of pertussis toxin-sensitive G proteins and inhibition by protein kinase C.  Mol. Pharmacol. 41, 281-289.

100. Johnson MD, **Wang HY**, Ciechanowski D, Friedman E (1991) Reduced G-protein function in desensitized blood vessels.  J Pharmacol Exp Ther 259: 255-259.

101. **Wang HY**, Friedman E (1990) Protein kinase C translocation in human blood platelets. Life Sci 47: 1419-1425.

102. Johnson MD, **Wang HY**, Friedman E (1990) Protein kinase C activity and contractile responsiveness in senescent blood vessels. Eur J Pharmacol 189: 405-410.

103. Friedman E, **Wang HY**, Butkerait P (1990) Decreased striatal acetylcholine release following withdrawal from long-term haloperidol treatment: modulation by cholinergic, dopamine -$D_1$ -$D_2$ mechanisms. Neuropharmacology 29: 537-544.

104. **Wang HY**, Friedman E (1990) Central 5-HT receptor-linked protein kinase C translocation: a functional postsynaptic signal transduction system. Mol Pharmacol 37: 75-79.

105. **Wang HY**, Friedman E (1989) Lithium inhibition of PKC activation and activation-induced serotonin release. Psychopharmacol 99: 213-218.

106. Friedman E, **Wang HY** (1989) The effect of age on brain cortical protein kinase C and its mediation of serotonin release. J. Neurochem. 52(1), 187-192, 1989.

107. **Wang HY**, Friedman E (1988) Chronic lithium: desensitization of autoreceptors mediating serotonin release. Psychopharmacol 94: 312-314.

108. Friedman E, **Wang HY** (1988) The effect of chronic lithium treatment on serotonin autoreceptors and release of [$^3$H]5-hydroxytryptamine from rat brain cortical slices. J Neurochem 50: 195-201.

109. **Wang HY**, Friedman E (1987) Protein kinase C: Regulation of serotonin release from rat brain cortical slices. Eur J Pharmacol 141: 15-21.

110. **Wang HY**, Friedman E (1986) Increase 5-hydroxytryptamine and norepinephrine release from rat brain slices by the Red Sea flatfish toxin pardaxin. J Neurochem 47: 656-658.

### *Book Chapters*

1. **Wang HY**, Khan A (2020) <u>The Neuroscience of Dementia – Genetics, Neurology, Behavior, and Diet in Dementia</u>: Aβ42-α7-like nicotinic acetylcholine receptors and Alzheimer's disease. (C.R. Martin and V.R. Preedy ed.), Academic Press, London Volume 2: pp457-472.

2. Burns LH, Vanderah TW, **Wang HY** (2009) <u>Opioid Receptors And Antagonists: From Bench to Clinic</u>: Ultra-low-dose opioid antagonists enhance opioid analgesia and reduce tolerance. (R. Dean, E. Bilsky, S. Negus ed.), Humana Press.

3. **Wang HY**, Snyder DL, Roberts J, Friedman E (1998) <u>Methods in Aging Research</u>: Changes in Neurotransmitter Exocytosis: A Target for Regulation during Aging. (B.P Yu ed.), CRC PRESS LLC, Inc., pp341-359.

4. Friedman E, **Wang HY** (1998) <u>Cocaine: Effects on the developing brain</u>: Prenatal cocaine exposure alters signal transduction in brain $D_1$ dopamine receptor system. (J.A. Harvey & B.E. Kosofsky ed.) Annual New York Academy of Sciences volume 846., New York. Pp238-247.

5. Cai GP, **Wang HY**, Friedman E (1998) <u>Effects of extracellular adenosine and ATP on cadiomyocytes:</u> The role of adenosine in the regulation of cardiac function: The effect of age.  (A. Pelleg ed.), Landes Bioscience, pp173-188.

6. **Wang HY**, Pisano MR, Friedman E (1992) <u>Aging and cellular defense mechanisms:</u> Age-related alteration in G-protein functions in rat cortex. (C. Franceschi, G. Grepaldi, V. J. Cristofalo, J. Vijig ed). New York Academy of Sciences., volume 663, New York, pp. 426-428.

7. Pisano MR, **Wang HY**, Friedman E (1991) <u>Bimedical and Environmental Sciences 4</u> : Protein kinase activity changes in the aging brain. (Louis Chang ed.), Academic Press, Inc., San Diego, CA., pp. 173-181.

8. **Wang HY**, Friedman E (1990) <u>Biomedical Advances in Aging</u>: Age-related changes in brain protein kinase C and serotonin release. (Allan L. Goldstein  ed.), Plenum Publishing Co., New York, pp. 469-476.


*Abstracts*

1. Burn LH, Doehner T, Puente J, Beck B, Gonzalez-Rojas Y, Lopez-Brignoni E, Nikolov B, **Wang HY**, Pei, Z, Hernandez A, Crowley CA, Friedmann N (2022)  Encouraging interim results at 9 months from an open-label study of simufilam in patients with Alzheimer's disease.  Alzheimer Association International Conference [e054395]

2. **Wang HY**, Pei Z, Xu Q, Brunelle LA, Burns LH, Thornton GB (2022)  SavaDx, a novel plasma biomarker to detect Alzheimer's disease, confirms mechanism of action of Simufilam.  Alzheimer Association International Conference [e054385]

3. Arvanitakis Z Capuano AW, Wang HY, Schneider JA, Bennett DA, Ahima RS, Arnold SE (2022)  Brain insulin signaling and cerebrovascular disease in human postmortem brain. Alzheimer Association International Conference [e052253]

4. Talbot K, **Wang HY** (2020)  Developing CNS therapeutics for brain insulin resistance in Alzheimer's disease (AD) and mild cognitive impairment (MCI).  Alzheimer Association International Conference [e039554]

5. Mogul A, Taylor-Yeremeeva E, Kahn A, Robinson S, **Wang HY** (2019)  Differential effects of ten-days of stress on BDNF-TrkB signaling in the hippocampus and prefrontal cortex.  Society for Neuroscience [#588.23]

6. Talbot K, Khan A, Lee K-C, Trojanowski JQ, Bennett D, **Wang HY** (2019) Is leptin a cause of hippocampal formation insulin resistance in MCI and AD? Alzheimer Association International Conference [P3-0198]

7. Mogul A, Taylor-Yeremeeva E, Kahn A, **Wang HY**, Robinson S (2018) Effects of repeated and acute stress on expression of Arc/Arg3.1 in the rat hippocampus and prefrontal cortex. Society for Neuroscience [#317.03]

8. Khan A, Lee K-C, **Wang HY** (2017) Age-dependent changes in the synaptic regulator Arc (activity- dependent cytoskeleton-associated protein) in the hippocampal formation of mice. Society for Neuroscience [#477.07]

9. Hahn C-G, **Wang HY**, Sleiman P, MacDonald M, Banerjee A, Borgmann-Winter KE (2017) mGluR5 activity is strikingly reduced in DLPFCs of schizophrenia patients. Society for Neuroscience [#807.05]

10. Talbot K, Kvasic J, Stucky A, Shah SM, Lee K-C, Bakshi KP, Chattopadhyay M$^2$, Khan A, McCLlean PL, Holscher C, Samoyedny AJ, Trojanowski JQ, Wilson R, Bennett DA, Di Marchi RD, **Wang HY**. (2016) A dual incretin receptor agonist is especially potent in reducing insulin resistance in brains of mild cognitive impairment (MCI) and Alzheimer's disease dementia (ADd) cases. Society for Neuroscience [#410.01]

11. Fontanesi C, Kvint S, Frazzitta G, Bera R, Ferrazzoli D, Di Rocco A, Rebholz H, Friedman E, Pezzoli G, Quartarone A, **Wang HY**, Ghilardi MF. (2015) BDNF-TrkB signaling in lymphocytes of patients with Parkinson's disease increases after a four-week intensive rehabilitation treatment. Society for Neuroscience [#301.16]

12. Borgmann-Winter K, **Wang HY**, Ray R, Willis B, Turetsky B, Hahn C-G. (2014) Molecular changes in odorant signaling in olfactory neuroepithelial cells from patients with schizophrenia. Society for Neuroscience [#524.02]

13. Banerjee A, **Wang HY**, Egbujo C, Siegal S, Borgmann-Winter K, Hahn C-G. (2014) Function of GluN receptors in pyramidal neurons is hypoactive in schizophrenia. Society for Neuroscience [#706.25]

14. Willard SL, Borgmann-Winter K, Sleiman PM, **Wang HY**, Shively CA, Hahn C-G (2014) Capturing the complexity of depression from mood through molecules: Bioinformatic integration of behavioral, hysiological, proteomic, morphometric and intracellular signaling datasets in a female monkey model of depression. Society for Neuroscience [#808.22]

15. Terranova C, Thangavelu SR, Rizzo V, Naro A, **Wang HY**, Cuzzocrea S, Girlanda P, Quartarone A (2014) Chronic rTMS increases the expression of down-stream long-term effect regulatory molecules in rat brain and lymphocytes. Clinical Neurophysiology [P702]

16. Borgmann-Winter K, Banerjee A, **Wang HY**, Featherstone R, Siegal S, Hahn C-G. (2013) Repetitive exposure to ketamine differentially modulates NMDA receptor signaling in juvenile vs. adult mice. [#346.12]

17. Banerjee A, **Wang HY**, MacDonald ML, Borgmann-Winter KE, Ray R, Stucky A, Kaprielian J, Egbujo C, Siegel SJ, Arnold SE, Talbot K, Gur RE, Hahn C-G. (2013) Src hypoactivity is an underlying mechanism for NMDA receptor hypofunction in schizophrenia. [#308.08]

18. Kvasic J, Bakshi KP, **Wang HY**. (2012) Decreased inositol 1,4,5-trisphosphate (IP$_3$) binding affinity and loss of IP$_3$ receptor sites in the hippocampal formation (HF) of Alzheimer's disease (AD) subjects. Society for Neuroscience [#544.05]

19. Manceur A, St. Louis J, Kovacsics C, Jefferson SJ, Ray R, **Wang HY**, Borgmann-Winter K, Hahn C-G. (2012) The molecular mechanisms of lithium-induced modulation of mTOR Complex 2 in human-derived neural cells. Society for Neuroscience [#521.03]

20. Talbot K, **Wang HY**, Ho M-X, Stucky A, Samoyedny AJ, Chen Y, Lee JD, Kim S, Carlson GC, Ong W-Y. (2012) Dysbindin-1 reductions in sandy mice and schizophrenia may impair cognition by promoting NMDAR (GluN) hypofunction and reducing Arc expression. Society for Neuroscience [#663.10]

21. **Wang HY**, Stucky A, Kvasic J, Shah SM, Bakshi KP, McClean P, Holscher C, Talbot K. (2012) The diabetes drug liraglutide ameliorates insulin resistance in the hippocampal formation (HF) of the APP/PS1 mouse model of Alzheimer's disease (AD). Society for Neuroscience [#749.29]

22. **Wang HY**, Bakshi K, Frankfurt M, Stucky A, Goberdhan M, Shah SM, Burns LH. (2012) PTI-125 reduces amyloid-related Alzheimer's pathogenesis by targeting filamin A. Alzheimer Association International Conference [#02-12-03]

23. **Wang HY**, Bakshi KP, Kazi H, Trojanowski JQ, Arnold SE, Talbot K. (2011) The diabetes drug liraglutide ameliorates insulin resistance in the hippocampal formation of Alzheimer's disease (AD) cases. Society for Neuroscience [#880.11]

24. MacDonald ML, Banerjee A, Borgmann-Winter K, Stucky A, **Wang HY**, Hahn CG. (2011) mGluR5 activity is attenuated in the dorsolateral prefrontal cortex of patients with schizophrenia. Society for Neuroscience [#467.07]

25. Bakshi K, Friedman E, **Wang HY**. (2011) Neuroligin 1 and PSD-95 interaction in prenatal cocaine exposed brain. Society for Neuroscience [#47.07]

26. Banerjee A, MacDonald ML, Stucky A, Borgmann-Winter K, **Wang HY**, Hahn CG. (2011) NMDA receptor hypofunction is associated with decreased src Kinase activity in schizophrenia. Society for Neuroscience [#467.18]

27. **Wang HY**, Trome-Thibierge C, Stucky A, Morain P, Guignot I, Pueyo M. (2011) Selective apolipoprotein E-derived peptides enhance Aβ$_{42}$-α7 neuronal nicotinic acetylcholine receptors interaction. Alzheimer Association International Conference [#16274]

28. Talbot k, **Wang HY**, Kazi H, Benette D, Trojanowski JQ, Arnold SE. (2011) The diabetes drug liraglutide ameliorates insulin resistance in the hippocampal formation of Alzheimer's disease (AD) cases. Alzheimer Association International Conference [#P4-441]

29. **Wang HY**, Talbot K, Stucky A, Trojanowski JQ, Arnold SE, Schneider JA, Wilson RS, Arvanitakis Z, Bennett DA, Bashi K. (2010) *Ex vivo* demonstration of impaired insulin signaling in the hippocampal formation of Alzheimer's disease (AD) cases. Society for Neuroscience [#725.2]

Hoau-Yan Wang

30. Ghilardi MF, Crupi D, Liu J, Stucky A, Di Rocco A, Friedman E, Quartarone A, **Wang HY**. (2010) Repetitive transcranial magnetic stimulation enhances BDNF - TrkB signaling in the prefrontal cortex of rats. Society for Neuroscience [#850.5]

31. Burns LH, Blasko A, **Wang HY** (2010) PTI-609, a novel anti-inflammatory/analgesic agent that binds filamin A. Society for Neuroscience [#630.11]

32. Banerjee A, MacDonald ML, Borgmann-Winter K, **Wang HY**, McCloskey TE, Hahn CG. (2010) Dysregulated trafficking and phosphorylation of NR1 in the post synaptic density of schizophrenia patients. Society for Neuroscience [#828.6]

33. Banerjee A, MacDonald ML, **Wang HY**, Ray R, McCloskey TE, Ehrlichman R, Borgmann-Winter K, Siegel SJ, Jonak GJ, Hahn CG. (2009) Analysis of NMDA receptot complex in NMDAR1 hypomorphs and ketamine treated mice. Society for Neuroscience [#747.7]

34. Trocme-Thibierge C, Morain P, Bakshi K, Frankfurt M, **Wang HY** (2008) Treatment of Alzheimer's disease by disrupting Aβ42-α7 nicotinic receptor interaction. Society for Neuroscience [#542.24]

35. **Wang HY**, Burns LH (2008) Naloxone's pentapeptide binding site on filamin A blocks mu opioid receptor-Gs coupling and CREB activation of acute morphine. Society for Neuroscience [#630.10]

36. Banerjee A, McDonald ML, **Wang HY**, Nie Z, Stucky A, Arnold SE, Blair IA, Hahn CG (2008) Protein association in NMDAR complexes of postmortem brains of schizophrenia patients. Society for Neuroscience [#656.12]

37. Marmolejo N, **Wang HY**, Tehrani N, Stucky A, Friedman E, Frankfurt M (2008) Effects of cocaine and estrogen on neurotrophin receptor signaling in the hippocampus of ovariectomized rats. Society for Neuroscience [#359.24]

38. **Wang HY**, Burns LH (2007) Ultra-low-dose naloxone binds a novel target to prevent mu opioid receptor – Gs coupling and associated tolerance and dependence. Society for Neuroscience [#353.18]

39. Borgmann-Winter K, **Wang HY**, Rawson NE, Ozdener MH, Banerjee A, Mitchell DL, Pietras N, Gunawardana J, McCloskey TE, Hahn CG (2007) TrkB signaling in human olfactory epithelial cultures. Society for Neuroscience [#572.22]

40. Banerjee A, **Wang HY**, MacDonald ML, Cho DS, Kamins J, Aenold SE, Borgmann-Winter K, Hahn CG (2007) ErbB4- PSD-95 – NMDA receptor signaling in the postmortem brains of schizophrenia patients. Society for Neuroscience [#805.11]

41. Crupi R, **Wang HY**, Ghilardi MF, Hen R, Battaglia F (2007) Repetitive transcranial magnetic stimulation, stem cells, and synaptic plasticity. Society for Neuronal Rehabation (poster 13)

42. Crupi D, **Wang HY**, Ghilardi MF, Quartarone A, Battaglia F (2007) rTMS, stem cells and synaptic plasticity. American Academy of Neurology [#P04.141]

43.  Hahn, CG, Rawson NE, Arnold SE, Borgmann-Winter K, Park J, Gur RE, **Wang HY** (2006) NMDA receptor signaling is dysregulated in the olfactory epithelial cultures of patients with bipolar disorder and schizophrenia.  Society for Neuroscience

44.  Bakshi K, **Wang HY** (2006) An increased GRASP-1 in synaptic membranes mediates deficient cortical AMPA neurotransmission in prenatal cocaine-exposed rats.  Society for Neuroscience.

45.  Wang HY, Burns LH, Shen CP, Bakshi K (2006) Ultra-low-dose naloxone reduces Mu opioid receptor excitatory signaling in rat striatal slice organotypic cultures.   Society for Neuroscience.

46.  Hahn CG, Arnold SE, Cho D, Talbot K, Gur RE, Berrettini WH, Bakshi K, Kamins J, Siegel SJ, **Wang HY** (2005)  Neuregulin – ErbB4 signaling is increased in schizophrenia.  Society for Neuroscience. [#815.6]

47.  **Wang HY,** Friedman E, Vanderah TW, Burns LH (2005) Neuropathic pain is associated with MOR-Gs coupling and is attenuated by oxycodone + ultra-low-dose naltrexone.  Society for Neuroscience. [#293.10]

48.  Gashi E, **Wang HY** (2005) Defective NMDA receptor function and signaling in the brain of transgenic Alzheimer's disease mice.  Anal Neurology annual meeting. **[One of four selected medical student presenters internationally]** #MS3 (P45)

49.  Bakshi, K., **Wang, H.Y.**  Gestational cocaine exposure attenuates the synaptic membrane recruitment of AMPA receptors.  *Exp. Biology*, 2005 **[graduate student travel award recipient]** [#311.11]

50.  **Wang HY**, Burns LH, Friedman E (2004) Ultra-low-dose naloxone suppresses tolerance-associated alterations in mu opioid signaling and conformation.  Society for Neuroscience. [#805.17]

51.  Nagele RG, D'Andrea MR, Siu G, Venkataraman V, Kosciuk MC, **Wang HY** (2004) Antibodies targeting the GluR2 subunit of the AMPA receptor: a key role for autoimmunity in Alzheimer's disease. The 9th International Conference on Alzheimer's disease and related disorders. [#P3.185]

52.  **Wang HY**, Burns LH, Friedman E (2003) Ultra-low-dose naloxone prevents a chronic morphine-induced switch in MOR-G protein coupling.  Society for Neuroscience. [#645.18]

53.  **Wang HY**, Burns LH, Friedman E (2003) Ultra-low-dose naloxone prevents a chronic morphine-induced switch in MOR-G protein coupling.  Int Narcotics Res Conference. [#79]

54.  Lee DHS, Benedetti N, Li W, **Wang HY** (2002) Signaling mechanisms of the $\beta$-amyloid 42-$\alpha$7 nicotinic acetylcholine receptor interaction.  Society for Neuroscience. [#91.11]

55.   D'Andrea MR, Nagele RG, **Wang HY**, Lee DHS (2001) Characterization of amyloid plaques with distinct stages of inflammation in Alzheimer's disease brain using triple immunohistochemistry. Society for Neuroscience. [#323.4]

Hoau-Yan Wang

56.  Lee DHS, Drouillard A-M S, Piesvaux JA, D'Andrea MR, Shank RP, Reitz AB, Plata-Salaman CR, **Wang HY** (2000) Differential affinities for the $\alpha 7$ nicotinic acetylcholine receptor distinguish $\beta$-amyloid$_{1-40}$ from $\beta$-amyloid$_{1-42}$.  Society for Neuroscience.

57.  **Wang HY**, Drouillard A-MS, Piesvaux JA, D'Andrea MR, Peterson PA, Reitz AB, Plata-Salaman CR, Lee DHS (2000) The $\alpha 7$ nicotinic acetylcholine receptor mediates $\beta$-amyloid$_{1-42}$ induced tau phosphorylation.  Society for Neuroscience.

58.  Zhang S-P, **Wang HY**, Lovenberg TW, Codd EE (1999) Functional studies of bradykinin receptors in chinese hamster ovary cells stably expressing the human B$_2$ bradykinin receptor. Society for Neuroscience.

59.  Zhao B, **Wang HY**, D'Andrea MR, Hall J, Watson S, Dubinsky B, Vaidya A, Rosenthal D, Crooke J, Plata-Salaman CR (1999) Alpha-melanocyte stimulating hormone accelerates functional recovery in a traumatic peripheral neuropathic model.  Society for Neuroscience.

60.  Davis CB, **Wang HY**, D'Andrea MR, Chapman S, Drouillard A-MS, Potocki A, Chevalier K, Plata-Salaman CR, Lee DHS (1999) The melanocortin receptor 4 subtype mediates the neurotrophic response of alpha-melanocyte stimulating hormone.  Society for Neuroscience.

61.  D'Andrea MR, R.G. Nagele, **Wang HY**, C.R. Plata-Salaman CR, Peterson PA, Dubinsky B, Lee DHS (1999) Origin of an amyloid plaque: new prospective from immunohistochemical studies of Alzheimer's disease brains.  Society for Neuroscience.

62.  Lee DHS, D'Andrea MR, Drouillard A-MS, Chapman S, Plata-Salaman CR, Peterson PA, **Wang HY** (1999) Tau phosphorylation is mediated by a neuronal receptor for $\beta$-amyloid peptide.  Society for Neuroscience.

63.  **Wang HY**, Lee DHS, D'Andrea MR, Peterson PA, Shank PR, Reitz AB (1999) A neuronal receptor for $\beta$-amyloid peptides: implications in Alzheimer's disease pathology.  Society for Neuroscience, 1999.

64.  Zhen XC, **Wang HY**, Uryu K, Cai GP, Smith C, Friedman E (1998) Activation of  extracellular signal  (ERK)-regulated kinase by D4 dopamine receptors (DAR) require Src, SHC-Grb2 via Gi protein. Society for Neuroscience.

65.  Cai GP, **Wang HY**, Bhamre S, Friedman E (1998) Enhanced D$_1$ dopamine receptor/G protein coupling in   unilateral 6-hydroxydopamine-lesioned rats. Society for Neuroscience.

66.  Uryu K, Zhen XC, **Wang HY**, Friedman E (1998) Activation of p38 MAPK and JNK in SK-N-MC human  neuroblastoma cells by D$_1$ dopamine receptor stimulation. Society for Neuroscience.

67.  **Wang HY**, Lee DHS, Shank RP (1998) Galanin modulates cortical cholinergic neurotransmission. Society for Neuroscience.

68.  Bashore TR, **Wang HY**, Friedman E (1998) Advancing age sustained aerobic fitness, protein kinase C activity, mental processing.  Winter Conference on Brain Res. 31st. annual.

69.  Pan H, **Wang HY**, Friedman E, Gershon MD (1998) Serotonergic Neurotransmission: Signal transduction from G  protein-coupled.  Keystone Symposium.

70.  Bashore TR, **Wang HY**, Friedman e (1997) Aerobic fitness in the elderly; effects on protein kinase and processing speed.  Society for Psychophysiological Res.

71.  in LQ, **Wang HY**, Friedman e (1997) Characterization of dopaminergic phosphoinoside hydrolysis in HN33.11 cells.  Society for Neuroscience.

72.  Friedman, E, Cai GP, Gao EH, **Wang HY**, Horwitz J, Pelleg A, Snyder DL, Roberts J (1997) Reduced adenosine $A_1$ receptor coupling to G proteins in the ventricles of senescent rats.  AHA annual meeting.

73.  Murphy CA, Fischer I, **Wang HY**, Baker G, Terry L, Murphy EH (1996) Prenatal cocaine  and calcium binding proteins in the anterior cingulate cortex : a comparison of parvalbumin and calbindin-D28K immunoreactivity. Society for Neuroscience.

74.  Friedman E, Jin LQ, Cai GP, Hollon TR, Drago J, Sibley DR, **Wang HY** (1996) $D_1$- like dopaminergic activation of phosphoinoside hydrolysis is independent of $D_{1A}$ dopamine receptors: evidence from $D_{1A}$ knockout mice.  The 8th International Catecholamine Symposium.

75.  **Wang HY**, Cai GP, Friedman E (1995) Dopamine $D_1$ receptors coupling to activation of adenylyl cyclase is mediated by Gs but not Golf protein.  Society for Neuroscience.

76.  Shi LC, **Wang HY**, Friedman E (1995) Effect of  PAF on delayed cell death induced by ischemia-reperfusion in a hippocampal cell line.  International Symposium on Oxidative Stress, Apotosisi and Brain Damage.

77.  Markowitz PI, **Wang HY**, Undie AS, Friedman E (1995) Lithium reduces platelet PKC activity and translocation in bipolar affective disorder subjects.  ACNP.

78.  **Wang HY**, Friedman E (1995) Lithium interferes with coupling of serotonin receptors to their G proteins.  ECNP.

79.  Seasholtz TM, Gurdal H, **Wang HY**, Friedman E, Johnson MD (1995) Desensitization of vascular phospholipase C activity.  FASEB.

80.  L.C. Shi, **H.Y. Wang**, J. Horwitz and E. Friedman:  Guanine nucleotide regulatory proteins, Gq/11 and Gi$_{1/2}$ mediate platelet activating factor stimulated phosphoinoside metabolism in immotalized hippocampal cells.  FASEB, 1995.

81.  Friedman E, Markowitz PI, Undie AS, Connell TA, **Wang HY** (1994) Increased protein kinase C (PKC) activation in bipolar mania.  ACNP, 1994.

82.  **Wang HY**, Friedman E (1994) Lithium interferes with coupling of serotonin receptors to their G proteins.  ECNP.

83.  **Wang HY**, Friedman E (1993) Linkage of serotonin receptor with a G$\alpha$z-ike guanine nucleotide binding protein in rat stomach fundus.  APS conference:signal transduction and gene regulation.

84.  **Wang HY**, Yadin, E, Friedman E (1993) Prenatal exposure to cocaine produces sustained sbucellular redistribution of protein kinase C (PKC).  Society for Neuroscience.

85.  Yadin E, **Wang HY**, Friedman E, Bridger WH (1993) Chronic fluoxetine vs. chronic DMI: behavioral and biochemical effects.  Society for Neuroscience.

86.  **Wang HY**, Friedman, E (1992) Lithium interferes with serotonin-receptor activation of cortical G proteins  ACNP.

87.  Qian J, **Wang HY**, Friedman E , Fischer I, Levitt P (1992) Enhancement of spinal neuron axonal outgrowth by target-derived astroglia is mediated through protein kinase C second messenger system. American Society of Cell Biology.

88.  **Wang HY** , Eberle-Wang K, Simansky KJ, Friedman E (1992) Serotonin-      induced muscle contraction in rat stomach fundus is mediated by a novel GTP binding protein. 2nd International Symposium on Serotonin: from Cel lBiology to Pharmacology and Therapeutics.

89.  **Wang HY**, Pisano, MR, Friedman E (1991) Age-related alteration in G-protein functions in rat cortex. New York Academy of Sciences.

90.  **Wang HY**, Pisano MR, Friedman E (1991) Age-related alteration in G-protein functions in rat cortex. Mid-Atlantic Pharmacology Society.

91.  Johnson MD, **Wang HY**, Ciechanowski D, Friedman E (1991) Reduced G-protein function in desensitized blood vessels. FASEB.

92. Friedman E, Butkerait P, **Wang HY**, Pisano MR (1990) D$_1$ and D$_2$ dopamine receptor supersensitivity are mediated by enhanced activation of G-protein.  ACNP.

93.  **Wang HY**, Butkerait P, Friedman E (1990) The role of G proteins in mediating the supersensitivity of biogenic amines.  Society for Neuroscience.

94.  Butkerait P, **Wang HY**, Friedman E (1990) Chronic D$_1$-dopamine receptor blockade increases D$_1$ mediated acetylcholine (ACH) release from rat striatal (s) slices.  Society for Neuroscience.

95.  Yurko K, **Wang HY**, Friedman E (1990) Immobilization stress induces translocation of protein kinase C (PKC) in rat brain.  Society for Neuroscience.

96.  Friedman E, **Wang HY** (1990) 5-HT elicited PKC translocation is dependent on extracellular Ca$^{2+}$. The Second IUPHAR Satellite Meeting on Serotonin.

97.  Friedman E, **Wang HY** (1990) Serotonin-induced [$^{35}$S]GTP$\gamma$S binding to G proteins in rat brain cortex.  XIth International Congress of Pharmacology.

98.  Johnson MD, **Wang HY**, Friedman E (1990) Reduced protein kinase C in senescent blood vessels. FASEB.

99.  Friedman E, **Wang HY** (1989) $G_s$, $G_i$, $G_o$ receptor coupling inhibition by lithium treatment. ACNP.

100.    **Wang HY**, Friedman E (1989) Age-dependent decrease in human protein kinase C (PKC) activity and translocation. American Geriatric Society, May.

101.    **Wang HY**, Friedman E (1989) Serotonin(5-HT)-induced protein kinse C (PKC) translocation in brain slices.  New York Academy of Sciences, July, 1989.

102.    Friedman E, **Wang HY**, Singh H, Levinson D, Connell TA (1989) Altered protein kinse C (PKC) activity during lithium treatment. Society for Biological Psychiatry.

103.    **Wang HY**, Friedman E (1989) Serotonin (5-HT)-induced protein kinase C (PKC) translocation in brain slices.  FASEB.

104.    **Wang HY**, Friedman E (1988) The effect of age on brain cortical protein kinase C and its mediation of serotonin release. Biomedical Advances in Aging.

105.    **Wang HY**, Friedman E (1988) The effect of lithium ion on protein kinse C (PKC) translocation and its relation to serotonin (5-HT) release in cortical brain slices. Society for Neuroscience, 1988.

106.    Friedman E, **Wang HY**, Butkerait P (1988) Decreased striatal (s) Ach release following chronic haloperidol (h) treatment. Society for Neuroscience.

107.    **Wang HY**, Friedman E (1987) Protein kinase C: Regulation of serotonin release from rat brain cortical slices.  FASEB, 1987.

108.    **Wang HY**, Char H, Friedman E (1987) The effects of chronic ethanol and ethanol/lysine combination on serotonin release from parietal cortical brain slices.  Society for Neuroscience.

109.    Friedman E, **Wang HY**, Bridger WB (1986) Desensitization of the prejunctional inhibitory serotonin receptors and increased serotonin release induced by chronic lithium treatment. ACNP.

110.    Friedman E, **Wang HY** (1986) The effect of chronic lithium treatment on serotonin autoreceptors and release of [$^3$H] 5-HT from rat brain cortical, hippocampal and hypothalamic slices.  Society for Neuroscience.