# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | CRIMINAL NO: TDC-24-211 |

## ENTRY OF APPEARANCE

Please enter the appearance of Kashan Pathan, Trial Attorney in the Fraud Section of the Criminal Division, as counsel on behalf of the United States.

                                         Respectfully submitted,

                                         Lorinda I. Laryea
                                         Acting Chief
                                         Fraud Section, Criminal Division
                                         United States Department of Justice

       By: _____/s/_____
              Kashan Pathan
              Trial Attorney
              Fraud Section, Criminal Division
              United States Department of Justice