# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 8:24-CR-211-TDC |
| | ) | |
| HOAU-YAN WANG, | ) | |
| | ) | |
|    Defendant. | ) | |

## DEFENDANT HOAU-YAN WANG'S MOTION IN LIMINE
## TO EXCLUDE DIGITAL IMAGES OF WESTERN BLOTS

For the reasons set forth in the accompanying Brief in Support, Defendant Dr. Hoau-Yan Wang respectfully moves in limine for an order excluding any testimony, exhibits, or argument referring to images obtained from him as "source images," including so-called "raw" or "white box" images, of NIH grant application figures. Unless and until the Government can first establish authenticity under Federal Rule of Evidence 901 outside the presence of the jury, such references would lack foundation, risk misleading the jury, and cause unfair prejudice.

Dated: September 24, 2025

Respectfully submitted,

 /s/ Joanne Zimolzak
Jennifer L. Beidel (Pro Hac Vice)
Mark Chutkow (Pro Hac Vice)
Timothy Caprez (Pro Hac Vice)
Emma Blackwood (Pro Hac Vice)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
Email: jbeidel@dykema.com
mchutkow@dykema.com
tcaprez@dykema.com
eblackwood@dykema.com

Joanne Zimolzak (19342)
DYKEMA GOSSETT PLLC
1301 K Street NW
Suite 1100 West
Washington, D.C. 20005
(202) 906-8600
jzimolzak@dykema.com

*Counsel for Defendant
Dr. Hoau-Yan Wang*

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2025, I filed the foregoing Motion in Limine and Brief in Support using the Court's CM/ECF system. The CM/ECF system sent a "Notice of Electronic Filing" to all counsel of record who have entered an appearance in this matter.

Dated: September 24, 2025                      Respectfully Submitted,

                                                 */s/ Joanne Zimolzak*
                                                 Joanne Zimolzak (19342)
                                                 DYKEMA GOSSETT PLLC
                                                 1301 K Street NW
                                                 Suite 1100 West
                                                 Washington, D.C. 20005
                                                 (202) 906-8600
                                                 Email: jzimolzak@dykema.com