IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. 24-0211-TDC |
| HOAU-YAN WANG, | |
| Defendant. | |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Brookes Report 1: Standards and expectations for use of western blotting to quantify protein content in biological samples | 09/30/2025 | 09/30/2025 |
| 1A | Demonstrative with images from Brookes Report 1 | 09/30/2025 | 09/30/2025 |
| 2 | Brookes Report 2: Forensic analytical methods for western blot images | 09/30/2025 | 09/30/2025 |
| 2A | Demonstrative with images from Brookes Report 2 | 09/30/2025 | 09/30/2025 |
| 3 | Brookes Report 3: Analytical pipeline for western blot images | 09/30/2025 | 09/30/2025 |
| 4 | Brookes Report 4.01: Analysis of western blot images in top row of Figure 2 from NIH grant proposal 5R44AG057329-03 | 09/30/2025 | 09/30/2025 |
| 5 | Brookes Report 4.02: Analysis of western blot images in 2nd row of Figure 2 from NIH grant proposal 5R44AG057329-03 | 09/30/2025 | 09/30/2025 |
| 5A | Demonstrative with images from Brookes Report 4.2 | 09/30/2025 | 09/30/2025 |
| 6 | Brookes Report 4.03: Analysis of western blot images in 3rd row of Figure 2 from NIH grant proposal 5R44AG057329-03 | 09/30/2025 | 09/30/2025 |
| 7 | Brookes Report 4.04: Analysis of western blot images in Figure 4 from NIH grant proposal 5R44AG057329-03 | 09/30/2025 | 09/30/2025 |
| 7A | Demonstrative with images from Brookes Report 4.4 | 09/30/2025 | 09/30/2025 |
| 8 | Brookes Report 4.05: Analysis of western blot images in Figure 14 from NIH grant proposal 1R44AG056166-01 | 09/30/2025 | 09/30/2025 |
| 8A | Demonstrative with images from Brookes Report 4.5 | 09/30/2025 | 09/30/2025 |
| 9 | Brookes Report 4.06: [Ref 13(17)] Analysis of western blot images in Figure 13 from NIH grant proposal 1R44AG056166-01 | 09/30/2025 | 09/30/2025 |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 10 | Brookes Report 4.07: Analysis of western blot images in Figure 1 from NIH grant proposal 1R44AG056166-01 | 09/30/2025 | 09/30/2025 |
| 10A | Demonstrative with images from Brookes Report 4.7 | 09/30/2025 | 09/30/2025 |
| 10B | Conformational changes in FLNA-C-AD and PTI-125 PowerPoint | 09/30/2025 | 09/30/2025 |
| 10C | Demonstrative with annotated spreadsheet from Brookes Report 4.7 | 09/30/2025 | 09/30/2025 |
| 11 | Brookes Report 4.08: Analysis of western blot images in Figure 7 from NIH grant proposal 1R44AG056166-01 | 09/30/2025 | 09/30/2025 |
| 11A | Demonstrative with images from Brookes Report 4.8 | 09/30/2025 | 09/30/2025 |
| 12 | Brookes Report 4.09: [Ref 9(13)] Analysis of western blot images in Figure 9 from NIH grant proposal 1R44AG056166-01 | 09/30/2025 | 09/30/2025 |
| 12A | Demonstrative with images from Brookes Report 4.9 | 09/30/2025 | 09/30/2025 |
| 13 | Brookes Report 4.10: [Ref 12(16)] Analysis of western blot images in Figure 12 from NIH grant proposal R44 AG056166-01 | 09/30/2025 | 09/30/2025 |
| 14 | Brookes Report 4.11: [Ref 4(22)] Analysis of western blot images in Figure 4 from NIH grant proposal 3R44AG056166-02S1 | 09/30/2025 | 09/30/2025 |
| 15 | Brookes Report 4.12: Refs 4(22) & 13(17) – Commonalities between source images for Figure 4 of NIH grant proposal 3R44AG056166-02S1 and Figure 13 of NIH grant proposal 1R44AG056166-01 | 09/30/2025 | 09/30/2025 |
| 15A | Demonstrative with images from Brookes Report 4.12 | 09/30/2025 | 09/30/2025 |
| 16 | Brookes Report 4.13: Proposed method by which western blot images in Figure 14 of 1R44AG056166-01 were generated | 09/30/2025 | 09/30/2025 |
| 17 | Brookes Report 4.14: [Ref 5(27)] Analysis of western blot images in Figure 5 from NIH grant proposal 2R44AG056166-03 | 09/30/2025 | 09/30/2025 |
| 18 | Brookes Report 4.15: Analysis of Figures in US Patents underlying IP of Cassava Sciences Inc. | 09/30/2025 | 09/30/2025 |
| 19 | Brookes Report 4.16: Analysis of western blot images in Figure 1 from NIH grant proposal 5R44AG057329-03 - JW Req' 1(45) | 09/30/2025 | 09/30/2025 |
| 19A | Demonstrative with images from Brookes Report 4.16 | 09/30/2025 | 09/30/2025 |
| 20 | Brookes Report 4.17: Analysis of western blot images in Figure 3 from NIH grant proposal 5R44AG057329-03 - JW Req' 3(47) | 09/30/2025 | 09/30/2025 |
| 21 | Brookes Report 4.18: (JW Ref #5(49) Analysis of western blot images in Figure 5 from NIH grant proposal 5R44AG057329-03 | 09/30/2025 | 09/30/2025 |

2

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 22 | Brookes Report 4.20: Analysis of Excel spreadsheet extracted from "C-AD PTI125 DR-2.ppt" | 09/30/2025 | 09/30/2025 |
| 22A | Demonstrative with annotated spreadsheet from Brookes Report 4.20 | 09/30/2025 | 09/30/2025 |
| 23 | Brookes Report 5.1: Analysis of Terminal Digits in Underlying Data for Wang et al. 2012 J. Neurosci paper. | 09/30/2025 | 09/30/2025 |
| 24 | Brookes Report 5.2: Analysis of Source Images for Figures in 2020 J. Prev. Alx. Dis. Paper | 09/30/2025 | 09/30/2025 |
| 25 | Brookes Report 5.3: Analysis of Source Files for Figures in Wang et al. 2012 J. Neurosci paper. | 09/30/2025 | 09/30/2025 |
| 26 | Brookes Report 5.4: Analysis of Excel Spreadsheets containing biomarker data from Phase 2b Simafulam trial | 09/30/2025 | 09/30/2025 |
| 27 | Brookes Report 5.5: Analysis of Adobe Photoshop files from Wang computer | 09/30/2025 | 09/30/2025 |
| 27A | Demonstrative with images from Brookes Report 5.5 | 09/30/2025 | 09/30/2025 |
| 28 | Brookes Report 6.1: Analysis of additional images related to report #4.8 (Fig. 7 of NIH grant proposal R44 AG056166-01) | 09/30/2025 | 09/30/2025 |
| 29 | Brookes Report 6.2: Analysis of additional image related to report #4.14 (Figure 5 from NIH grant proposal 2R44AG056166-03) | 09/30/2025 | 09/30/2025 |
| 30 | Brookes Report 6.3: Analysis of additional image related to report #4.9 (Figure 9 from NIH grant proposal 1R44AG056166-01) | 09/30/2025 | 09/30/2025 |
| 31 | Brookes Report 6.4: Analysis of additional images related to report #4.11 (Figure 4 of NIH grant proposal 3R44AG056166-02S1) | 09/30/2025 | 09/30/2025 |
| 32 | Brookes Report 6.6: Analysis of Figure 3 from Neurobiology of Aging paper | 09/30/2025 | 09/30/2025 |
| 33 | Brookes Report, Quick Reports: Origin of western blot images in Figures from NIH grant proposal R44AG057329-03 | 09/30/2025 | 09/30/2025 |
| 34 | Paul Brookes Full CV | 09/30/2025 | 09/30/2025 |
| 35 | Paul Brookes Research Integrity Focused CV | 09/30/2025 | 09/30/2025 |
| 36 | Wang et al. (2012). "Reducing Amyloid-Related Alzheimer's Disease Pathogenesis by a Small Molecule Targeting Filamin A." *Journal of Neuroscience.* | 09/30/2025 | 09/30/2025 |
| 37 | Wang et al. (2017). "PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis." *Neurobiology of Aging.* | 09/30/2025 | 09/30/2025 |
| 38 | Wang et al. (2020). "PTI-125 Reduces Biomarkers of Alzheimer's Disease in Patients." *Journal of Prevention of Alzheimer's Disease - JPAD.* | 09/30/2025 | 09/30/2025 |
| 39 | AG056166-01 Grant Application | 09/30/2025 | 09/30/2025 |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 40 | AG056166-02S1 Grant Application | 09/30/2025 | 09/30/2025 |
| 41 | AG056166-03 Grant Application | 09/30/2025 | 09/30/2025 |
| 42 | AG056166-03S1 Grant Application | 09/30/2025 | 09/30/2025 |
| 43 | AG060878-01 Grant Application | 09/30/2025 | 09/30/2025 |
| 44 | AG060878-01S1 Grant Application | 09/30/2025 | 09/30/2025 |
| 45 | AG060878-02S1 Grant Application | 09/30/2025 | 09/30/2025 |
| 46 | AG065152-01 Grant Application | 09/30/2025 | 09/30/2025 |
| 47 | AG067972-01A1 Grant Application | 09/30/2025 | 09/30/2025 |
| 48 | AG057329-01 Grant Application | 09/30/2025 | 09/30/2025 |
| 49 | AG057329-03 Grant Application | 09/30/2025 | 09/30/2025 |
| 50 | PowerPoint titled "Walkthrough of forensic image overlay using HHS ORI droplet in Adobe Photoshop" | 09/30/2025 | 09/30/2025 |
| 51 | PowerPoint titled "Enhancement of Image Features Using Brightness/Contrast (PowerPoint) & Curves (Adobe Photoshop)" | 09/30/2025 | 09/30/2025 |
| 52 | Physical Exhibit – Western Blot Instruments | 09/30/2025 | 09/30/2025 |