IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. 24-0211-TDC |
| HOAU-YAN WANG, | |
| Defendant. | |

## DEFENDANT WANG'S EXHIBIT LIST

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 80 | 80_[Reserved].pdf | | |
| 81 | 81_[Reserved].pdf | | |
| 82 | 82_[Reserved].pdf | | |
| 83 | 83_[Reserved].pdf | | |
| 84 | 84_[Reserved].pdf | | |
| 85 | 85_Motion to Exclude Defendant's Proposed Expert Testimony.pdf | | |
| 85-1 | 85-1_Chiodo Expert Report 7.28.25.pdf | | |
| 85-2 | 85-2_Chiodo CV.pdf | | |
| 85-3 | 85-3_Radtke Expert Report.pdf | | |
| 85-4 | 85-4_Lisiewski Expert Report.pdf | | |
| 86 | 86_[Reserved].pdf | | |
| 87 | 87_Motion to Exclude Expert Testimony of Paul Brookes.pdf | 09/30/2025 | 09/30/2025 |
| 87-1 | 87-1_Wang CV.pdf | 09/30/2025 | 09/30/2025 |
| 87-2 | 87-2_Brookes CV.pdf | 09/30/2025 | 09/30/2025 |
| 87-3 | 87-3_Brookes Research Integrity CV.pdf | 09/30/2025 | 09/30/2025 |
| 87-4 | 87-4_Brookes Report 1-3.pdf | 09/30/2025 | 09/30/2025 |
| 87-5 | 87-5_Brookes Report 4.3.pdf | 09/30/2025 | 09/30/2025 |
| 87-6 | 87-6_Brookes Report 5.1.pdf | 09/30/2025 | 09/30/2025 |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 88 | 88_[Reserved].pdf | | |
| 89 | 89_[Reserved].pdf | | |
| 90 | 90_Response to Motion by Hoau-Yan Wang.pdf | | |
| 90-1-1 | 90-1-1_Wang CV [Reserved – Refer to Exhibit 87-1].pdf | | |
| 90-1-2 | 90-1-2_Brookes CV [Reserved – Refer to Exhibit 87-2].pdf | | |
| 90-1-3 | 90-1-3_Brookes Research Integrity CV [Reserved – Refer to Exhibit 87-3].pdf | | |
| 90-1-4 | 90-1-4_Brookes Reports 1-3 [Reserved – Refer to Exhibit 87-4].pdf | | |
| 90-1-5 | 90-1-5_Brookes Report 4.3 [Reserved – Refer to Exhibit 87-5].pdf | | |
| 90-1-6 | 90-1-6_Chiodo CV [Reserved – Refer to Exhibit 85-2].pdf | | |
| 90-1-7 | 90-1-7_Chiodo Expert Report 7.28.25 [Reserved – Refer to Exhibit 85-1].pdf | | |
| 90-1-8 | 90-1-8_Chiodo Expert Report 9.5.25.pdf | | |
| 90-1-9 | 90-1-9_Lisiewski CV.pdf | | |
| 90-1-10 | 90-1-10_Lisiewski Expert Report [Reserved – Refer to Exhibit 85-4].pdf | | |
| 91 | 91_Response to Motion by USA.pdf | 09/30/2025 | 09/30/2025 |
| 91-1 | 91-1_Brookes Report 4.7.pdf | 09/30/2025 | 09/30/2025 |
| 92 | 92_[Reserved].pdf | | |
| 93 | 93_[Reserved].pdf | | |
| 94 | 94_[Reserved].pdf | | |
| 95 | 95_[Reserved].pdf | | |
| 96 | 96_[Reserved].pdf | | |
| 97 | 97_Reply to Response to Motion by USA.pdf | | |
| 98 | 98_Reply to Response to Motion by Hoau-Yan Wang.pdf | | |
| 98-1-11 | 98-1-11_Brookes 302 Interview 9.4.25.pdf | | |
| 99 | 99_[Reserved].pdf | | |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 100 | 100_[Reserved].pdf | | |
| 101 | 101_Brookes Reports 1-3 [Reserved – Refer to Exhibit 87-2].pdf | | |
| 101-A | 101-A_Redline Brookes Report 1.pdf | 09/30/2025 | 09/30/2025 |
| 101-B | 101-A_Redline Brookes Report 3.pdf | 09/30/2025 | 09/30/2025 |
| 102 | 102_Brookes Report 4.3 [Reserved – Refer to Exhibit 87-5].pdf | 09/30/2025 | 09/30/2025 |
| 102-A | 102-A_Redline Brookes Report 4.1.pdf | 09/30/2025 | 09/30/2025 |
| 103 | 103_Brookes Report 4.2.pdf | 09/30/2025 | 09/30/2025 |
| 103-A | 103-A_Redline Brookes Report 4.2.pdf | 09/30/2025 | 09/30/2025 |
| 104 | 104_Brookes Report 4.3 [Reserved – Refer to Exhibit 87-5].pdf | 09/30/2025 | 09/30/2025 |
| 104-A | 104-A_Redline Brookes Report 4.3.pdf | 09/30/2025 | 09/30/2025 |
| 105 | 105_Brookes Report 4.4.pdf | 09/30/2025 | 09/30/2025 |
| 105-A | 105-A_Redline Brookes Report 4.4 | 09/30/2025 | 09/30/2025 |
| 106 | 106_Brookes Report 4.5.pdf | 09/30/2025 | 09/30/2025 |
| 106-A | 106-A_Redline Brookes Report 4.5.pdf | 09/30/2025 | 09/30/2025 |
| 107 | 107_Brookes Report 4.6.pdf | 09/30/2025 | 09/30/2025 |
| 107-A | 107-A_Redline Brookes Report 4.6.pdf | 09/30/2025 | 09/30/2025 |
| 108 | 108_Brookes Report 4.7 [Reserved – Refer to Exhibit 91-1].pdf | 09/30/2025 | 09/30/2025 |
| 108-A | 108-A_Redline Brookes Report 4.7.pdf | 09/30/2025 | 09/30/2025 |
| 109 | 109_Brookes Report 4.8.pdf | 09/30/2025 | 09/30/2025 |
| 109-A | 109-A_Redline Brookes Report 4.8.pdf | 09/30/2025 | 09/30/2025 |
| 110 | 110_Brookes Report 4.9.pdf | 09/30/2025 | 09/30/2025 |
| 110-A | 110-A_Redline Brookes Report 4.8.pdf | 09/30/2025 | 09/30/2025 |
| 111 | 111_Brookes Report 4.10.pdf | 09/30/2025 | 09/30/2025 |
| 111-A | 111-A_Redline Brookes Report 4.10.pdf | 09/30/2025 | 09/30/2025 |
| 112 | 112_Brookes Report 4.11.pdf | 09/30/2025 | 09/30/2025 |
| 112-A | 112-A_Redline Brookes Report 4.11.pdf | 09/30/2025 | 09/30/2025 |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 113 | 113_Brookes Report 4.12.pdf | 09/30/2025 | 09/30/2025 |
| 113-A | 113-A_Redline Brookes Report 4.12.pdf | 09/30/2025 | 09/30/2025 |
| 114 | 114_Brookes Report 4.13.pdf | 09/30/2025 | 09/30/2025 |
| 114-A | 114-A_Redline Brookes Report 4.13.pdf | 09/30/2025 | 09/30/2025 |
| 115 | 115_Brookes Report 4.14.pdf | 09/30/2025 | 09/30/2025 |
| 115-A | 115-A_Redline Brookes Report 4.14.pdf | 09/30/2025 | 09/30/2025 |
| 116 | 116_Brookes Report 4.15.pdf | 09/30/2025 | 09/30/2025 |
| 117 | 117_Brookes Report 4.16.pdf | 09/30/2025 | 09/30/2025 |
| 118 | 118_Brookes Report 4.17.pdf | 09/30/2025 | 09/30/2025 |
| 119 | 119_Brookes Report 4.18.pdf | 09/30/2025 | 09/30/2025 |
| 120 | 120_Brookes Report 4.20.pdf | 09/30/2025 | 09/30/2025 |
| 121 | 121_Brookes Report 5.1.pdf | 09/30/2025 | 09/30/2025 |
| 122 | 122_Brookes Report 5.3.pdf | 09/30/2025 | 09/30/2025 |
| 123 | 123_Brookes Report 5.4.pdf | 09/30/2025 | 09/30/2025 |
| 124 | 124_Brookes Report 5.5.pdf | 09/30/2025 | 09/30/2025 |
| 125 | 125_Brookes Report 6.1.pdf | 09/30/2025 | 09/30/2025 |
| 125-A | 125-A_Redine Brookes Report 6.1.pdf | 09/30/2025 | 09/30/2025 |
| 126 | 126_Brookes Report 6.2.pdf | 09/30/2025 | 09/30/2025 |
| 127 | 127_Brookes Report 6.3.pdf | 09/30/2025 | 09/30/2025 |
| 128 | 128_Brookes Report 6.4.pdf | 09/30/2025 | 09/30/2025 |
| 129 | 129_Brookes Report 6.6.pdf | 09/30/2025 | 09/30/2025 |
| 130 | 130_Brookes Report Origin of Western Blot Images.pdf | 09/30/2025 | 09/30/2025 |
| 131 | 131_Brookes Report Process for Western Blotting.pdf | 09/30/2025 | 09/30/2025 |
| 132 | 132_Brookes Report Proposed Analytical Pipeline.pdf | 09/30/2025 | 09/30/2025 |
| 132-A | 132-A_Redline Brookes Report Proposed Analytical Pipeline.pdf | 09/30/2025 | 09/30/2025 |
| 133 | 133_Brookes Report Flattening of Figures.pdf | 09/30/2025 | 09/30/2025 |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 134 | 134_Brookes-Kumagai Email 7.10.25.pdf | 09/30/2025 | 09/30/2025 |
| 135 | 135_Brookes Video Clip 1.mp4 | | |
| 136 | 136_Brookes Video Clip 2.mp4 | | |
| 137 | 137_Brookes Video Clip 3.mp4 | | |
| 138 | 138_Brookes 302 Interview 3.30.22.pdf | | |
| 139 | 139_Brookes 302 Interview 1.20.23.pdf | | |
| 140 | 140_Brookes 302 Interview 9.25.23.pdf | | |
| 141 | 141_Brookes 302 Interview 12.1.23.pdf | | |
| 142 | 142_Brookes 302 Interview 3.25.24.pdf | | |
| 143 | 143_Brookes 302 Interview 9.4.25 [Reserved – Refer to Exhibit 98-1-11].pdf | | |
| 144 | 144_Brookes 302 Interview 9.26.25 (1).pdf | | |
| 145 | 145_Brookes 302 Interview 9.26.25 (2).pdf | | |
| 146 | 146_Brookes-Weeks Email 8.31.22 + Brookes Report Origin of Western Blot Images Attachment.pdf | 09/30/2025 | 09/30/2025 |
| 147 | 147_Brookes-Weeks Email 10.6.22 + Brookes Reports Proposed Analytical Pipeline & Origin of Western Blot Images Attachments.pdf | 09/30/2025 | 09/30/2025 |
| 148 | 148_Brookes-Weeks Email 10.21.22 + Brookes Report Analysis of Western Blot Images Attachment.pdf | 09/30/2025 | 09/30/2025 |
| 149 | 149_Brookes-Weeks Email 11.14.22 + Brookes Reports Analytical Pipeline, 4.1, 4.2, 4.3, 4.4, 4.5 Attachments.pdf | 09/30/2025 | 09/30/2025 |
| 150 | 150_Brookes-Weeks Email 11.15.22 + Brookes Report 4.5 Attachment.pdf | 09/30/2025 | 09/30/2025 |
| 151 | 151_Brookes-Weeks Email 11.17.22.pdf | 09/30/2025 | 09/30/2025 |
| 152 | 152_Brookes-Weeks Email 11.21.22 + Brookes Reports 3 & 4.8 Attachments.pdf | 09/30/2025 | 09/30/2025 |
| 153 | 153_Brookes-Weeks Email 12.9.22 + Brookes Report 4.13 Attachment.pdf | 09/30/2025 | 09/30/2025 |
| 154 | 154_Brookes-Weeks Email 4.18.23 + Brookes Reports Flattening of Figures & 5.4 Attachments.pdf | 09/30/2025 | 09/30/2025 |
| 155 | 155_Brookes-Weeks Email 5.31.23.pdf | 09/30/2025 | 09/30/2025 |
| 156 | 156_Brookes-Weeks Email 12.31.23 + Brookes Reports 6.1, 6.2, 6.3, 6.4 Attachments.pdf | 09/30/2025 | 09/30/2025 |

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 157 | 157_Brookes-Weeks Email 5.13.24 + Grants and Figures Attachment.pdf | 09/30/2025 | 09/30/2025 |
| 158 | 158_Brookes-Weeks Email 9.2.25.pdf | 09/30/2025 | 09/30/2025 |
| 159 | 159_Article - PLOS Biology - Blind Spots on Western Blot (2022).pdf | 09/30/2025 | 09/30/2025 |
| 160 | 160_42 CFR 93.103 Requirements for Finding of Research Misconduct.pdf | 09/30/2025 | 09/30/2025 |
| 161 | 161_42 CFR 93.234 Research Misconduct Definition.pdf | 09/30/2025 | 09/30/2025 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |