# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | Criminal Action No. 24-0301-TDC |

## STIPULATION REGARDING RETURN OF EXHIBITS

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| ALL | ALL |
| All Government's exhibits returned: September 30, 2025 | All Defendant's exhibits returned: September 30, 2025 |

Received the above listed exhibits this date: September 30, 2025

Counsel for Government:
X /s/ Andrew Tyler
Andrew Tyler
X
Vasanth R. Sridharan
X
Kashan Pathan

Counsel for Defendant:
X
Jennifer L. Beidel
X
Emma Blackwood
X
Alison A. Furtaw
X
Mark Chutkow
X
Timothy Caperz
X
Joanne L. Zimolzak

Date: September 30, 2025

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits