UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

HOAU-YAN WANG,

Defendant.

Criminal Action No. TDC-24-211

## PROPOSED VERDICT FORM

**Count One: Major Fraud Against the United States**

How do you find the defendant, HOAU-YAN WANG, as to Major Fraud Against the United States involving funding Proposal 1 submitted to the National Institutes of Health on January 12, 2018 as charged in Count One?

Guilty _____  Not Guilty _____

**Count Two: Wire Fraud**

How do you find the defendant, HOAU-YAN WANG, as to Wire Fraud charged in Count Two?

Guilty _____  Not Guilty _____

**Count Three: Wire Fraud**

How do you find the defendant, HOAU-YAN WANG, as to Wire Fraud charged in Count Three?

Guilty _____  Not Guilty _____

**Count Four: False Statements**

How do you find the defendant, HOAU-YAN WANG, as to False Statements charged in Count Four?

Guilty _____  Not Guilty _____

The foregoing constitutes the unanimous verdict of the jury.

_____                    _____
DATE                                   FOREPERSON