UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | CRIMINAL NO:  TDC-24-211 |

### GOVERNMENT'S NOTICE OF INTENT TO RELY ON 902(11), 902(13), AND 902(14) CERTIFICATIONS

The United States, by and through undersigned counsel, hereby provides notice of its intent to rely on certifications made under Rules 902(11), 902(13), and 902(14) of the Federal Rules of Evidence to authenticate records within the below-identified materials at trial. These items "require no extrinsic evidence of authenticity in order to be admitted." Fed. R. Evid. 902. Furthermore, the documents referenced below that are certified pursuant to Rule 902(11) are records of regularly conducted activity under Federal Rule of Evidence 803(6) and are not barred from admission by the rule against hearsay.

Specifically, the government intends to authenticate materials at trial produced by the below-identified custodians using the corresponding certifications.

| Fed. R. of Evid. | Custodian | Certification Bates Number[1] | Certified Documents Bates Range |
|---|---|---|---|
| 902(11) and 902(13)[2] | Abilene Christian University | USDOJ3-0000332744 | USDOJ1-0000000001 - USDOJ1-0000014900 |

---

[1] For certifications recently obtained, the government attaches these certifications as Exhibit 1. These materials are not yet Bates numbered. The government will produce Bates numbered versions of the materials in a forthcoming production to the defendant.

[2] The Abilene Christian University certification references both Federal Rules of Evidence 902(11) and 902(13), and the production contains both business records, as well as communications. The government is not relying on Federal Rule of Evidence 902(11) for the communications in that production. Instead, the government is relying on that certification only to authenticate communications under Federal Rule of Evidence 902(13), because the communications are still subject to a hearsay analysis. For the remainder of the records, the government intends to rely on the 902(11) certification to authenticate those documents and to satisfy Federal Rule of Evidence 803(6) as records of regularly conducted activity.

| Fed. R. of Evid. | Custodian | Certification Bates Number[1] | Certified Documents Bates Range |
|---|---|---|---|
| 902(11) | Apple Inc. Subpoena Production | USDOJ3-0000332758 | USDOJ3-0000332746 - USDOJ3-0000332763 |
| 902(13) and 902(14) | Apple Inc. Warrant Certification | Exhibit 1 at 1 | USDOJ1-0000019642 - USDOJ1-0000136006 |
| 902(11) | Axiom | USDOJ3-0000332775 | USDOJ1-0000017238 - USDOJ1-0000019641, USDOJ3-0000332774 - USDOJ3-0000332777, USDOJ3-0000343173 - USDOJ3-0000346007 |
| 902(13) and 902(14) | Cassava Sciences | USDOJ6-0000000173 and USDOJ6-0000000174 | USDOJ1-0000138393 - USDOJ1-0000148854; USDOJ2-0000000001 - USDOJ2-0000009823; USDOJ2-0000033837- USDOJ2-0000546153; USDOJ3-0000000001 - USDOJ3-0000134671 |
| 902(11) | Charles Schwab | USDOJ3-0000332824 | USDOJ3-0000332822 - USDOJ3-0000335509 |
| 902(11) | Citibank North America | USDOJ3-0000335512 | USDOJ3-0000335510 - USDOJ3-0000335906 |
| 902(11), 902(13), and 902(14) | CUNY | Exhibit 1 at 2-5 | USDOJ4-000305532; USDOJ4-0000305526 - USDOJ4-0000305554 |
| 902(11) | Department of Health and Human Services | Exhibit 1 at 13 | USDOJ3-0000341961 |
| 902(11) and | Discord Inc. | USDOJ3-0000335920 | USDOJ3-0000332742 - USDOJ3-0000332743 |

| Fed. R. of Evid. | Custodian | Certification Bates Number[1] | Certified Documents Bates Range |
|---|---|---|---|
| 902(13)[3] | | | USDOJ3-0000335918 - USDOJ3-0000346024 |
| 902(11) | Equifax | USDOJ3-0000335924 | USDOJ3-0000335922 - USDOJ3-0000335966 |
| 902(13), and 902(14) | Google | Exhibit 1 at 6-12 | USDOJ4-0000010617 - USDOJ4-0000098137 |
| 902(11) | JP Morgan Chase Bank | USDOJ3-0000346085 (certification on page 2 USDOJ3-0000346086)<br><br>USDOJ3-0000346459 (certification on page 2 USDOJ3-0000346460) | USDOJ3-0000337941 - USDOJ3-0000346455<br><br>USDOJ3-0000346456 - USDOJ3-0000348954 |
| 902(11) | National Institutes of Health | Exhibit 1 at 14-17 | USDOJ4-0000102382 - USDOJ4-0000103803<br><br>USDOJ3-0000577860 - USDOJ3-0000580843<br><br>USDOJ4-0000103804 - USDOJ4-0000108163<br><br>USDOJ4-0000109165 - USDOJ4-0000109166<br><br>USDOJ4-0000745512 - USDOJ4-0000745514 |
| 902(11) | SERDI Publisher | USDOJ3-0000349327 | USDOJ4-0000363550 - USDOJ4-0000363617 |
| 902(11) | Verizon | USDOJ3-0000338810 | USDOJ3-0000338296 - USDOJ3-0000339074 |

---

[3] The Discord Inc. certification references both Federal Rules of Evidence 902(11) and 902(13), and the production contains both business records, as well as communications. The government is not relying on Federal Rule of Evidence 902(11) for the communications in that production. Instead, the government is relying on that certification only to authenticate communications under Federal Rule of Evidence 902(13), because the communications are still subject to a hearsay analysis. For the remainder of the records, the government intends to rely on the 902(11) certification to authenticate those documents and to satisfy Federal Rule of Evidence 803(6) as records of regularly conducted activity.

| Fed. R. of Evid. | Custodian | Certification Bates Number[1] | Certified Documents Bates Range |
|---|---|---|---|
| | | | USDOJ3-0000349328 - USDOJ3-0000349553 |
| | | | USDOJ3-0000349554 - USDOJ3-0000349786 |

\* \* \* \* \*

Absent a valid challenge to the authenticity of these records, the United States seeks to introduce certain records identified above at the trial of the defendant without a witness present in court to state what is already set forth in the certifications.

        Respectfully submitted,

        LORINDA I. LARYEA
        Acting Chief
        Fraud Section, Criminal Division
        United States Department of Justice

By: /s/<u>Kashan Pathan</u>
     Kashan Pathan
     Andrew Tyler
     Vasanth Sridharan
     Fraud Section, Criminal Division
     United States Department of Justice
     *Attorneys for the Government*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

                                                            /s/
                                        Kashan Pathan, Trial Attorney
                                        Fraud Section, Criminal Division
                                        United States Department of Justice