# EXHIBIT 1

# CERTIFICATE OF AUTHENTICITY

I Katherine Logan, hereby certify:

1. I am authorized to submit this affidavit on behalf of Apple Inc. ("Apple"), located in Cupertino, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Apple designs, manufactures, and markets mobile communication and media devices, personal computers, portable digital music players, and sells a variety of related software, services, peripherals, networking solutions, and third-party digital content and applications. Apple's products and services include Mac, iPhone, iPad, iPod touch, Apple TV, Apple TV+, Apple Watch, HomePod, AirPods, a portfolio of consumer and professional software applications, the iOS and Mac OS X operating systems, iCloud, and a variety of accessory, service and support offerings. Apple also sells and delivers digital content and applications through Apple Music, App Store, Apple Books, and Mac App Store.

4. Attached is a true and correct copy of records pertaining to the Apple account-holder(s) identified with account(s) hoauyan@gmail.com, (215) 917-7765 and lindsayhb@yahoo.com, (512) 574-4238., with Apple Ref. No. **2022138104** ("Document").

5. The Document is a record made and retained by Apple. Apple servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Apple.

6. The Document is a true duplicate of original records that were generated by Apple's electronic process or system that produces an accurate result. The accuracy of Apple's electronic process and system is regularly verified by Apple. I have verified through a process of digital identification that the Document are true and accurate copies of the original data extracted.

7. This certification is intended to satisfy Rules 902(13) and 902(14) of the Federal Rules of Evidence.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_(Signature of Records Custodian)_   Date: 10/2/25

Katherine Logan

# CERTIFICATION OF DOMESTIC RECORDS
# OF REGULARLY CONDUCTED ACTIVITY
## Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: USDOJ4-0000305532

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Matthew R. Drost
Printed Name

Chief Counsel
Title

Research Foundation of CUNY
Company Name

230 W. 41st St., 7th Fl, NY, NY 10036
Business Address

10/1/25
Date of Declaration/Execution

# CERTIFICATE OF AUTHENTICITY OF RECORDS GENERATED BY AN ELECTRONIC PROCESS AND COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FEDERAL RULES OF EVIDENCE 902(13) AND 902(14)

I, __Brad Harbans__, pursuant to 28 U.S.C § 1746(1), declare under penalty of perjury that the information contained in this certification is true and correct. I have personal knowledge of the following facts.

1. I am employed by The City University of New York (hereafter, "CUNY") and my title is __IT Senior Associate III__. I have been employed by CUNY for approximately __17__ years. In my position I have extensive training and experience extracting data and processing extracted data from electronic devices, email systems, and network drives.

2. As part of my duties, I am required to use tools or software to extract data from electronic devices, storage mediums, and files, as well as email systems and network drives. These tools and software are electronic processes or systems that produce accurate results, specifically unaltered digital copies of original data. Specifically, these tools can create a digital copy of data stored on an electronic device without altering the original data stored on the device, drive, or system. I am familiar with the process of electronic data extractions and the use of specialized software that expressly indicates when the extraction of data was successful.

3. A report of the Bates ranges of the extracted records and data collected by me is attached as Exhibit A.

4. Such records and data were generated by CUNY's electronic process or system that produced an accurate result.

5. Such records and data were copied from electronic device(s) and storage medium(s) in the custody of CUNY in a manner to ensure that they are true duplicates of the original records.

6. My CUNY colleagues and I have verified through a process of digital identification

1

that the Bates-numbered copies identified herein are true and accurate copies of the original data extracted.

      7.      This certification is intended to satisfy Rule 902(13) and 902(14) of the Federal Rules of Evidence.

<u> October 2, 2025 </u>  
Date

*Brad Harbans*  
Name: Brad Harbans  
Title: IT Senior Associate III  
Employer: City University of New York

Exhibit A - Index

| Production BegDoc - DOJ | Production EndDoc - DOJ | BegDoc | EndDoc |
|---|---|---|---|
| USDOJ4-0000305526 | USDOJ4-0000305529 | SEC-CUNY-E-0174033 | SEC-CUNY-E-0174036 |
| USDOJ4-0000305530 | USDOJ4-0000305530 | SEC-CUNY-E-0174037 | SEC-CUNY-E-0174037 |
| USDOJ4-0000305531 | USDOJ4-0000305531 | SEC-CUNY-E-0174038 | SEC-CUNY-E-0174038 |
| USDOJ4-0000305532 | USDOJ4-0000305541 | SEC-CUNY-E-0174039 | SEC-CUNY-E-0174048 |
| USDOJ4-0000305542 | USDOJ4-0000305553 | SEC-CUNY-E-0174049 | SEC-CUNY-E-0174060 |
| USDOJ4-0000305554 | USDOJ4-0000305554 | SEC-CUNY-E-0174061 | SEC-CUNY-E-0174061 |

| Production BegDoc - DOJ | Production EndDoc - DOJ | BegDoc | EndDoc |
|---|---|---|---|



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

10/07/21

Forensic Accountant Kyle Dornbos
Federal Bureau of Investigation
9325 Discovery Blvd.
Manassas, VA 20109

**Re: Search Warrant dated September 27, 2021 (Google Ref. No. 7025377)**
*1:21-mj-00812-DH*

Dear Forensic Accountant Dornbos:

  Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

  Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *HOAUYAN@GMAIL.COM*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

  To the extent that you have requested data related to the Google Chat service, and the target account participated in a Chat Room owned and controlled by a Google Workspace customer, included in the production is information sufficient to identify (a) the Workspace customer domain that owns and controls the Chat Room and records associated with the same; (b) the Workspace-owned Chat Room in which the target account participated; and (c) the date the target account joined the Workspace-owned Chat Room. [1]

---

[1] See the UserInfo.zip file, where [obfuscated_customer_id] indicates if a Chat Room is owned and controlled by a Workspace customer, and the domain of the [inviter_user] identifies the Workspace customer. If you wish to obtain Chat records associated with the target account that are owned and controlled by the Workspace customer, please use the information provided in this production to either request that information directly from the Workspace customer, *see Seeking Enterprise Customer Data Held by Cloud Service Providers*, U.S. Dep't of Justice (Dec. 2017), https://www.justice.gov/criminal-ccips/file/1017511/download, or to obtain appropriate legal process that identifies the Workspace-owned Chat Room and the Workspace customer domain for those records.



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

      To the extent that the Google account(s) targeted in the legal request have associated Google Pay profile(s), included in the production is the target's Google Pay Customer Info, which includes the billing instrument number in the format Visa-DEBIT-1234. If you wish to obtain the full billing instrument number associated with the target account(s), please email uslawenforcement@google.com (a) with the Google Reference Number, (b) the target account(s) for which additional records are requested, and (c) the specific request language that you believe entitles the legal process to such records. We will review your request promptly upon receiving additional information from you and provide you with any responsive information. Please note that Google does not store unmasked billing records for Google accounts without Google Pay profiles.

      For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial

      Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

      Regards,

      Joanna Rivera
      Google Legal Investigations Support

Google LLC  
1600 Amphitheatre Parkway  
Mountain View, California 94043

USLawEnforcement@google.com  
www.google.com

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.  I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.  I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.  Google provides Internet-based services.

4.  Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *HOAUYAN@GMAIL.COM,* with Google Ref. No. 7025377 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.  The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.  The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


\_\_\_/s_Joanna Rivera_____     Date: 10/07/21  
(Signature of Records Custodian)


    Joanna Rivera  
(Name of Records Custodian)

**Attachment A: Hash Values for Production Files (Google Ref. No. 7025377)**

hoauyan.Drive.Metadata.Preserved.zip:

MD5- 026cc10e14429ce651f8877a77679ea0
SHA512- 1557c0e6b5af69a99491765dcd375e8b132c947a6d9c1a2380921b77c29e2fff61292c3c53839436e54d87f084cd2de2ca87880e3e049ae72da74dde38f741be

hoauyan.Drive.Metadata.Preserved.zip:

MD5- 5e504c3c13969d722424e4efcfe3a0e4
SHA512- 7d96f819752ebd0454fa9f4ea3f73fe6220e88a5fd34930408f9082d203098a1f8e0ad21ab78b01b7213ee2720296bab9f08ce94c988b087ebac12ad2dc3a9e2

hoauyan.Drive.Metadata.zip:

MD5- 5c24e4335f18331aa1d6149efa0bc2b4
SHA512- 87eb7a3ecf9b262e073d40bbaa64b132423451b213995b0e35b9571ac9a852ca44330822b215397310c5c3756cd12f5cc642036422dec4102a2eaf2a64da587a

hoauyan.Drive.Preserved.zip:

MD5- 094303e4c86fb446d792f6d88364abfc
SHA512- dd6f1d317936fca0a4005a10a78c54f7f61a22f872db4467f3fc8e74ebb16e5ff69deffffd5de63cce5a5595f919bf7f6d693f138326dd3ff55d40595a5f4a68

hoauyan.Drive.Preserved.zip:

MD5- 582fb773130140f09751e2eaeaf40dc9
SHA512- 1f804f345c6895588b86fdef079fe4717d4d9b84ae0ad4c9f30d2dbb6c2f948cec88b4bfe5729b894112d38f336c4b2a0cdc1d9d6857b39bbc7206114daf7653

hoauyan.Drive.zip:

MD5- 3d8833398e76037506374eb512b5fb97
SHA512- 12b38af504329205a2303551d2921888dbc47810bc3af330f5245bed03b80a968c204a45ed3f11c13f8a4c8e4573de31d9138dd42e4dff934b4ccc9b092b0d46

hoauyan.Gmail.Contacts.vcf:

MD5- c09c458ad5d75edeaa11add8b9b28bca
SHA512- a24654aa6fe1dc45ff68fb3eca65b55753c8399441122f0d45fb4471907cbba83e2ba85c69eacdf6247a4424cce0c87682fb907a8a2b6b109df66d3edcd465ae

hoauyan@gmail.com.227109976517.Calendar.Calendars_001.zip:

MD5- b38ca64358fdee788712c8f3b2f6d0a4
SHA512- e41910aa6411a1e099639326650c0a9c4d308fd3d9dd457796ad7af69588068fad1bc30600d16949458294a9a14707694c41f2d7a2cfb5b314d283c73d5b9f62

hoauyan@gmail.com.227109976517.DriveMobileBackups.Backup_001.Preserved.zip:

MD5- 7b98a10b7db2477f0ebdbc0d7e6e9554
SHA512- ec2e582be76598020a526dd1615ef618b6f7f555470c3cc24da15567d350b9bbdbaa50f85016d6bff10987677b14c800227b9c7da53265d061913cc576c15126

hoauyan@gmail.com.227109976517.DriveMobileBackups.Backup_001.zip:

MD5- 76605b494ba65910b5499fadc1b9bdba
SHA512- 6a8c4a8fadfcb7e09a48911985b2abe4f5366e8790a524af0f7dde3089b0c970b0c95b423f1a7c2046cae32f1974bdd475c07fdb2d67a302327fab2108311d7f

hoauyan@gmail.com.227109976517.GoogleAccount.SubscriberInfo_001.zip:

MD5- 81465975a9434fa0dafbd3e376c7c01c
SHA512- c61a0ddeadec5bafd91deed3fb32c08ffee3b90bd8feeae5153fba5bae107477b85ada920c9fee46fc50a033cc812e2f44ddf4fd5f0e802a050d71da683917e2

hoauyan@gmail.com.227109976517.GooglePay.CustomerInformation_001.Preserved.zip:

MD5- 914568fadf33f5c61d44ef94c3644ec8
SHA512- af1ad2d26c5dc6669c2ef14de96c44bcd459c6e2e4440ddc0ca5aa0c61b4d312de4f76cf7145c7c98cc9d3fadf4bff0e2271c2b7c0fa431c9a6efe4679fe826a

hoauyan@gmail.com.227109976517.GooglePay.CustomerInformation_001.zip:

MD5- 16d3a57a34db474df3236e289155bf45
SHA512- a37c2c2d2f8d5b208cd2052ecc5bb12d6d044585e1bdbf51ec66a9de8b9bbc502ce00cf524fb8d7c89bcf7bf40d96379f77a037e0e7cb33fd6c205d5090cd63c

hoauyan@gmail.com.227109976517.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- f42f5788652b983be7db27bd7647db6e
SHA512- 6ae15d36f89008e7389b52facb48efc4d075e44554c4379fbd6b18e7557b4a658108c8edd97ebda48c369fa646f0958ad1c7e94e8dec908029f3403a473610bd

hoauyan@gmail.com.227109976517.GooglePhotos.PhotoResource_001.zip:

MD5- 30a490397ec2472f5789fa933a9a8b26
SHA512- 88e819ede783c5e7b817ff803252b8154319e27e756dd010649e935bdb0880b94827f2517d0b01ea4839c682794912404eddec3bd41aff8db444e4408ee57758

hoauyan@gmail.com.227109976517.Preserved_001.Calendar.Calendars_001.zip:

MD5- 116ab5c0c39d653f98a98d21a4765786
SHA512- dcf7454f3ad7c0f22dad956290fabeb2c08cdd68d1f5e5d8d3c4ecc68d0acd4e508a79df1fcdbeb4d8e41d90bdf2d9de743cbfd02db4460bfa939c4e9cb74c0a

hoauyan@gmail.com.227109976517.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 369dcf486fab84e9d94237bd67292956
SHA512- 85914326fc5542eaed76e04682862f3aaf9335153087669349800d6a7e4cd8f2957a097e75ca7f7f9a73ccf3d814a48be830129013283bb509fdbd01a094e9b38

hoauyan@gmail.com.Drive.Preserved.zip:

MD5- 3609b96909fb46ab571b8f2ccd9fdc7f
SHA512- 22136e85d8d0caa9623184cb8bb8c4102e0e37a8701c8ad643430e20e80e221c4c1bddb309740a47632643afcf97d79d24a03fa3bb31a8bfe59647e558fe5e5a

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

hoauyan@gmail.com.Gmail.Contacts.Preserved.vcf:

MD5- c147ebf4aea8f1fd20872bad8724eeec
SHA512-
83b91a2f849cc535f815765c30eab0bd41c310fbcd382b3b617e4a7e1b377b2da50d25c7aa3e79cac41890c285cd220f6f6c4cee8a119c0283da14c14afc73af

hoauyan@gmail.com.Gmail.Content.Preserved.mbox:

MD5- a268283015eaf06b20207baadc821cec
SHA512-
30f02b8b3c20f8507ae0196e02c7f1796354943471925db621624dfd01b40b23e4aba2ac20e53cdff03f944473c35abb42d0486b05a2173e132d97ab3fd358c9

hoauyan@gmail.com.Gmail.Content.mbox:

MD5- 090bb42e629f58ff5bc9f3894623e22b
SHA512-
d4b36af35ae07dbc0fb3544a74fbaa9bc715a18223232e61a825cbca2420414487a9b3029d8f2ea55709ee67730d7acd7c468bbbab057b3302057527e0276cc2

# CERTIFICATION OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY
## Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

   Excel Spreadsheet with filename: Cassava Sciences, Inc payments.xlsx (USDOJ3-0000341961)

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

Hye J. Min -S
Digitally signed by Hye J. Min -S
Date: 2025.09.24 13:35:01 -04'00'
_____
Signature of Declarant

Hye Min_____
Printed Name

Director PMS
Title

_PSC HHS_____
Company Name

__5600 Fishers Lane, Rockville, MD___
Business Address

_9/24/2025_____
Date of Declaration/Execution

# CERTIFICATION OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY
## Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

   Those documents listed in the attached Excel spreadsheet Index.

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

Kenneth E. Santora -S
Digitally signed by Kenneth E. Santora -S
Date: 2025.10.02 13:02:35 -04'00'
_____
Signature of Declarant

_____Kenneth Santora_____
Printed Name

_____Acting Deputy Director_____
Title

___National Institute on Aging, NIH_____
Company Name

5601 Fishers Lane; Room 8C11; Bethesda MD _
Business Address

_____10/2/2025
Date of Declaration/Execution

| PRODUCTION BEGDOC - DOJ | PRODUCTION ENDDOC - DOJ | FILENAME |
|---|---|---|
| USDOJ3-0000577860 | USDOJ3-0000577880 | PA-14-071_ PHS 2014-02 Omnibus Solicita...pdf |
| USDOJ3-0000577881 | USDOJ3-0000577894 | PA-16-287_ Administrative Supplements t...pdf |
| USDOJ3-0000577895 | USDOJ3-0000577912 | PA-16-302_ PHS 2016-02 Omnibus Solicita...pdf |
| USDOJ3-0000577913 | USDOJ3-0000577934 | PA-16-303_ PHS 2016-02 Omnibus Solicita...pdf |
| USDOJ3-0000577935 | USDOJ3-0000577937 | PA-18-591_Additional Costs Related to Formulation, Chronic Tox and General Development of PTI-125.pdf |
| USDOJ3-0000577938 | USDOJ3-0000577959 | PAR-18-877_ Early Stage Clinical Trials...pdf |
| USDOJ3-0000577960 | USDOJ3-0000577982 | PAS-17-064_ Advancing Research on Alzhe...pdf |
| USDOJ3-0000577983 | USDOJ3-0000578008 | PAS-18-187_ Advancing Research on Alzhe...pdf |
| USDOJ3-0000578009 | USDOJ3-0000578396 | nih_gps_2015.pdf |
| USDOJ3-0000578397 | USDOJ3-0000578789 | nih_gps_2016.pdf |
| USDOJ3-0000578790 | USDOJ3-0000579187 | nih_gps_2017.pdf |
| USDOJ3-0000579188 | USDOJ3-0000579592 | nih_gps_2018.pdf |
| USDOJ3-0000579593 | USDOJ3-0000579998 | nih_gps_2019.pdf |
| USDOJ3-0000579999 | USDOJ3-0000580409 | nih_gps_2020.pdf |
| USDOJ3-0000580410 | USDOJ3-0000580829 | nih_gps_2021.pdf |
| USDOJ3-0000580830 | USDOJ3-0000580832 | Significant Changes Table_NIHGPS 2021_APRIL.pdf |
| USDOJ3-0000580833 | USDOJ3-0000580835 | Significant Changes Table_NIHNPS_2021_FINAL.pdf |
| USDOJ3-0000580836 | USDOJ3-0000580837 | Significant-Changes-Table-NIHGPS-2019.pdf |
| USDOJ3-0000580838 | USDOJ3-0000580840 | Significant_Changes_NIHGPS_Oct2018.pdf |
| USDOJ3-0000580841 | USDOJ3-0000580843 | Significant_Changes_Table_NIH_GPS_2020.pdf |
| USDOJ4-0000102382 | USDOJ4-0000102493 | 1R01AG067972-01A1 Application.pdf |
| USDOJ4-0000102494 | USDOJ4-0000102499 | 1R01AG067972-01A1 NOA.pdf |
| USDOJ4-0000102500 | USDOJ4-0000102637 | 1R42AG057329-01 Application.pdf |
| USDOJ4-0000102638 | USDOJ4-0000102644 | 1R42AG057329-01 NOA.pdf |
| USDOJ4-0000102645 | USDOJ4-0000102702 | 1R44AG050301-01 Application.pdf |
| USDOJ4-0000102703 | USDOJ4-0000102710 | 1R44AG050301-01NOA.pdf |
| USDOJ4-0000102711 | USDOJ4-0000102807 | 1R44AG056166-01 Application.pdf |
| USDOJ4-0000102808 | USDOJ4-0000102814 | 1R44AG056166-01 NOA.pdf |
| USDOJ4-0000102815 | USDOJ4-0000102978 | 1R44AG060878-01 Application.pdf |
| USDOJ4-0000102979 | USDOJ4-0000102986 | 1R44AG060878-01 NOA.pdf |
| USDOJ4-0000102987 | USDOJ4-0000103127 | 1R44AG065152-01 Application.pdf |
| USDOJ4-0000103128 | USDOJ4-0000103135 | 1R44AG065152-01 NOA.pdf |
| USDOJ4-0000103136 | USDOJ4-0000103216 | 1R44DA042639-01A1 Application.pdf |
| USDOJ4-0000103217 | USDOJ4-0000103225 | 1R44DA042639-01A1 NOA.pdf |
| USDOJ4-0000103226 | USDOJ4-0000103349 | 2R44AG056166-03 Application.pdf |
| USDOJ4-0000103350 | USDOJ4-0000103357 | 2R44AG056166-03 NOA.pdf |
| USDOJ4-0000103358 | USDOJ4-0000103417 | 3R44AG060878-01S1 Application.pdf |
| USDOJ4-0000103418 | USDOJ4-0000103424 | 3R44AG060878-01S1 NOA.pdf |
| USDOJ4-0000103425 | USDOJ4-0000103471 | 3R44AG060878-02S1 Application.pdf |
| USDOJ4-0000103472 | USDOJ4-0000103478 | 3R44AG060878-02S1 NOA.pdf |
| USDOJ4-0000103479 | USDOJ4-0000103544 | 3RA44AG056166-02S1 Application.pdf |
| USDOJ4-0000103545 | USDOJ4-0000103550 | 3RA44AG056166-02S1 NOA.pdf |
| USDOJ4-0000103551 | USDOJ4-0000103613 | 3RA44AG056166-03S1 Application.pdf |
| USDOJ4-0000103614 | USDOJ4-0000103619 | 3RA44AG056166-03S1 NOA.pdf |
| USDOJ4-0000103620 | USDOJ4-0000103626 | 4R44AG050301-02 NOA.pdf |
| USDOJ4-0000103627 | USDOJ4-0000103634 | 4R44AG056166-02 NOA.pdf |
| USDOJ4-0000103635 | USDOJ4-0000103640 | 4R44AG057329-02 NOA.pdf |
| USDOJ4-0000103641 | USDOJ4-0000103648 | 4R44AG060878-02 NOA.pdf |
| USDOJ4-0000103649 | USDOJ4-0000103655 | 4R44DA042639-02 NOA.pdf |
| USDOJ4-0000103656 | USDOJ4-0000103677 | 5R44AG057329-03 Application.pdf |
| USDOJ4-0000103678 | USDOJ4-0000103684 | 5R44AG057329-03 NOA.pdf |
| USDOJ4-0000103685 | USDOJ4-0000103685 | Cassava Sciences 10.21.21.xlsx |
| USDOJ4-0000103686 | USDOJ4-0000103699 | 1 R01 AG067972-01A1 Summary Statement.pdf |
| USDOJ4-0000103700 | USDOJ4-0000103711 | 1 R42 AG057329-01 Summary Statement.pdf |
| USDOJ4-0000103712 | USDOJ4-0000103725 | 1 R44 AG050301-01A1 Summary Statement.pdf |
| USDOJ4-0000103726 | USDOJ4-0000103741 | 1 R44 AG056166-01 Summary Statement.pdf |
| USDOJ4-0000103742 | USDOJ4-0000103756 | 1 R44 AG060878-01 Summary Statement.pdf |
| USDOJ4-0000103757 | USDOJ4-0000103770 | 1 R44 AG065152-01 Summary Statement.pdf |
| USDOJ4-0000103771 | USDOJ4-0000103783 | 1 R44 DA042639-01A1 Summary Statement.pdf |
| USDOJ4-0000103784 | USDOJ4-0000103797 | 2 R44 AG056166-03 Summary Statement - Competing Continuation.pdf |
| USDOJ4-0000103798 | USDOJ4-0000103800 | Re: [EXTERNAL] RE: Criminal Investigation Inquiry |
| USDOJ4-0000103801 | USDOJ4-0000103802 | Secure Email and File Transfer Service.pdf |
| USDOJ4-0000103803 | USDOJ4-0000103803 | Cassava Sciences - list of Grants Reviewers - 8 awards.xlsx |
| USDOJ4-0000103804 | USDOJ4-0000103814 | 0005_AG056166-01_BURNS_LINDSAY_DOC_IRPPR.pdf |
| USDOJ4-0000103815 | USDOJ4-0000103830 | 0005_AG057329-01_THORNTON_GEORGE_DOC_FRPPR.pdf |
| USDOJ4-0000103831 | USDOJ4-0000103838 | 0006_AG056166-02_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000103839 | USDOJ4-0000103844 | 0006_AG057329-02_THORNTON_GEORGE_DOC_ENG.pdf |
| USDOJ4-0000103845 | USDOJ4-0000103851 | 0007_AG050301-02_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000103852 | USDOJ4-0000103859 | 0007_AG060878-02_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000103860 | USDOJ4-0000103865 | 0010_AG056166-02S1_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000103866 | USDOJ4-0000103872 | 0011_AG060878-02S1_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000103873 | USDOJ4-0000103873 | [EXTERNAL] Cassavas Investigation Program Officials |

| | | |
|---|---|---|
| USDOJ4-0000103874 | USDOJ4-0000103874 | DOJ Interviews re Cassavas Investigation - PO contact info request.xlsx |
| USDOJ4-0000103875 | USDOJ4-0000103876 | 0001_AG050301-01_BURNS_LINDSAY_DOC_JIT.pdf |
| USDOJ4-0000103877 | USDOJ4-0000103922 | 0001_AG056166-01_BURNS_LINDSAY_DOC_JIT.pdf |
| USDOJ4-0000103923 | USDOJ4-0000103964 | 0001_AG056166-03_BURNS_LINDSAY_DOC_JIT.pdf |
| USDOJ4-0000103965 | USDOJ4-0000103965 | 169423 CYP Inhibition.doc |
| USDOJ4-0000103966 | USDOJ4-0000103967 | 218779 CYP Induction_revised06Jul2017.doc |
| USDOJ4-0000103968 | USDOJ4-0000103969 | 218780 Transporter Panel (NonRadiolabeled TA).doc |
| USDOJ4-0000103970 | USDOJ4-0000104018 | 0001_AG057329-01_THORNTON_GEORGE_DOC_JIT.pdf |
| USDOJ4-0000104019 | USDOJ4-0000104105 | 0001_AG060878-01_BURNS_LINDSAY_DOC_JIT.pdf |
| USDOJ4-0000104106 | USDOJ4-0000104122 | 0001_AG065152-01_BURNS_LINDSAY_DOC_JIT.pdf |
| USDOJ4-0000104123 | USDOJ4-0000104133 | 0001_AG067972-01A1_BURNS_LINDSAY_DOC_CORAM.pdf |
| USDOJ4-0000104134 | USDOJ4-0000104169 | 0001_DA042639-01A1_KUCERA_SHAWN_DOC_JIT.pdf |
| USDOJ4-0000104170 | USDOJ4-0000104227 | 0002_AG050301-01_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000104228 | USDOJ4-0000104324 | 0002_AG056166-01_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000104325 | USDOJ4-0000104448 | 0002_AG056166-03_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000104449 | USDOJ4-0000104449 | 169423 CYP Inhibition.doc |
| USDOJ4-0000104450 | USDOJ4-0000104451 | 218779 CYP Induction_revised06Jul2017.doc |
| USDOJ4-0000104452 | USDOJ4-0000104453 | 218780 Transporter Panel (NonRadiolabeled TA).doc |
| USDOJ4-0000104454 | USDOJ4-0000104454 | 2AA31753-4BD0-49C3-B217-5D50277E1716[3].png |
| USDOJ4-0000104455 | USDOJ4-0000104592 | 0002_AG057329-01_THORNTON_GEORGE_DOC_GI.pdf |
| USDOJ4-0000104593 | USDOJ4-0000104756 | 0002_AG060878-01_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000104757 | USDOJ4-0000104757 | 169423 CYP Inhibition.doc |
| USDOJ4-0000104758 | USDOJ4-0000104759 | 218779 CYP Induction_revised06Jul2017.doc |
| USDOJ4-0000104760 | USDOJ4-0000104761 | 218780 Transporter Panel (NonRadiolabeled TA).doc |
| USDOJ4-0000104762 | USDOJ4-0000104762 | 2AA31753-4BD0-49C3-B217-5D50277E1716[3].png |
| USDOJ4-0000104763 | USDOJ4-0000104903 | 0002_AG065152-01_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000104904 | USDOJ4-0000105015 | 0002_AG067972-01A1_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000105016 | USDOJ4-0000105096 | 0002_DA042639-01A1_KUCERA_SHAWN_DOC_GI.pdf |
| USDOJ4-0000105097 | USDOJ4-0000105104 | 0003_AG050301-01_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000105105 | USDOJ4-0000105111 | 0003_AG056166-01_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000105112 | USDOJ4-0000105119 | 0003_AG056166-03_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000105120 | USDOJ4-0000105126 | 0003_AG057329-01_THORNTON_GEORGE_DOC_ENG.pdf |
| USDOJ4-0000105127 | USDOJ4-0000105134 | 0003_AG060878-01_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000105135 | USDOJ4-0000105142 | 0003_AG065152-01_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000105143 | USDOJ4-0000105148 | 0003_AG067972-01A1_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000105149 | USDOJ4-0000105157 | 0003_DA042639-01A1_KUCERA_SHAWN_DOC_ENG.pdf |
| USDOJ4-0000105158 | USDOJ4-0000105158 | 0004_AG050301-01_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000105159 | USDOJ4-0000105159 | 0004_AG056166-01_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000105160 | USDOJ4-0000105160 | 0004_AG056166-03_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000105161 | USDOJ4-0000105161 | 0004_AG057329-01_THORNTON_GEORGE_DOC_FSR.pdf |
| USDOJ4-0000105162 | USDOJ4-0000105162 | 0004_AG060878-01_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000105163 | USDOJ4-0000105163 | 0004_AG065152-01_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000105164 | USDOJ4-0000105164 | 0004_AG067972-01A1_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000105165 | USDOJ4-0000105165 | 0004_DA042639-01A1_KUCERA_SHAWN_DOC_FSR.pdf |
| USDOJ4-0000105166 | USDOJ4-0000105176 | 0005_AG056166-01_BURNS_LINDSAY_DOC_IRPPR.pdf |
| USDOJ4-0000105177 | USDOJ4-0000105187 | 0005_AG056166-03_BURNS_LINDSAY_DOC_FRPPR.pdf |
| USDOJ4-0000105188 | USDOJ4-0000105203 | 0005_AG057329-01_THORNTON_GEORGE_DOC_FRPPR.pdf |
| USDOJ4-0000105204 | USDOJ4-0000105236 | 0005_AG065152-01_BURNS_LINDSAY_DOC_FRPPR.pdf |
| USDOJ4-0000105237 | USDOJ4-0000105263 | 0005_AG067972-01A1_BURNS_LINDSAY_DOC_FRPPR.pdf |
| USDOJ4-0000105264 | USDOJ4-0000105265 | 0001_AG050301-01_BURNS_LINDSAY_DOC_JIT.pdf |
| USDOJ4-0000105266 | USDOJ4-0000105311 | 0001_AG056166-01_BURNS_LINDSAY_DOC_JIT.pdf |
| USDOJ4-0000105312 | USDOJ4-0000105360 | 0001_AG057329-01_THORNTON_GEORGE_DOC_JIT.pdf |
| USDOJ4-0000105361 | USDOJ4-0000105447 | 0001_AG060878-01_BURNS_LINDSAY_DOC_JIT.pdf |
| USDOJ4-0000105448 | USDOJ4-0000105484 | 0001_AG065152-01_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000105485 | USDOJ4-0000105597 | 0001_AG067972-01_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000105598 | USDOJ4-0000105674 | 0001_DA042639-01_KUCERA_SHAWN_DOC_GI.pdf |
| USDOJ4-0000105675 | USDOJ4-0000105732 | 0002_AG050301-01_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000105733 | USDOJ4-0000105829 | 0002_AG056166-01_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000105830 | USDOJ4-0000105967 | 0002_AG057329-01_THORNTON_GEORGE_DOC_GI.pdf |
| USDOJ4-0000105968 | USDOJ4-0000106131 | 0002_AG060878-01_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000106132 | USDOJ4-0000106132 | 169423 CYP Inhibition.doc |
| USDOJ4-0000106133 | USDOJ4-0000106134 | 218779 CYP Induction_revised06Jul2017.doc |
| USDOJ4-0000106135 | USDOJ4-0000106136 | 218780 Transporter Panel (NonRadiolabeled TA).doc |
| USDOJ4-0000106137 | USDOJ4-0000106137 | 2AA31753-4BD0-49C3-B217-5D50277E1716[3].png |
| USDOJ4-0000106138 | USDOJ4-0000106174 | 0002_AG065152-01_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000106175 | USDOJ4-0000106185 | 0002_AG067972-01A1_BURNS_LINDSAY_DOC_CORAM.pdf |
| USDOJ4-0000106186 | USDOJ4-0000106221 | 0002_DA042639-01A1_KUCERA_SHAWN_DOC_JIT.pdf |
| USDOJ4-0000106222 | USDOJ4-0000106229 | 0003_AG050301-01_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000106230 | USDOJ4-0000106236 | 0003_AG056166-01_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000106237 | USDOJ4-0000106243 | 0003_AG057329-01_THORNTON_GEORGE_DOC_ENG.pdf |
| USDOJ4-0000106244 | USDOJ4-0000106251 | 0003_AG060878-01_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000106252 | USDOJ4-0000106268 | 0003_AG065152-01_BURNS_LINDSAY_DOC_JIT.pdf |
| USDOJ4-0000106269 | USDOJ4-0000106380 | 0003_AG067972-01A1_BURNS_LINDSAY_DOC_GI.pdf |

| | | |
|---|---|---|
| USDOJ4-0000106381 | USDOJ4-0000106461 | 0003_DA042639-01A1_KUCERA_SHAWN_DOC_GI.pdf |
| USDOJ4-0000106462 | USDOJ4-0000106462 | 0004_AG050301-01_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000106463 | USDOJ4-0000106463 | 0004_AG056166-01_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000106464 | USDOJ4-0000106464 | 0004_AG057329-01_THORNTON_GEORGE_DOC_FSR.pdf |
| USDOJ4-0000106465 | USDOJ4-0000106465 | 0004_AG060878-01_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000106466 | USDOJ4-0000106606 | 0004_AG065152-01_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000106607 | USDOJ4-0000106612 | 0004_AG067972-01A1_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000106613 | USDOJ4-0000106621 | 0004_DA042639-01A1_KUCERA_SHAWN_DOC_ENG.pdf |
| USDOJ4-0000106622 | USDOJ4-0000106708 | 0005_AG050301-01A1_BURNS_LINDSAY_DOC_JIT.pdf |
| USDOJ4-0000106709 | USDOJ4-0000106719 | 0005_AG056166-01_BURNS_LINDSAY_DOC_IRPPR.pdf |
| USDOJ4-0000106720 | USDOJ4-0000106735 | 0005_AG057329-01_THORNTON_GEORGE_DOC_FRPPR.pdf |
| USDOJ4-0000106736 | USDOJ4-0000106795 | 0005_AG060878-01S1_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000106796 | USDOJ4-0000106803 | 0005_AG065152-01_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000106804 | USDOJ4-0000106804 | 0005_AG067972-01A1_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000106805 | USDOJ4-0000106805 | 0005_DA042639-01A1_KUCERA_SHAWN_DOC_FSR.pdf |
| USDOJ4-0000106806 | USDOJ4-0000106866 | 0006_AG050301-01A1_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000106867 | USDOJ4-0000106874 | 0006_AG056166-02_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000106875 | USDOJ4-0000106880 | 0006_AG057329-02_THORNTON_GEORGE_DOC_ENG.pdf |
| USDOJ4-0000106881 | USDOJ4-0000106887 | 0006_AG060878-01S1_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000106888 | USDOJ4-0000106888 | 0006_AG065152-01_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000106889 | USDOJ4-0000106915 | 0006_AG067972-01A1_BURNS_LINDSAY_DOC_FRPPR.pdf |
| USDOJ4-0000106916 | USDOJ4-0000106948 | 0006_DA042639-02_KUCERA_SHAWN_DOC_RPPR.pdf |
| USDOJ4-0000106949 | USDOJ4-0000106955 | 0007_AG050301-02_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000106956 | USDOJ4-0000106956 | 0007_AG056166-02_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000106957 | USDOJ4-0000106978 | 0007_AG057329-03_THORNTON_GEORGE_DOC_RPPR.pdf |
| USDOJ4-0000106979 | USDOJ4-0000106986 | 0007_AG060878-02_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000106987 | USDOJ4-0000107019 | 0007_AG065152-01_BURNS_LINDSAY_DOC_FRPPR.pdf |
| USDOJ4-0000107020 | USDOJ4-0000107026 | 0007_DA042639-02_KUCERA_SHAWN_DOC_ENG.pdf |
| USDOJ4-0000107027 | USDOJ4-0000107027 | 0008_AG050301-02_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000107028 | USDOJ4-0000107039 | 0008_AG056166-02_BURNS_LINDSAY_DOC_IRPPR.pdf |
| USDOJ4-0000107040 | USDOJ4-0000107046 | 0008_AG057329-03_THORNTON_GEORGE_DOC_ENG.pdf |
| USDOJ4-0000107047 | USDOJ4-0000107047 | 0008_AG060878-02_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000107048 | USDOJ4-0000107144 | 0008_AG065152-01_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000107145 | USDOJ4-0000107186 | 0008_DA042639-02_KUCERA_SHAWN_DOC_FRPPR.pdf |
| USDOJ4-0000107187 | USDOJ4-0000107296 | 0009_AG050301-03_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000107297 | USDOJ4-0000107362 | 0009_AG056166-02S1_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000107363 | USDOJ4-0000107363 | 0009_AG057329-03_THORNTON_GEORGE_DOC_FSR.pdf |
| USDOJ4-0000107364 | USDOJ4-0000107434 | 0009_AG060878-02_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000107435 | USDOJ4-0000107467 | 0009_AG065152-02_BURNS_LINDSAY_DOC_CORAM.pdf |
| USDOJ4-0000107468 | USDOJ4-0000107582 | 0010_AG050301-03A1_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000107583 | USDOJ4-0000107588 | 0010_AG056166-02S1_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000107589 | USDOJ4-0000107608 | 0010_AG057329-03_THORNTON_GEORGE_DOC_FRPPR.pdf |
| USDOJ4-0000107609 | USDOJ4-0000107655 | 0010_AG060878-02S1_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000107656 | USDOJ4-0000107779 | 0010_AG065152-02_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000107780 | USDOJ4-0000107821 | 0011_AG056166-03_BURNS_LINDSAY_DOC_JIT.pdf |
| USDOJ4-0000107822 | USDOJ4-0000107822 | 169423 CYP Inhibition.doc |
| USDOJ4-0000107823 | USDOJ4-0000107824 | 218779 CYP Induction_revised06Jul2017.doc |
| USDOJ4-0000107825 | USDOJ4-0000107826 | 218780 Transporter Panel (NonRadiolabeled TA).doc |
| USDOJ4-0000107827 | USDOJ4-0000107867 | 0011_AG057329-03_THORNTON_GEORGE_DOC_GI.pdf |
| USDOJ4-0000107868 | USDOJ4-0000107874 | 0011_AG060878-02S1_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000107875 | USDOJ4-0000107998 | 0012_AG056166-03_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000107999 | USDOJ4-0000107999 | 169423 CYP Inhibition.doc |
| USDOJ4-0000108000 | USDOJ4-0000108001 | 218779 CYP Induction_revised06Jul2017.doc |
| USDOJ4-0000108002 | USDOJ4-0000108003 | 218780 Transporter Panel (NonRadiolabeled TA).doc |
| USDOJ4-0000108004 | USDOJ4-0000108004 | 2AA31753-4BD0-49C3-B217-5D50277E1716[3].png |
| USDOJ4-0000108005 | USDOJ4-0000108012 | 0013_AG056166-03_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000108013 | USDOJ4-0000108013 | 0014_AG056166-03_BURNS_LINDSAY_DOC_FSR.pdf |
| USDOJ4-0000108014 | USDOJ4-0000108024 | 0015_AG056166-03_BURNS_LINDSAY_DOC_FRPPR.pdf |
| USDOJ4-0000108025 | USDOJ4-0000108087 | 0016_AG056166-03_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000108088 | USDOJ4-0000108150 | 0017_AG056166-03S1_BURNS_LINDSAY_DOC_GI.pdf |
| USDOJ4-0000108151 | USDOJ4-0000108151 | image001.png |
| USDOJ4-0000108152 | USDOJ4-0000108157 | 0018_AG056166-03S1_BURNS_LINDSAY_DOC_ENG.pdf |
| USDOJ4-0000108158 | USDOJ4-0000108158 | eRA Response to DOJ Request for IP Addrsses for NIH Servers.xlsx |
| USDOJ4-0000108159 | USDOJ4-0000108163 | [EXTERNAL] RE_ DOJ Inquiry_Redacted.pdf |
| USDOJ4-0000109165 | USDOJ4-0000109166 | [EXTERNAL] RE: Folder 2 |
| USDOJ4-0000745512 | USDOJ4-0000745514 | RE_ [EXTERNAL] RE_ U.S. v. Hoau Yan Wang_Redacted.pdf |