

**Dykema Gossett PLLC**
1301 K Street NW
Suite 1100W
Washington, DC 20005

WWW.DYKEMA.COM

Tel: (202) 906-8600

Fax: (202) 906-8669

**Joanne L. Zimolzak**
Direct Dial: (202) 906-8607
Direct Fax: (855) 230-2363
Email: JZimolzak@dykema.com

October 9, 2025

The Honorable Theodore D. Chuang
United States District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

**Re:** *United States v. Hoau-Yan Wang, Criminal No. 24-0211-TDC* - Request for Juror Questionnaire

Dear Judge Chuang:

On behalf of Defendant Dr. Hoau-Yan Wang, we respectfully submit this unopposed request for a copy of the juror questionnaire used in this Court. We understand that prospective jurors typically complete their questionnaires through the eJuror system to which the parties do not have access. Therefore, we request a copy of the questionnaire so that counsel may review it in advance of and to prepare for jury selection, which is scheduled to begin on October 20, 2025. Counsel for the United States consent to this request.

Thank you in advance for your consideration of this filing.

Sincerely,

**Dykema Gossett PLLC**

*Joanne L. Zimolzak*

Joanne L. Zimolzak