UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

HOAU-YAN WANG,

Defendant.

Criminal Action No. 24-0211-TDC

**ORDER**

Defendant Hoau-Yan Wang has filed a Request for the Juror Questionnaire, ECF No. 112. For reasons to be stated on the record at the Pretrial Conference, it is hereby ORDERED that the Request is DENIED.

Date: October 10, 2025

THEODORE D. CHUANG
United States District Judge