# EXHIBIT 9





**U.S. Department of Health & Human Services** — www.hhs.gov

**THE OFFICE OF RESEARCH INTEGRITY**

Contact Us | Google Custom Search... | ORI 2.0

 Mission-critical activities of HHS will continue during the Democrat-led government shutdown. Please use this site as a resource as the Trump Administration works to reopen the government for the American people.

Home | About ORI | News & Events | Research Misconduct | Resources | Programs | Policies & Regulations | Assurance Program

ORI - The Office of Research Integrity » About ORI » About ORI

# About ORI

The Office of Research Integrity (ORI) oversees and directs Public Health Service (PHS) research integrity activities on behalf of the Secretary of Health and Human Services with the exception of the regulatory research integrity activities of the Food and Drug Administration.

Organizationally, ORI is located within the Office of the Assistant Secretary for Health (OASH) within Office of the Secretary of Health and Human Services (OS) in the Department of Health and Human Services (HHS).

The PHS is composed of the following offices and agencies:

- Office of Public Health and Science
- National Institutes of Health.
- The Centers for Disease Control and Prevention
- The Food and Drug Administration
- The Substance Abuse and Mental Health Services Administration
- The Health Resources and Services Administration
- The Agency for Healthcare Research and Quality.
- The Agency for Toxic Substances and Disease Registry
- The Indian Health Service
- Office of Regional Health Administrators

The PHS provides approximately $50 billion for health research and development, primarily in the biomedical and behavioral sciences through its extramural and intramural programs. (Extramural programs provide funding to research institutions that are not part of the Federal government -



**About ORI**

- About ORI
- Frequently Asked Questions
- ORI Mission
- Historical Background
- Meet the Directors
- Office of the Director
- Division of Investigative Oversight
- Division of Education and Integrity
- Office of the General Counsel
- Contact ORI

**Misconduct Case Summaries**

**Newsletter**