# EXHIBIT 3



**Dykema Gossett PLLC**
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

WWW.DYKEMA.COM

Tel: (248) 203-0700
Fax: (248) 203-0763

**Jennifer L. Beidel**
Direct Dial: (248) 203-0506
Direct Fax: (866) 219-1641
Email: JBeidel@dykema.com

October 3, 2025

*Via Electronic Mail (andrew.tyler@usdoj.gov)*
Andrew Tyler
Trial Attorney, Fraud Section, Criminal Division
U.S. Department of Justice

RE:   *United States v. Hoau-Yan Wang*, 8:24-CR-00211-TDC (DMD)
         Government Discovery Deficiencies

Dear Andrew:

We write to follow up on our September 25, 2025 correspondence regarding discovery deficiencies. After further review of the government's productions and the Daubert hearing, additional categories of missing or deficient materials have been identified. We request prompt supplementation on the following issues:

1. **Draft Work Papers and Research**
   Please produce all documents memorializing Dr. Brookes' work relating to Dr. Wang, including but not limited to Dr. Brookes' work papers, research materials, and files reviewed, the approximately 2,300 JPEG and 2,900 PowerPoint files that Dr. Brookes received from Special Agent Weeks.

2. **Data Generated from Dr. Wang's Original Files**
   If the government or Dr. Brookes generated derivative data from any of Dr. Wang's files (for example, similar to the Excel file generated from a graph that was introduced at the Daubert hearing), please produce all such derivative data.

3. **ORI Materials**
   Please produce any files maintained by the Office of Research Integrity (ORI) relating to complaints of image manipulation submitted by Dr. Brookes, including all records of outcomes, determinations, or communications regarding his reports.

4. **Brookes Reports**
   As noted in our prior correspondence, the government has represented that 13 misrepresentations are supported by 33 reports. We reiterate our request for a list of Bates numbers identifying all 33 reports.

Dykema

Page 2
Andrew Tyler

5. **Attachments to Form 302s**
   We reiterate our request that every attachment referenced in every FBI Form 302 be identified by Bates number. To the extent attachments have not been produced, please do so.

Please confirm whether these materials have already been produced, and if so, provide the corresponding Bates ranges. If they have not yet been produced, please supplement promptly.

As before, we are available to meet and confer at your earliest convenience should you believe any of these requests require further discussion.

Sincerely,

**Dykema Gossett PLLC**

*/s/ Jennifer L. Beidel*

Jennifer L. Beidel


CC:   Vasanth Sridharan (vasanth.sridharan@usdoj.gov)
      Kashan Pathan (Kashan.Pathan2@usdoj.gov)