# EXHIBIT 6

CUNY 2021-01-22-DIO 7470-Final Report – addendum – May 26, 2023

From the onset of our investigation, the committee has asserted that the only objective way to make an objective assessment of each allegation of research misconduct was to examine the scans of the original blots used to create the figures in question. We defined original blots as primary densitometer scans with clear film edges and molecular weight markers. As we have discussed in previous meetings with ORI and in the introduction to our report, a central challenge and frustration of this investigation was the failure of the respondent to provide any verifiable original data or research records. This situation forced the committee to rely on the published figures as presented in the PDF files downloaded from the publishers' websites. The images taken from these publications were often of markedly low quality and suffered from low resolution and compression artifacts that became apparent when brightness and contrast were adjusted to attempt to address each specific allegation.

In our draft report we concluded that a preponderance of evidence supported the conclusion of knowing scientific misconduct by Dr. Wang for 14 of the 31 allegations. In these 14 cases, the committee felt that the quality of the published images was sufficiently high to eliminate compression artifacts as explanations for the aberrations described the in the specific allegations. However, the respondent, in his sprawling response to the draft report, describes instances in which images of similar quality to those examined in these 14 cases, and published in the same journal issues, can be shown to display effects of low resolution and image compression. The respondent also identified apparent inconsistencies in our assessments of various allegations, reaching the conclusion of misconduct for some allegations, but failing to make that assessment for others based on the same evidence.

Already frustrated by the respondent's inability to provide even a single datum or notebook in response to any allegation, the committee decided that it would be most conservative to conclude that the respondent's failure to provide data or records prevented us from making an objective assessment in any case. ***But to be clear, the committee concludes that Dr. Wang's inability or unwillingness to provide primary research materials to this investigation represents egregious misconduct.*** This failure, the troubling research practices described in our report, and the clear indications of misconduct in his response to PLoS editorial concerns, is highly suggestive of longstanding and deliberate scientific misconduct by Dr. Wang. However, absent access to primary research materials, it is not possible to make definitive assessments for the 31 specific allegations. This is a source of deep frustration to the committee, which spent the better part of a year actively attempting to provide an objective investigation into these serious charges against Dr. Wang.

USDOJ4-0000729258