UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | CRIMINAL NO: TDC-24-211 |

## STIPULATIONS

The United States of America, by and through its attorneys, undersigned counsel, and defendant Hoau-Yan Wang, through his counsel, Jennifer Beidel, have agreed, or stipulated to the following:

1. Defendant Hoau-Yan Wang's phone number is (215) 917-7765.

2. The electronic submission instructions described in Counts 2 and 3 of the Indictment were transmitted by means of wire, radio, or television communication from the State of Maryland to the State of New Jersey.

Respectfully Submitted,

/s/ Jennifer Beidel
Jennifer L. Beidel (Pro Hac Vice)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
Email: jbeidel@dykema.com
*Attorney for Defendant Hoau-Yan Wang*

LORINDA I. LARYEA
Acting Chief
Fraud Section, Criminal Division
United States Department of Justice

By  /s/ Vasanth Sridharan
Vasanth Sridharan
Andrew Tyler
Kashan Pathan
Fraud Section, Criminal Division
United States Department of Justice
*Attorneys for the Government*