UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

HOAU-YAN WANG,

Defendant.

Criminal Action No. 24-0211-TDC

## ORDER

For the reasons stated on the record on Monday, October 20, 2025, it is hereby ORDERED that:

1. The Motion to Dismiss for Prosecutorial Misconduct, ECF No. 118, is GRANTED IN PART and DENIED IN PART. It is granted in that the trial is continued until Monday, October 27, 2025. It is otherwise denied.

2. The Government's oral Motion for a Continuance is GRANTED in that the trial will not resume until Monday, October 27, 2025.

Date: October 22, 2025

THEODORE D. CHUANG
United States District Judge