**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO:  TDC-24-211** |
| **HOAU-YAN WANG,** | |
| **Defendant.** | |

## GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT WITH PREJUDICE

The United States of America, by its undersigned attorneys, hereby files an unopposed motion, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss with prejudice the Indictment returned by the grand jury on June 27, 2024, against the defendant Hoau-Yan Wang (ECF No. 1) in the interests of justice.

Counsel for Dr. Wang consents to the relief requested herein.

Respectfully submitted,

LORINDA I. LARYEA
Acting Chief
Fraud Section, Criminal Division
United States Department of Justice

By: /s/Vasanth Sridharan
Vasanth Sridharan
Andrew Tyler
Kashan Pathan
Fraud Section, Criminal Division
United States Department of Justice
*Attorneys for the Government*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ Vasanth Sridharan
Vasanth Sridharan, Senior Litigation Counsel
Fraud Section, Criminal Division
United States Department of Justice