# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | CRIMINAL NO: TDC-24-211 |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

Upon consideration of the United States' Unopposed Motion to Dismiss the Indictment with Prejudice, the Court hereby orders that the Indictment (ECF No. 1) be, and hereby is, dismissed with prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. All deadlines and court dates in the current scheduling order are hereby vacated.

DATE: _____ _____

Hon. Theodore D. Chuang
United States District Court Judge
District of Maryland